1  YOUR NAME  La Madrid , Diego H.
   YOUR ADDRESS  CIM Prison P.O. BOX 500
2  ~~YOUR TELEPHONE NUMBER :~~ Chino ,CA    91708

**FILED**

DEC 2 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2354 ___ 1983 ___
**FILING FEE PAID**
Yes ___ No ___
**IFP MOTION FILED**
Yes ___ No ___
**COPIES SENT TO**
Court ___ Pro Se ___

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Must start on line 8 or below)

La Madrid , Diego H.          )
                              )      '07 CV 2435 JAH LSP
Plaintiff                     )
                              )
       -v-                    )      Case No. _____
                              )         (To be assigned at time of filing)
DIRECTOR OF CDC               )
                              )
                              )      COMPLAINT FOR (Brief description of document)

Plaintiff alleges:  1) That the "some evidence" used to retain on parole P.C. 3001 is

against A.D.A. laws discriminatory by excuse being "cause was in the hospital"., and

by not giving an opportunity to appeal cause would not give reason in writting. No

matter how tried, and 7 month had past and no answer. They wrote tthe laws and

use it to the best of their ability (will present many forms and an on going  still).

An evidentary hearing will produce a lot more evidence.

2) Jurisdiction : Violation of Supreme court law combined international laws ( Morre-

ssey v Brewer &11th Amendment &8th Amendment ).

3) Access to courts : Have 2 appeals in this matter , supeonas will produce even

more of the appeals ( only part here )

4) Riht to medical care : Mental and phisical problems which I am still tring to so-

::ODMA\PCDOCS\WORDPERFECT\6869\1 May 26, 1999 (2:51pm)

( 1 of 2 )

1   lve with appals in this matter to ( broken right index finger , now more than 7 mo-

2   nths ) is just one example. 4 issues will come about in this area.

3   5) Denial of " Right to appeal " by not giving in writting why the denial , or cir-

4   cumventing the issues , not answering them , just to mention a few . There are

5   many more ways that they do this .

6   6) P.O. keeping property : Wil show 7 different attempts , c/o's as wittness , I'm

7   on my 3rd different Appeals Coordinator ( all have their different points of view

8   in respect to answers )

9   7) Bank : P.O. spoke to my bank ( evidence in parole revcation hearing ) his own

10  words of what he did in there . Will need the recording of my B.P.T. hearing.

11  Prison conditions : Enclosed is one example.   The following of their own rules will

12  show .

Signiture of Plaintiff
Diego La Madrid

12/19/07

## NOTICE OF LAWSUIT AND REQUEST FOR
## WAIVER OF SERVICE OF SUMMONS

TO: (A) DIRECTOR of CDC

as (B) DIRECTOR of (C) CDC

    A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the (D) SOUTHERN District of CALIFORNIA and has been assigned docket number (E)

    This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 30 days after the date designated below a the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

    If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from the date is you address is not in any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In that connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

    I affirm that this request is being sent to you on behalf of the plaintiff this

day of 12/19/07

_____
Signature of Plaintiff's Attorney or Unrepresented Plaintiff
DIEGO LA MADRID

A - Name of individual defendant (or name of officer or agent of corporate defendant)
B - Title or other relationship of individual to corporate defendant
C - Name of corporate defendant, if any
D - District
E - Docket number of action
F - Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

::ODMA\PCDOCS\WORDPERFECT\14565\1 May 5, 1999 (10:00am)

# WAIVER OF SERVICE OF SUMMONS

TO: **DIEGO LA MADRID**
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, acknowledge receipt of your request that I waive service of a summons in the action of

**42 U.S.C. 1983** , which is case number

in the United States District Court for the **SOUTHERN** District of

**CALIFORNIA** . I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I an acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I an acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after

, or within 90 days after that date if the request was sent outside the

(DATE REQUEST WAS SENT)
United States.

(DATE)

**12 19 07**

_Diego La Madrid_
(SIGNATURE)

Printed/Typed Name: **DIEGO LA MADRID**

As _____ of _____
(TITLE)          (CORPORATE DEFENDANT)

### Duty to Avoid Unnecessary Costs of Service of Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action had been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

::ODMA\PCDOCS\WORDPERFECT\14598\1 May 5, 1999 (11:32am)

# EXHIBIT COVER PAGE

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____ PAGES.

### JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☒ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Diego La Madrid
P-98764    EHITS
P.O. Box 600
Chino, Ca.   91708

December 13, 2007

Inmate Appeal Branch
1515 S Street
Sacramento, Ca. 45814

Re: IAB# 0712536    RJD-07-01793   Medical

Dear Mr. Grannis.

Merry Christmas and do have a Happy New Year.

I have ask the appeals coordinator for copies of 607's or 1824's when I put an appeal. Because I have no money in my books I request and inmate law library will not make a copy unless it is going to the court. I request a copy after every level of any appeal I do. Here in C.I.H. it has not been done yet. This I do to keep a record. I have been a victim of either lost 602 or an attachment in the last 9 months. One of them happen to be about my personal property which I have repeatedly ask in one way or

( 1 of 3 sides )                  - Back -

ANOTHER TRIED TO GET. NOW AFTER MY 7th DIFFERENT APPEAL, REGION IV APPEALS COORDINATOR SENT ME THE APPEAL BACK FOR THE SAME REASON IS CCR 3084.6(c). I DID PUT APPEAL IN. I DID IT WITHIN TIME LIMITS. YET AFTER RECEIVING INFORMAL BACK AFTER BPH HEARING. IT WAS LOST IN THE INSTITUTIONAL MAIL. IF YOU CONTACT MR. R.E. THACKER AGENT II IN REGION IV YOU COULD GET MORE DETAILS ON THIS ONE INCIDENT. NOW IT SHOULD BE A 3084.7(e) BECAUCE A MONEY ORDER OF $200.00 WAS IN WALLET. MY GLASSES ALSO IN PROPERTY - THIS AN 1824 ISSUE. AND THERE IS ALSO EVIDENCE I NEED FOR MY APPEAL OF THIS PAROLE REVOCATION, TO SEND TO THE COURTS.

NOW THIS APPEAL - AS STATED IN APPEAL. MOVEMENT TO CIM AND THE MAIL SYSTEM HERE I HAVE NO CONTROL OVER. MAIL HERE AT THIS POINT IS OVER 3 WEEKS. I DID FILL OUT AND SEND WITHIN THE TIME CONSTRAINTS FROM THE TIME I GOT MAIL. THIS APPEAL WAS SENT FROM RJD TO ME TO CIM. THE TIME FOR THE PERIOD OF TRANSPORTATION IS NOT IN MY CONTROL. PLEASE REASURCH AND YOU WILL CONCUR WITH ME; IN THIS MATTER. THIS APPEAL IS OF CCR 3350 & 3355 INVOLVING A COLEMAN AND ARMSTRONG INMATE.

IN YOUR RESPONCE TO ME YOU DO NOT TELL ME MUCH ABOUT THE DAY YOU THINK

( SIDE 2 )

I GOT THE MAIL. THE RECORDS OF THIS INSTITU-
TION MAIL SYSTEM BETWEEN RJD AND CIM
WILL SHOW HOW MUCH THE MAIL TAKES IN
THIS CASE. SINCE IT WAS SENT TO ME VIA
INSTITUTIONAL MAIL.

REQUEST: CHECK LENGTH OF TIME IT TAKE
FOR MAIL TO GO FROM RJD TO CIM VIA
INSTITUTIONAL MAIL. CHECK RECORDS OF
APPEAL WITH MR. K.E. THACKER REGION IV,
TO SEE AND UNDERSTAND PROBLEM OF MINE
PRIOR TO THIS ONE OF INSTITUTIONAL MAIL.
DOES THIS EXHAUST ADMINISTRATIVE REMEDIES.
SINCE PROBLEM IS STILL ON-GOING. (CCR 3350,
3355) HAVE APPEALS COORDINATOR IN CIM
MAKE COPIES OF 602 AND 1824 IF INMATE
REQUEST IF NO MONEY IN BOOKS.

THANK YOU
SINCERLY
Diego J. Madrid

P.S.
THANK YOU FOR THE ASSISTANCE, AND I
LOOK FORWARD TO RECEIVING A RESPONCE
TO THIS LETTER.

( SIDE   3 )

STATE OF CALIFORNIA –DEPARTMENT OF CORRECTIONS AND REHABILITATION    ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



December 6, 2007

LAMADRID, DIEGO, P98764
California Institution for Men
P.O. Box 128
Chino, CA  91708

RE: IAB# 0712536    RJD-07-01793    MEDICAL

Mr. LAMADRID:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal.  The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal.  The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses.  Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process.  The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

An appellant must submit the appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with CCR 3084.6(c).

N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

RECEIVED
JUL 0 9 2007
CHIEF J. DONOVAN CORR.
APPEAL

Location: Institution/Parole Region **RJD**

Log No. 1. **07-1793**  2.

Category **8** **MID**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME LAMADRID | NUMBER P-98764 | ASSIGNMENT NA | UNIT/ROOM NUMBER 4-20-126c |
|---|---|---|---|

**A. Describe Problem:** I KEEP ON PUTTING MEDICAL REQUEST FOR SAME THINGS AND THEY STILL DO NOT TAKE CARE OF THEM. GLASSES WITH P.O. OR SEE OPTOMETRIST. MENTAL HEALTH WILL INVOLVE DEEP PERSONAL AND PRIVATE MATTERS. SO I'LL NEED TO TRUST THEM. IN VIOLATION OF PLATA, ARMSTRONG AND COLEMAN; WHICH JUST CONTINUES NO MATTER HOW MANY MEDICAL SLIPS OR INMATE REQUEST I PUT IN. WITH 1824! HAND, ALLERGIES, & PSYCH!

If you need more space, attach one additional sheet.

**B. Action Requested:** TO KNOW HOW MUCH CHARGE TILL NOW? IF YOU DID PUT BACK ON BOOKS. P.O. FOR GLASSES OR OPTOMETRIST. ALLERGY BAND/ APPOINTMENT WITH PSYCHOLOGIST & PSYCHIATRIST ALSO ALLERGY(S) THAT DON'T GO AWAY (GET RIGHT MEDICATIONS FROM PSYCH.

Inmate/Parolee Signature: _Diego LaMadrid_  Date Submitted: 7/5/07

**C. INFORMAL LEVEL** (Date Received: JUL 17 2007)  Partially Granted

**Staff Response:** YOU WERE SEEN BY YOUR FACILITY PROVIDER ON JULY 11, A REFERRAL WAS COMPLETED FOR OPTOMETRY, YOU WERE PRESCRIBED BODY LOTION, ALLERGY MEDICATION. IN ORDER TO DISPUTE CHARGES, YOU NEED TO PROVIDE A TRUST ACCOUNTING STATEMENT AND SUPPLY MORE INFORMATION, AS IT IS UNCLEAR NO current REQUESTS FOR HEALTH CARE SERVICES WAS LOCATED IN YOUR MEDICAL FILE, SUBMIT TO MENTAL HEALTH FOR AN APPOINTMENT

Staff Signature: _Jolie Rivera_  Date Returned to Inmate: 7/19/07

**D. FORMAL LEVEL**

If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

ALLERGY MEDICATIONS DOCTOR SAID ENDS IN 30 DAYS YET ALLERGIES I'VE HAD FOR 30 YEARS. TO RE-FILL ALL ALLERGY MEDICATIONS TILL RELEASE. ALSO FIX RIGHT INDEX FINGER THAT HAS LIMITED MOBILITY WITH EXCESSIVE PAIN. AND BACK YOU HAVE HISTORY. TWO (2) PSYCH MEDICATION HAVE ENDED WITH NO RE-FILL, NEED RIGHT ONES!

Signature: _Diego LaMadrid_  Date Submitted: 7/24/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

RECEIVED
OCT 31 2007
INMATE APPEALS
BRANCH
untimely OF

07-1793

First Level  ☑ Granted  ☐ P. Granted  ☐ Denied  ☐ Other                SEP 07 2007

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ JUL 27 2007 _____ Due Date: _____ .07

Interviewed by: PER PATIENT PROFILE, YOU HAVE BEEN PRESCRIBED ALLERGY MEDICAT AND PSYCH MEDS FOR 90 DAYS. YOU HAVE NOT BEEN ENDORSED AS OF YET, NO RELEASE DATE FOR PRESCRIPTION RENEWALS, PER X-RAY TAKEN 5/30/07, YOU HAVE A HEALED FRACTURE AND YOU ARE CURRENTLY PRESCRIBED PAIN MEDICATION, IF YOU HAVE BACK PAIN, COMPLETE A HEALTHCARE SERVICES REQUEST FORM TO BE SEEN BY YOUR FACILITY PROVIDER, YOUR APPOINTMENT WAS 8/1/07 WITH A PSYCHIATRIST AND 7/26/07 WITH A PSYCHOLOGIST

Staff Signature: _____  Title: Sw    Date Completed: 8-14-07
Division Head Approved:
Signature: Darren Dennis  Title: SRN III  Returned AUG 16 2007
                                                Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of
receipt of response. GRANTED - WELL, INCOMPLETE EXTREME PAIN, IF MOVE @ INDEX FINGER PER X-RAY 8/9/07 STILL BROKEN. FEW SYMPTOMS BUT NOT LIMITED TO SLEEPINESS, CONFUSION, LACK OF BALANCE, DIZZINESS, LIGHT HEADED, FROM VERY BAD BODY TEMPERATURE CONTROL. AZMA IS GIVING REAL TROUBLE. VIOLATION STILL OF PLATA, COLEMAN & ARMSTRONG. THAT IS RESULT OF 19 MEDICATION ASA HEAT, STRESS, POOR AIR FLOW, NEED MEDICATION ADJUSTMENT, COMPLY WITH 1824. HEP-C PROBLEMS AND S.T.D.
Signature: Diego Zu Machado    Date Submitted: 8/26/07

Second Level  ☑ Granted  ☐ P. Granted  ☐ Denied  ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: AUG 22 2007    Due Date: SEP 20 2007
☑ See Attached Letter

Signature: M. STOUT W.    Date Completed: 9/21/07
Warden/Superintendent Signature: Olhma H Garcia    Date Returned to Inmate: SEP 25 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of
response. Granted: All issues that are in 15 CCR 3355 on intake not taken care of! Please send me a copy back. Right index finger not taken care of or other issues all on both examination that where taken in R.J.D. (see medical file) Both physical & mental parts. Still not stable or issues taken care of. (include CCR Article 9) Movement to CIM has maillate, health care now in different insti- tution, medication not successfulas extensive history on different particular medications I take outside. Having some bad reaction(rash) not being treated. They all have their own ideas.
Signature: Diego Zu Machado    Date Submitted: 10/25/07

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

................................................................

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____
☐ See Attached Letter
CDC 602 (12/87)                                                Date: _____

0712538


State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date:      September 21, 2007

To:        LaMadrid, D.
           P98764
           Richard J. Donovan Correctional Facility at Rock Mountain

Subject:  **SECOND LEVEL APPEAL RESPONSE**              **LOG NO.:**      **RJD-07-01793**

**APPEAL ISSUE:**

It is the appellant's position that his medical/mental condition has not been properly diagnosed, which has led to pain to his hand, allergies and mental health concerns.

The appellant's appeal has been responded to at the Informal and First Level of Review, which resulted in granted decisions. He has been medically evaluated for his complaints on a continuous basis at the Richard J. Donovan Correctional Facility, and has received approximately 19 prescriptions for his conditions.

The appellant's argues that his condition is not improved and is requested proper medication to correct his concerns.

**INTERVIEWED BY:** Waived in accordance of California Code of Regulations (CRC)
                    Section 3084.5 (f) (2)

**REGULATIONS:** The rules governing this issue are California Code of Regulations
                (CCR), Title 15, Sections:

                    CCR 3350 – Provisions of Medical Care and Definitions
                    CCR 3355 – Health Care Examinations

**APPEAL RESPONSE:**

A review of the "Effective Communication List for Inmates With Test of Adult Basic Education Reading Scores of 4.0 or Less" reveals that the inmate does not require assistance in order to achieve effective communication.

On September 10, 2007, the appellant had transferred to the California Institute for Men, where further medical treatment and evaluations can be performed.

**APPEAL DECISION:** The appeal is granted the Second Level of Review.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility at Rock Mountain

*** PATIENT PROFILE ***
Includes Current Prescriptions as of 08/08/2007

*****************************************************************************

P-98764  LAMADRID, DIEGO                          CURRENT UNIT: B20-126L
ALLERGIES:                    DOB:   /  /      HT:    ft  in     WT:    0
================================================================================
START     Rx/Qty  DRUG                      PHYSICIAN           STOP
================================================================================
07/11/2007 924468  IBUPROFEN 800MG               SILVA,JASON     10/09/2007
NG           60  TAKE 1 TABLET EVERY 8HRS AS NEEDED FOR PAIN    RR   B20-126L
--------------------------------------------------------------------------------
07/11/2007 924478  TRIAMCINOLON 0.1% CR 80GM     SILVA,JASON     10/09/2007
NG            1  APPLY TO AFFECTED AREA TWICE DAILY AS NEEDED        B20-126L
--------------------------------------------------------------------------------
07/11/2007 924480  BODY LOTION 266ML             SILVA,JASON     10/09/2007
NG            0  APPLY AS DIRECTED *NF NEEDS APPROVAL*               B20-126L
--------------------------------------------------------------------------------
07/11/2007 924484  SELENIUM SULFIDE 2.5% LOT     SILVA,JASON     10/09/2007
NG            1  APPLY AS DIRECTED RR                                B20-126L
--------------------------------------------------------------------------------
07/24/2007 930679  ARTIF TEARS OPH SOLN 15ML     SHUTE,GARY      10/22/2007
ABB           1  INSTILL 1 DROP TO EACH EYES EVERY 3HRS   RR        B20-126L
--------------------------------------------------------------------------------
08/03/2007 935024  ALBUTEROL SULFATE HFA INH     LEHV, LEVI      11/01/2007
LB            1  2 PUFFS EVERY 4-6HR AS NEEDED   RR                 B20-126L
--------------------------------------------------------------------------------
08/03/2007 935026  TRIAMCINOLONE (AZMACORT)      LEHV, LEVI      11/01/2007
LB            1  2 PUFFS DAILY IN THE MORNING AND AT BEDTIME RR     B20-126L
--------------------------------------------------------------------------------
08/03/2007 935028  OMEPRAZOLE 20MG               LEHV, LEVI      11/01/2007
LB           30  TAKE 1 CAPSULE DAILY AR                            B20-126L
--------------------------------------------------------------------------------
08/03/2007 935030  ACETAMINOPHEN 325MG           LEHV, LEVI      11/01/2007
LB           60  TAKE 2 TABLETS EVERY 4-6 HOURS AS NEEDED   RR      B20-126L
--------------------------------------------------------------------------------
08/03/2007 935033  FLUNISOLIDE NASAL SPRAY       LEHV, LEVI      11/01/2007
LB            1  2 SPRAYS TO EACH NOSTRIL TWICE A DAY(MAX 1 BOT/90D B20-126L
--------------------------------------------------------------------------------
08/03/2007 935035  LORATADINE 10MG               LEHV, LEVI      11/01/2007
LB           30  TAKE 1 TABLET DAILY AR                             B20-126L
--------------------------------------------------------------------------------
08/03/2007 935036  HYDROCORTISONE CR 1% 30GM     LEHV, LEVI      11/01/2007
LB            1  APPLY TO AFFECTED AREA TWICE DAILY     RR          B20-126L
--------------------------------------------------------------------------------
08/03/2007 935038  DOCUSATE SODIUM 100MG         LEHV, LEVI      11/01/2007
LB           30  TAKE 1 CAPSULE DAILY AR                            B20-126L
--------------------------------------------------------------------------------
08/03/2007 935039  METHOCARBAMOL 750MG           LEHV, LEVI      11/01/2007
LB           45  TAKE 1 TABLET 3 TIMES DAILY    AR/15D              B20-126L
--------------------------------------------------------------------------------
08/07/2007 937011  VALPROIC ACID 250MG           RAMSEY, H.      11/05/2007
NG          120  4 PO QPM AR                                        B20-126L
--------------------------------------------------------------------------------


================================================================================
PAGE 1                                          PRINTED: 08/08/2007

```
*** PATIENT PROFILE ***
Includes Current Prescriptions as of 08/08/2007
```

```
**************************************************************************
P-98764  LAMADRID, DIEGO                              CURRENT UNIT: B20-126L
ALLERGIES:                        DOB:   /  /     HT:   ft  in      WT:   0
==========================================================================
START      Rx/Qty  DRUG                          PHYSICIAN          STOP
==========================================================================
08/07/2007 937013  SERTRALINE 100MG               RAMSEY, H.       11/05/2007
NG            30   1 PO QPM AR                                      B20-126L
--------------------------------------------------------------------------
08/07/2007 937015  ARIPIPRAZOLE 10MG              RAMSEY, H.       11/05/2007
NG            30   1 PO QPM AR                                      B20-126L
--------------------------------------------------------------------------
08/07/2007 937016  TRAZODONE 50MG                 RAMSEY, H.       11/05/2007
NG            30   1 PO QPM AR                                      B20-126L
--------------------------------------------------------------------------
08/07/2007 937018  DIPHENHYDRAMINE 50MG*          RAMSEY, H.       11/05/2007
NG            30   1 PO QPM AR                                      B20-126L
--------------------------------------------------------------------------
```

# INMATE APPEAL ROUTE SLIP

To: APPEALS                                           Date: August 22, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01793  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: MEDICAL
Due Date: 09/20/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

# INMATE APPEAL ROUTE SLIP

To: MED                                                    Date: July 27, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01793  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue:  MEDICAL
Due Date:  09/07/2007
Special Needs:


STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted.  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.



Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS AND REHABILIATION

California Institution for Men

## *MEMORANDUM*

m1£#175L



APPEAL RESPONSE LEVEL:              SECOND LEVEL

DATE:                              NOVEMBER 30, 2007

TO:                                LAMADRID

CDC#:                              P98764

APPEAL LOG #:                       CIM-E-07-1665


APPEAL RESPONSE:

All appeal documents, your Unit Health Record (UHR), and applicable sections of the California Code of Regulations (CCR) Title 15, have been reviewed and considered.

While you were incarcerated at RJD, you submitted an appeal containing multiple issues.  You requested to get all your allergy medications and psych medications.  You requested to get cleared or get told why you're on medical hold.  Additionally, you stated you have problems with your right index finger and lower back.

Your request was partially granted.  You were informed that it is standard practice to prescribe medications up to 90 days so that a re-evaluation may be done.  You were informed no medical hold was in effect.  You were informed pain medication had been prescribed on 7-11-07.

You were dissatisfied and progressed to the Formal Level.  You stated your right index finger is still broken.  You stated the skin medication is wrong.  You stated your psych meds are not right.  You stated you need glasses.

Your appeal was partially granted.  By this time you had been transferred to CIM, where you had been evaluated by the Mental Health Department and a medication plan was being developed.  You had been seen by optometry prior to leaving RJD.  You were informed a facility provider at CIM would see you regarding the rash and broken finger.

You progressed to the 2nd Level, stating the treatment plan for your mental issues need much improvement.  You stated you need monitoring of Hep C.  You stated you want all the items taken care of this year, but you don't see appointments coming.

Your movement history indicates you arrived at CIM on 9-29-07.  Since that time, you have been seen multiple times for psychological evaluations, medical evaluations, and specialty evaluations as follows:

Psych evaluations were conducted on 9-15-07, 9-29-07, 10-18-07, 11-3-07, and 11-8-07.  Medical evaluations were conducted on 9-21-07, 9-24-07, 10-9-07, 10-22-07, and 11-9-07.  You were seen by specialty providers on 10-15-07, 10-29-07, and 11-27-07. As a participant in the Chronic Care Program (CCP), you are seen on a

monthly basis for evaluation with your primary care physician. Your most recent examination was done on 11-9-07, at which time allergy meds and instructions regarding the medication were given (no rash was evident upon examination). Pain meds were also prescribed. No recommendations were made regarding treatment for your right index finger.

On 11-29-07, you were interviewed regarding your appeal issues. You stated to the interviewer that your primary complaint is the problem with your right index finger. You stated you have limited mobility and pain due to incorrect healing.

The Chief Physician & Surgeon reviewed your case. It has been determined that a referral to orthopedics will be submitted for evaluation of the old fracture on the right index finger. The specialist will evaluate for surgical correction. Please be advised once the referral is submitted, approved, and processed, it will take several weeks before your appointment is scheduled. You will be scheduled as soon as possible and ducated to attend.

The CIM Medical Department is concerned for your health and well-being, and has acted appropriately in providing care and treatment. Your treating physician will continue to see you on a monthly basis and will address your medical issues as needed.

Pursuant to the following CCR, Title 15 sections, your medical needs have been handled in the appropriate manner.
3350 Provision of Medical Care and Definitions
(a) The department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. Treatments for conditions which might otherwise be excluded may be allowed pursuant to section 3350.1(d).
(b) For the purposes of this article, the following definitions apply:
(1) Medically Necessary means health care services that are determined by the attending physician to be reasonable and necessary to protect life, prevent significant illness or disability, or alleviate severe pain, and are supported by health outcome data as being effective medical care.
(2) Outcome Study means the definition, collection and analysis of comparable data, based on variations in treatment, concerning patient health assessment for purposes of improving outcomes and identifying cost-effective alternatives.
(3) Outcome Data mean statistics such as diagnoses, procedures, discharge status, length of hospital stay, morbidity and mortality of patients, that are collected and evaluated using science-based methodologies and expert clinical judgment for purposes of outcome studies.
(4) Severe pain means a degree of discomfort that significantly disables the patient from reasonable independent function.
(5) Significant illness and disability means any medical condition that causes or may cause if left untreated a severe limitation of function or ability to perform the daily activities of life or that may cause premature death.

CCR 3354. Health Care Responsibilities and Limitations
(a) Authorized Staff. Only facility employed medical staff, contractors paid to perform medical services for the facility, or persons employed by the facility as medical consultants shall be permitted to diagnose illness, prescribe medication and medical treatment for inmates. No other personnel are authorized to do so.

Page 3
CIM-E-07-1665

APPEAL DECISION: **PARTIALLY GRANTED**
Your appeal documents are attached.


Sabry F. Ghaly MD 11/30/07
_____
S. Ghaly, MD
Chief Physician and Surgeon  (A)
California Institution for Men

M. Farooq, MD 11/30
_____
M. Farooq, MD
Chief Medical Officer/Health Care Mgr. (A)
California Institution for Men

**RECEIVED**
**JUL 18 2007**

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | RJD | 1. 07-2280 | 8 |
| 2. | CIM-E | 2. 07-16105 | MED |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

RICHARD J. DONOVAN

MIEH 175L

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Ma Madris | P-98764 | NA | E4 20 126L MIEH |

**A. Describe Problem:** DIFFICULTY IN WRITING PRIMARY LANGUAGE NOT ENGLISH. DOCTOR SAID TO ME "CAN'T GIVE PRESCRIPTION FOR ALLERGIES FOR OVER 30 DAYS, PUT IN TO SEE DR. AFTER MEDICATION ENDS." SO THIS IS A 3084.5(a)(3)(D),(F),(H). I, 42 U.S.C. §12102. MY ALLERGIES COMBINED WITH WRONG PSYCH MEDICATIONS OR LEVELS THERE OF COMPOUND WITH HEAT FLARE UP ALL MY ALLERGIES. THIS IS SOMETHING WITH MORE THAN 10 YEARS IN MEDICAL C-FILES AS EVIDENCE, AND HAVE SEEN DR FOR LATELY. ABOVE IS ONE MEDICAL PROBLEM THAT WILL HOLD ME BEFORE CLASSIFCATION, IN MY EYES. VERY LIMITED MOBILITY OF (R) INDEX FINGER WITH SEVER PAIN NOW.

If you need more space, attach one additional sheet.

**B. Action Requested:** TO GET ALL MY ALLERGY MEDICATIONS TILL 3-10-08 FOR SKIN, NASAL AND LUNG PROBLEMS. TO GET CLEARED OR TOLD WHY ON MEDICAL HOLD, AND TAKE CARE OF THESE PROBLEMS. ALSO RIGHT INDEX FINGER AND PROBLEMS OF LOWER BACK. YOU HAVE MY HISTORY. PYSH MEDICATIONS.

Inmate/Parolee Signature: Diego Ja Madrid    Date Submitted: 7-16-07

**C. INFORMAL LEVEL (Date Received:** JUL 26 2007 **)** PARTIALLY GRANTED

**Staff Response:** MEDICATION, AS STANDARD PRACTICE IS PRESCRIBED FOR NORMALLY UP TO 90 DAYS SO THAT THE FACILITY PROVIDER CAN EVALUATE SYMPTOMS AND RE-EVALUATE AS NECESSARY. YOUR UNIT HEALTH RECORD DOES NOT REFLECT A MEDICAL HOLD. YOU WERE PRESCRIBED PAIN MEDICATION 7/11/07

Staff Signature: Eddie Rivera    Date Returned to Inmate: 7/30/07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

PARTIALLY - GRANTED
BY X-RAY ON 8-9-07 (R) INDEX FINGER STILL BROKEN, PER MEDICAL SCREENING ON 8-2-07 FIX WRONG SKID MEDICATION - TRIAMCINOLONE ACETONIDE CREAM .1% IS CORRECT. PER OPTOMOLOGIST TEST EYE VISON WORST THAN 20/200 NEED GLASSES. ALSO PSYCH MEDS STILL NOT RIGHT IF PRESCRIBE CORRECTLY OUTSIDE AFTER PYSH TEST AND STAGE IN HOSPITAL.

Signature: Ja Madris    Date Submitted: 8/13/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number:

SE 8-2-07 MEDICAL SCREEN FIX

**CIM**
NOV 07 2007
2nd level
CMO

07-2280

First Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days) Date assigned: SEP 1 3 2007    Due Date: OCT 2 6 2007

INTERVIEWED BY J. RIVERA HCAC, 10/19/07, VIA TELEPHONE CALL TO CIM DURING THE INTERVIEW YOU STATED THAT YOU WERE SEEN BY OPTOMETRY PRIOR TO LEAVING RID. YOU STATED THAT YOU HAD BEEN SEEN BY MENTAL HEALTH AT CIM AND THEY ARE WORKING TOWARDS A MEDICATION PLAN WITH YOU. YOU STATED THAT YOU STILL HAD A RASH, AND YOUR FINGER HAS NOT BEEN TAKEN CARE OF. I SPOKE WITH THE HCAC AT CIM WHO WILL MAKE AN APPOINTMENT FOR YOU WITH A FACILITY PROVIDER AT CIM

Staff Signature: Jodie Rivera    Title: HCAC    Date Completed 10/19/07

Division Head Approved: Arbo    Title: Chief PLS    Returned OCT 2 2 2007    Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response: GRANTED: THEY WILL REQUIER MULTIPLE APPOINTMENTS, THAT I DON'T SEE COMING. Take care of all items in your own medical evaluations this year. Treatment plan for my mental issues of bipolar major depressive symtoms P.T.S.D. A.D.H.D. need much improvement. Monitoring of Hep-C (HCV). Conditions that significantly affect my daily activities cause of chronic and substantial pain delay of proper medical care. Follow own rules of 15CCR article 8 of care. Return a copy to me please. Let me know when appointments will be. Send copy of medical fup

Signature: Diego De Medina    Date Submitted: 11/5/07

Second Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned: 11-7-07    Due Date: 12-10-07

☒ See Attached Letter

Signature: Salsny E. Choly 11/30/07    Date Completed: 11-30-07

Warden/Superintendent Signature: MD 11/30    Date Returned to Inmate: 12-4-07

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature:    Date Submitted:

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other
☐ See Attached Letter.

CDC 602 (12/87)    Date:

## INMATE APPEAL ROUTE SLIP

To: MED                                    Date: September 13, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-02280  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue:  MEDICAL
Due Date:  10/26/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted.  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

CIM
NOV 0 7 2007

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

August 23, 2007

LAMADRID, P98764
F42000000000126L

CIM

NOV 0 7 2007

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

**SEPARATE YOU ISSUES AND SUBMIT ONE ISSUE PER 602.**

*SIMPLE: EVERY THING IS IN MEDICAL SCREENING ON 8-2-07 FIX IT & RIGHT ARM*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

July 18, 2007



**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level.*
*The Informal Level of Review is waived for appeals of classification actions; serious*
*disciplinaries; CSR actions; departmental regulations, policies or operational procedures;*
*staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an*
*informal response by sending your appeal directly to:*

*MEDICAL*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be
automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be
appealed. If you believe this screen out is in error, please return this form to the Appeals
Coordinator with an explanation of why you believe it to be in error, and supporting
documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                          ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2300**



August 24, 2007

To:   La Madrid, Diego P98764
      Richard J. Donovan Correctional Facility
      P.O. Box 799006
      San Diego, CA 92179-9005

Mr. La Madrid,

I am in receipt of your letter requesting your informal level response and property. I do not receive copies of the informal level responses. Your response should be sent directly to you from the parole office. In addition, you have not told me who took your property. The only information you have provided is that US Customs took your property, so why do you assume that the parole agent has your property. You have failed to provide me with the information I have requested.

The parole office will not send your property to R&R. If they have your property it will be returned to you upon your release. I sent you the address to contact US Customs on June 5, 2007 regarding disposition of your property. Have you attempted to contact them? With the information you have provided me, that your property was taken by the Border Patrol, there is no further assistance I can give you. You need to contact US Customs at the address I provided you with on June 5, 2007
US Customs and Border protection
610 W. Ash Street Suite 1200
San Diego, CA 92101

K.E. Thacker
Parole Agent II, Appeals Coordinator
Region IV Parole Headquarters

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RECEIVED

AUG 2 1 2007

REGION IV APPEALS

RE: Screening at the FIRST Level

*June 26, 2007*

**LAMADRID, P98764**
**RJD**

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*Your appeal has been forwarded to Chula Vista I for an informal response.*

Appeals Coordinator
Region IV DAPO

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:   Institution/Parole Region        Log No.                Category

1. _____          1. _____

RECEIVED

JUN 2 5 2007

_____ BY APPEALS

2. _____          2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| CAMBRID, DIEGO | D-98764 | | FY-70-136A |

A. Describe Problem: HAVE ALREADY SENT 602 HE RETURNED (P.O. TRISTAN THE DAY OF RPT. HEARING. SENT TO APPEALS COORDINATOR HAVE NOT HEARD SINCE THAT WAS 4/23/07. MONEY ORDER OF 200.— GLASSES, WALLET PERSONAL PAPERS 3084.7 SINCE OVER 200.— HE (TRISTAN) SAID PUT IN EVIDENCE HIS OFFICE IS IN CHULA VISTA! OR GIVE ME ADDRESS OF CHIEF INMATE APPEALS OF DEPARTMENT OF CORRECTIONS

If you need more space, attach one additional sheet.

B. Action Requested: MY PROPERTY FROM P.O. TRISTAN. WALLET, GLASSES MONEY ORDER EXCESS OF 200.— PERSONAL PROPERTY TO COME IN THROUGH R&R LIKE ANYONE ELSE NO RESTITUTION SINCE NOW I DO HAVE A PAROLE REVOCATION AT TIME I SIGN IT.

Inmate/Parolee Signature: _Diego for Martin_                Date Submitted: 6/18/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____        Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____                Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*June 26, 2007*

***LAMADRID, P98764***
*RJD*

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).***

***This is not an ADA appeal; this is a duplicate appeal of the issue forwarded to Chula Vista I for an informal response.***

Appeals Coordinator
Region IV DAPO

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA

**RECEIVED** DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | JUN 2 5 2007 | 18. ADA |

**REGION IV APPEALS**

*NOTE:* **THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LaMadrid, S. | P-98764 | | | F4-20-126 Low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

**DESCRIPTION OF DISABILITY:**

Person within 42 U.S.C. Has disabilities mental impairments that substantially limit major areas of life activities.

**WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?**

In C-File

**DESCRIBE THE PROBLEM:**

After crossed border P.O. S. Tristan has property. Files 602, disappeared when sent to appeal coordinator. Difficulty expressing in written English. P.O. Tristan said he put it with evidence

**WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?**

Patient Advocate, Attorney or whoever can help me get my property back? Bottom line my property through R&R as if coming in no parole violation yet.

INMATE/PAROLEE'S SIGNATURE _____

DATE SIGNED 6/18/07

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

## REVIEWER'S ACTION

DATE ASSIGNED TO REVIEWER:
DATE DUE:

**TYPE OF ADA ISSUE**

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:**_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____          _____
DATE INMATE/PAROLEE WAS INTERVIEWED          PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

☐ GRANTED     ☐ DENIED     ☐ PARTIALLY GRANTED

**BASIS OF DECISION:**_____

_____
_____
_____
_____
_____
_____

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|

## APPROVAL

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|

| DATE RETURNED TO INMATE/PAROLEE |
|---|

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                        ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2394**

**RECEIVED**

JUN 2 5 2007

**REGION IV APPEALS**



June 5, 2007

To:     La Madrid, Diego #P98764
        Richard J. Donovan Correctional Facility
        P.O. Box 799006
        San Diego, CA 92179-9005

Re:     Property

Mr. La Madrid,

I received the copy of the letter you mailed regarding your request for information regarding your property, your wallet, glasses and other items not specifically mentioned. You mention that your property was taken by Customs. US Customs is not under the jurisdiction of the Division of Adult Parole Operations and I am unaware of their procedures regarding personal property.

Were you transported to a county jail facility by Customs? If so, did your property accompany you? Did the Custom's Agent ask you what you wished to have done with your property? With the information you provided, it seems as though Customs had control of your property and you need to contact them regarding the location and or disposition of your property.

In addition, this office does not have a record of a CDC 602 Inmate/Parolee Appeal for you regarding your property issue.

K.E. Thacker
Parole Agent II, Appeals Coordinator
Region IV Parole Headquarters

P 98764

RECEIVED BY CM

MAY 3 0 2007

REGION IV APPEALS    5·24·07

TO WHOM IT MAY CONCERN,

My NAME IS DIEGO H. LAMADRID, CDC # P 98764. THIS IS IN REFFERANCE TO THE CHULA VISTA PAROLE DEPARTMENT ON 765 THIRD ST. STE 200 C.V. CA 91910 T P.O. DAVID TRISTAN

UPON MY CROSSING BORDER MY PROPERTY TAKEN BY CUSTOMS DEPARTMENT. MY WALLET, GLASSES AND OTHER PROPERTY HAS TO THIS DAY NOT BEEN DELEVERED TO ME. I HAVE WRITTEN A 602 TO NO AVAIL. COULD YOU PLEASE INFORME HOW AND WHAT I MUST DO TO GET MY PROPERTY TO ME. SINCE IT WAS ON ME WHEN I GOT STOPPED BY THE BORDER PATROL

THE RESPONSE OF P.O. TRISTAN AFTER B.P.T HEARING. CHOISE WHERE TO MAIL? GAVE ADDRESS 2901 N. PARK WAY S.D. CA 92104. NORTH PARK CHRISTIAN FELLOSHIP TO BE EXACT. SAID HE COULD NOT FIND IT! HOW CAN THIS BE?

THE RESPONSE SENT 4-23-07

ON 1824 HAS RUN OUT OF TIME. P.O.
TRISTAN HAS PROPERTY. AS EXPLAINED
IN 1824 IF CHURCH MAILS I WANT
NO RESTITUTION ON MONEY IN MY
WALLET JUST LIKE ANY BODY ELSE.

I HAVE DIFFICULTY EXPRESSING IN
WRITTEN ENGLISH. BUT, WHAT IS NEXT
STEP? WHERE TO GO? HOW TO DO?

THANK YOU FOR YOUR TIME

SINCERLY

*11/27/07 –*
*CCM*

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

November 16, 2007

**LAMADRID, P98764**
*RJD*

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Failed to meet time limits.*
*There has been too great a time lapse between when the action or decision occured and when you filed your appeal, with no explination of why you did not, or could not, file in a timely manner. Per CCR 3084.6(c) Appealent must submit the appeal within 15 working days of the event or decision.*

*Mr. LaMadrid,*
*You first appeal received on this issue was on June 25, 2007. You were arrested on March 15, 2007. The time limits for filing an appeal have expired. As stated at the informal level, you will receive your property when you are released.*

*Th. E. Se*
Appeals Coordinator
Region IV DAPO

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

# APPEAL ROUTING SLIP

Date: 10/18/07

Parolee/Inmate Name: LaMadrid    CDC#: P98764

Log#: N/A

## TO:

RECEIVED

NOV 1 4 2007

REGION IV APPEALS

☒ Appeals Coordinator    CIM

☐ Parole Complex Appeal Representative _____

☐ Agent of Record _____

☐ Case Records South _____

**FROM:** K. Thacker, Region IV Parole Appeals Coordinator
21015 Pathfinder Road, Suite 200, Diamond Bar, CA 91765
Phone: (909) 468-2300 ext. 302  Fax: (909) 468-2337

☐ Please assign to staff for review at _____ level response.

☒ Please route original response to inmate/parolee.

☐ Copy attached for C-File.

☐ Copy attached for your records.

☐ _____

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                                    ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2300**



RECEIVED

NOV 1 4 2007

REC.

October 17, 2007

To:    La Madrid, Diego P98764
       California Institution for Men
       P.O. Box 500
       Chino, CA 91708

**Informal Response**

Mr. La Madrid,

I am in receipt of your CDC 602 requesting your informal level response and property. The Region IV Appeals Office does not receive copies of the informal level responses. I contacted your assigned parole agent, Agent Lamar and was informed that he responded to your appeal and sent the response to you at RJD. The parole unit did not have a copy of the informal level response. Agent Lamar stated that your property is currently at the parole office. According to the inventory receipt that was completed by Agent Tristan, the property includes your glasses and the $200 money order. The property is sealed and has not been opened.

The parole office will not send your property to the Institution. You property is at the Chula Vista Parole Complex and it will be returned to you upon your release. Another option you have is to write a letter to you agent instructing him to release your property to a family member. You can have the designated family member report to the Chula Vista I Parole Unit and with proper identification; your property can be released to that individual.

I contacted R&R at CIM on October 17, 2007 and was informed that they would not accept your property and it would be returned to the parole office. The only property R&R will accept is parole dress outs 30 days prior to your release. I was also informed that in order to get glasses sent in to the institution, you would need to be seen by medical and given a prescription. You could then send the prescription out to your family and they could purchase a pair of glasses and have them sent to the Institution.

K.E. Thacker
Parole Agent II, Appeals Coordinator

STATE OF CALIFORNIA

RECEIVED

OCT 1 2 2007

REGION IV APPEALS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

RECEIVED

NOV 1 4 2007

REGION IV APPEALS

DEPARTMENT OF CORRECTIONS

Location:  Institution/Parole Region    Log No.    Category

1. _____    1. _____    _____

2. _____    2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| La Madrid , Diego H. | P-98764 | NA | MIEH 175 |

**A. Describe Problem:** This is a 1824 appeal because of my glasses that are in the propety taken at the time of the arrrest. This is the 5th try. Have been in communication with the appeals coordinator of region IV headquarters (K.E. Thacker agent II) also from R.J.D. appeals coordinator regarding this issue. There is now a money order that is no good since a year has gone bymaking it a 3084.7(e) lost or damaged personal property appeal. The money oder is for $ 200.00 from a post office.   LACK OF MY GLASSES PUT ME IN ARMSTRONG (FED.) THAT IS WHY IT CAN BE A 1824 appeal form. Any questions about it call Attory A. mannia at ROSEN, BIEN & GALVAN Tel. (415) 433-6830.

If you need more space, attach one additional sheet.

**B. Action Requested:** Please send me a copy and give me an update of the previous 602 on this same matter. If you do/can get my property for it to be mail to me here at CIM ; or to R & R .

Inmate/Parolee Signature: *Diego H. Madrid*    Date Submitted: 10/10/07

**C. INFORMAL LEVEL** (Date Received: 10/12/07 )

Staff Response: Partially Granted - update of previous 602
See attached response

Staff Signature: *K.E. Se*    Date Returned to Inmate: 10/18/07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response. **Partially granted:** NO
1) Up to now answer about my glasses will not be for appox. 4 to 6 mo.. 2) Money Order from Post Office are no good after a year. 3)Addresses that are in walletneeded for court evidence for responce ofparole revocation. 4)Daughter's address(in IRAQ) in property. So figure out some way to get it done There must be another way/person that can do this. Please returen to me a copy at every level. All these have solutions. *Diego H. Madrid*   SEND ME COPY ALSO OF COMPLETE APPEAL.
Signature: _____    Date Submitted: 10/29/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____ Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

.........................................................................

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RECEIVED

NOV 1 4 2007

REGION IV APPEALS

RE: Screening at the FIRST Level

September 11, 2007

*LAMADRID, P98764*
*RJD*

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*Mr. LaMadrid,*
*Thank you for the information stating that your prior parole agent informed you that he has your property. This is a CDC 602 issue and not an ADA issue. Your appeal from June 26, 2007 was forwarded to the parole unit for an informal response. This is a duplicate appeal issue. I will contact the parole unit to inquire when your previous appeal was completed. If you are dissatisfied with the informal level response please complete section D and return the appeal to Region IV Headquarters.*

Appeals Coordinator
Region IV DAPO

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| RECEIVED | | 18. ADA |
| NOV 1 4 2007 | | |
| REGION IV APPEALS | | |

RECEIVED

SEP 1 0 2007

REGION IV APPEALS

**NOTE:  THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LA MADRIA, Diego | P-98769 | NA | | F4-20-126LO |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

**DESCRIPTION OF DISABILITY:**
Within 42 U.S.C. 12102, Armstrong, Coleman.

**WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?**
C-File, V.A.

**DESCRIBE THE PROBLEM:** This is 5th time tring to resolve 3-14-07 issue. P.O. Tristan from C.V. office informed me after B.P.H. on letter postmarked 4-19-07 He put my property in evidence. Includes in property are my glasses, wallet. and other personal property. No registration and no liability by any one.

**WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?** Need property that P.O. Tristan knows where he put. In these "property" are my glasses and other personal property which I'd like the whole thing be sent to R&R or where even I'm housed for property registration and disposition per 15 CCR 3190 to 3193 and so inmate per 3075.

Diego La Madrid                                    Sept 2, 2007
**INMATE/PAROLEE'S SIGNATURE**                          **DATE SIGNED**

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

| REVIEWER'S ACTION |
|---|

**TYPE OF ADA ISSUE**

| DATE ASSIGNED TO REVIEWER: |
|---|
| DATE DUE: |

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☐ Other_____

☒ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:**_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____       _____
DATE INMATE/PAROLEE WAS INTERVIEWED    PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

    ☐ GRANTED    ☐ DENIED    ☐ PARTIALLY GRANTED

**BASIS OF DECISION:**_____

_____

_____

_____

_____

_____

_____

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|
| | | |

| APPROVAL |
|---|

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|
| | |

| DATE RETURNED TO INMATE/PAROLEE |
|---|
| |

# CDC 602 INMATE APPEALS SCREENING FORM

| To: La Madrid | CDC #: P98764 | Housing: MIEH17SL | Appeal Log#: |
|---|---|---|---|

## YOUR APPEAL IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ The action or decision you are appealing is not within the jurisdiction of CDC. (CCR 3084.3(c)(1). ☐ Effective May 1, 2004, the BPH 1040 appeal process is no longer utilized. Issues concerning due process, grant or denial of parole, parole revocation, attorney or witness requests, early discharge, or good cause findings for hearings cannot be appealed. These types of appeal issues may now be forwarded to the courts asking them to change the BPH action or decision. ☐ Issue(s) concerning BPH clerical mistakes, mandatory discharge, credit eligibility during revocation terms, or other BPH rules of law may be addressed via a letter to the BPH Quality Control Unit, PO Box 4036, Sacramento, CA 95812-4036 ☐ You may submit a *GA-22 Request for Interview Form* to the BPH Trailers at the RCE Facility.

☑ You have already submitted an appeal on this same issue. CCR 3084.3(c)(2).  *Cim-m-07-01416*

☐ You cannot appeal an anticipated action or decision not yet taken. CCR 3084.3(c)(3)

☐ You have not attempted to resolve your grievance at the Informal Level. CCR 3084.3(c)(4). Contact the following staff:
☐ *Counselor*  ☐ *Work Supervisor*  ☐ *Records Office*  ☐ *Receiving & Release*  ☐ *Trust Office*  ☐ *Education*
☐ *Unit Sergeant/Lieutenant*  ☐ *I/M Assignment Office*  ☐ *Employee who inventoried property*  ☐ *Other:* _____

☐ You have not adequately completed your appeal and/or attached the necessary supporting documents. CCR 3084.3(c)(5). Complete and return the following document(s):
☐ *Completed CDC-115, CDC-115A, CDC-115C, I.E. Report*  ☐ *CDC-7250 Sobriety Report*  ☐ *All CDC-837 Incident Reports*
☐ *Lab Reports*  ☐ *CDC-7219 Medical Report*  ☐ *CDC-114D Ad-Seg Order*  ☐ *CDC-128G ICC/UCC Action*  ☐ *Current Trust Statement*
☐ *Property Inventory Sheet*  ☐ *Receipt for property*  ☐ *CDC-128A Counseling Chrono/128B General/128C Med/Psych/Dental*
☐ *CDC-7362 (Health Care Request) & Trust statement with co-pay charge*  ☐ *CDC-128G Classification Chrono*
☐ *CDC Form 1858 Rights & Responsibilities*  ☐ *Complete/Sign/Date the CDC-602*
☐ *Other* _____

☐ You failed to file your appeal within 15 working days of the event or decision. The appeal is rejected. CCR 3084.3(c)(6)

☐ This issue has been addressed already. See attached correspondence. CCR 3084.2(g)

☐ You are abusing the appeal process. Your appeal is therefore rejected/cancelled. CCR 3084.3(8)
☐ *Excessive filing CCR 3084.4(a)*  ☐ *Inappropriate statements CCR 3084.4(b)*  ☐ *Excessive verbiage CCR 3084.4(c)*
☐ *Voluminous unrelated documentation, CCR 3084.3 (c)(8)*  ☐ *Lack of cooperation CCR 3084.4(d)*

☐ You are not authorized to submit an appeal on behalf of another inmate(s). CCR 3084.3(c)(7)

☐ This appeal was resolved at a lower level. If you disagreed with the decision, you had 15 working days from when you received your appeal to file at a higher level. CCR 3084.6(c)

☐ Submit your request on a CDC-7362 (Health Service Form) and send it to the Medical Department for an appointment.

☐ A limit of one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in section A and B of the form. CCR 3084.2(a)(1)

☐ You have failed to demonstrate an adverse effect on your welfare. CCR 3084.1(a)

☐ Remark(s) _____

RECEIVED
NOV 1 4 2007
REGION IV APPEALS

| ☐ **Please correct the indicated problems and return your appeal.** | Screened Out # 1 | Date: 10/4/07 |
|---|---|---|

Note: Failure to follow instruction(s) given by Appeals Staff will be viewed as a lack of cooperation on your part and your appeal will be cancelled pursuant to CCR 3084.4(d). This screening decision may not be appealed unless you allege the above reason is inaccurate. In such a case, please return this form to the Appeals Coordinator with the necessary information. You have 15 days to comply with any of the above directives. CCR 3084.3(c)(6)

*J. Cruz, SSA*
Appeals Coordinator
CIM-MSF and Reception Centers

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

CIM

RECEIVED
NOV 1 4 2007

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

OCT 0 4 2007

Location: Institution/Parole Region    Log No.    Category 18 med app need

S/o #2 Duplicate to cim-m-07-01416

DUPLICATE APPEAL

REGION IV APPEALS

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Madrid, D | P98764 | NA | HICHBW12 |

A. Describe Problem: SUBMITTED 1824 FOR GLASSES. RECEIVED NOTIFICATION OF SUSPENDED STATUS DATED 9-21-07. SAW THE OPHTHALMOLGY LESS THAN 60 DAYS AGO ON 7-24-07 IN R.J.D.. WHY NEED OF ANOTHER TEST? THIS DONE BY C. COLLIER, MEDICAL APPEALS ANALYST IN C.I.M. EYE SIGHT CAN NOT CHANGE MUCH IN TIME THAT HAS PAST. I AM PART OF COLEMAN AND ARMSTRONG.

If you need more space, attach one additional sheet.

B. Action Requested: YOU HAVE THE RESULTS OF TEST IN R.J.D.. GET ME THE GLASSES. RAISE SUSPENDED 1824, CONTINUE TIME CONSTRAINTS. MAKE A COPY FOR ME. SEND ORIGINALS WHERE SUPPOSE AND SEND ME THE COPY.

Inmate/Parolee Signature: Diego Madrid    Date Submitted: 9/25/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

~~DUPLICATE APPEAL~~

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

DUPLICATE APPEAL

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

DUPLICATE APPEAL

Staff Signature: _____ Title: _____ Date Completed: _____
Division Head Approved: _____ Returned
Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

DUPLICATE APPEAL

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____ Date Completed: _____
Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

DUPLICATE APPEAL

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other
☐ See Attached Letter
Date: _____

CDC 602 (12/87)

## INMATE CDC1824 APPEAL
## NOTICE OF SUSPEND STATUS

RECEIVED

NOV 1 4 2007

REGION IV APPEALS

Date: __9-21-07__

Name: __LAMADRID__          CDC#: __P98764__

Appeal Log #: __CIM-M-07-1416__.  Orig. Due Date __10-03-07__

You have submitted a CDC1824 Inmate/Parolee Request for Reasonable Accommodation.  Per the Armstrong Remedial Plan Section I.23.C - Medical Verification Process, appeal time limits have been suspended. The original due date is no longer valid for this appeal and will be recalculated after your consultation takes place.  You will receive notice from the Institutions Appeals Coordinator of the new due date.  Your treating physician has referred you to an expert consultant for:

☒  **Verification of disability and/or need of requested device :**
     **(GLASSES )**
     For evaluation with the __OPHTHALMOLOGY__ specialist.

☒  at CIM-MSF Consult Clinic in approximately __4-6 WEEKS__.

Please be advised that referrals to specialists for on-site care are made in order of receipt and are held in the CIM MSF Consult Clinic.  You are expected to cooperate with all efforts to verify your claimed disability. Your failure to cooperate will result in your appeal being cancelled.  The rule governing this is Title 15, Section  3084.4 (d) - Lack of Cooperation.

**COMMENTS:**  **FOR YOUR CONVENIENCE, READING GLASSES MAY BE OBTAINED IN THE CANTEEN OR CLINIC.  MAGNIFIED READERS ARE AVAILABLE FOR USE IN THE LIBRARY**

_C. Collier_
C. Collier, Medical Appeals Analyst
California Institution for Men

CIM

OCT 0 4 2007

cc:  Orig. Inmate
     Inst. Appeals Coordinator
     Medical Appeals Analyst

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

August 29, 2007

LAMADRID, P98764
RJD
        20-126

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*Mr. LaMadrid,*
*Your appeal has been forwarded to the Chula Vista 1 parole unit for an informal level response.*

Appeals Coordinator
Region IV DAPO

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

# APPEAL ROUTING SLIP

Date: _8/29/07_

Parolee/Inmate Name: _LaMadrid_ CDC#: _P98764_

Log#: _N/A_

**TO:** Unit Supervisor - Chula Vista 1

☐ Appeals Coordinator _____

☒ Parole Complex Appeal Representative _____

☐ Case Records South _____

**FROM:** K. Thacker, Region IV Parole Appeals Coordinator
21015 Pathfinder Road, Suite 200, Diamond Bar, CA 91765
Phone: (909) 468-2300 ext. 302  Fax: (909) 468-2337

☒ Please assign to staff for review at _Informal_ level response.

☐ Please route response to inmate/parolee.

☐ Copy attached for C-File.

☐ Copy attached for your records.

☒ Return completed response to appellant at RJD within 10 days.

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

RECEIVED
AUG 3 0 2007
REGION IV APPEALS

Location: Institution/Parole Region

1. _____
2. _____

Log No.

1. _____
2. _____

Category

_____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME LAMADRID, Diego | NUMBER D98764 | ASSIGNMENT N/A | UNIT/ROOM NUMBER 4-20-126u |
|---|---|---|---|

A. Describe Problem: MY PERSONAL PROPERTY NOT RETURNED. PERSONAL PROPERTY MUST BE REGISTERED, PER 15CCR 3191(a). ACCEPT LIABILITY FOR THE LOSS OR DESTRUCTION OF INMATE PROPERTY, PER 15CCR 3193(b). 3084.7(e) IF IT IS NOW LOST. ANY FURTHER ATTEMPT TO CIRCUMVENT APPEAL PROCESS 1ST AMENDMENT OF CONST. OF U.S.. I SHALL HAVE TO TREAT AS MISCONDUCT BY A DEPARTMENTAL PEACE OFFICER. ON 3-14-07 WAS STORED BY I.N.S. PROPERTY GIVEN TO CDCR. 602's IN THIS MATTER "TREATED IN ULTRA VIRES WAYS", AN ONGOING VIOLATION OF FEDERAL LAW. THIS IS 4TH ATTEMPT IN THIS MATTER. APPEAL COORDINATOR PLEASE RETURN

If you need more space, attach one additional sheet. A COPY TO ME, OF (SEE ATTACH SHEET) THIS 602

B. Action Requested: RETURN OF PROPERTY THROUGH R&R OF INSTITUTION WHERE I AM HOUSED. 3193(b) ACCEPT LIABILITY IF LOSS OR EXPIDITE MATTER AS 3084.7(e) LOST OR DAMAGED PERSONAL PROPERTY. A.C. MAKE COPY AND RETURN: 602 TO BE FORWARD TO C.V., P.O. D. TRISTAN. TIME CONSTAINT WATCHED. DO INITIAL INTAKE ON PROPERTY DEPTS CCR ARTICLE 6.5 §3075, & ARTICLE 9

Inmate/Parolee Signature: _____ Date Submitted: 8/26/07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____
_____
_____
_____
_____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

First Level ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____    Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____    Title: _____    Date Completed: _____

Division Head Approved:                                                    Returned

Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to:  Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

* Appeal Coordinator — Since problems in informal could you give this appeal a log number before forwarding and send me a copy with the log number.

Lamadrid, D.    P-98764        F4-20-126 Low

Personal property value of approximate $900.⁰⁰ My personal glasses, leather jacket (Wilson's), $200.— postal money order, watch, wallet with personal property. Among them is evidence for my defense on appeal of B.P.H. decision for revocation of parole, which I need.

Officers from Border Patrol P. Uhansky, G. Bolanos, N. Gonzales as witnesses to my having this property the day of arrest, at the San Ysidro crossing on 3-14-07.

Difficulty communicating, describing effectively the problem in writing; primary language Spanish. Issues become compound and complex over past 5 months.

Spoke to P.O. D. Tristan of C.V. Parole after hearing. He nd return first 602. I then proceeded to send to Appeal Coordinator, never heard of again.

A third attempt through Appeals Coordinator in Region IV, CCII K.E. Thacker. Received July 5ᵗʰ. This one started by writing letter in May. Got response and sent a 1824 & 602 about property (wrote same issue on both) on June 19. which I received as said on July 5ᵗʰ. To this day

(FRONT)

HAVE HAD NO RESPONSE FROM THAT APPEAL.

PROOF OF ALL PROPERTY I SPEAK ABOUT WILL BE ON VIDEO CAMERA WITH I.N.S. BORDER PATROL IN SAN YSIDRO, ON 3-14-07.

TO COMPLY WITH APPEAL TIMELINES PER CRAIG V CAMBRA (DEL NORTE SUPERIOR COURT) CASE NOS. HCPB00-5150 AND 5151 WRIT HABEAS CORPUS DATED FEB. 27, 2002

SEND ME CDC FORM 1858 AND BOARD OF CONTROL (GOVERMENT CLAIM FORM (SB OC-GC-0002)

PART II    8. ACTION REQUESTED    WANT PROPERTY PROCESSED AS INTAKE 15 CCR 3075 WHEN IT GETS HERE. WITHIN TIME CONSTRAINTS, AND NOT STUCK SOMEWHERE ELSE.

(BACK)

Sept. 1, 2007

Diego H. Lamadrid
CDC #: P-98764   F4-20-126 Low
P.O. Box 799004
S.D. CA   92179

Dep't of Corrections
Parole Region IV Headquarters
Office of Appeals Coordinator
21015 Pathfinder Road Suite 200
Diamond Bar, CA  91765

Dear Mr. Appeals Coordinator

In responce to your letter. On 4-12-07
after B.P.H. P.O. Tristan spoke to me in
front of C/O Wheeler regarding 602. He
gave only one option where to send. I
do not have family in the U.S. that I
know except kids under 18. Which I did
not know their address. My oldest daughter
is in Iraq her address is in my wallet.
I have yet to communicate with her. Any-
ways P.O. Tristan sent me back the
602 on a letter post marked 4-17-07
imforming me he could not find the
address (it is a church). So he would
keep property in evidence.
       Does that make Department liable
for a money order that at the end of
September will be no good (1 year will
be up) It is for $200.-  If so I will
send form BC-1E or DC 1540 with it?
       So why would I even consider
going to customs if now we both know
where it is. That is why it says "property

FROM S. TRISTAN" IN 602's He IS THE ONLY
ONE THAT KNOWS NOW WHERE IT IS. 602 SAYS
CLEARLY "HE (TRISTAN) SAID. DUT IN EVIDENCE HIS
OFFICE IN CHULA VISTA" SO AGAIN WHY
WOULD I CONTACT U.S. CUSTOMS? IF
MR. S. TRISTAN ONE, ADMIT HE HAS IT.
TWO, DUT IN EVIDENCE ROOM.
          SO NOW I WILL SEND YOU A
WAY TO BY PASS INFORMAL. SINCE MY
EYE SIGHT IS (20/200) WORST THAN. I
WEAR A "VISUAL IMPAIRMENT" VEST
BECAUSE I HARDLY CAN SEE. ALSO
THERE IS ADDRESSES AND PHONE NUMBERS
FOR MY DEFENSE. SHOULD I WAIT TILL
I GET TO COURT TO GET THESE? SINCE
I DO HAVE A CHOICE AT THIS POINT APPELLATE
OR U.S. DISTRICT COURT. AS I SAID MONEY
ORDER WILL BE NO GOOD AFTER 1 YEAR. WHY
WOULD I WANT IT WHEN NO GOOD? IS CCR
3191 (d) "A" NOT SEND ~~PROPER~~ PERSONAL PROPERTY TO
ANY STATE AGENCY OR AGENT OF THE STATE "
FAILURE TO COMPLY MAY RESULT IN DISCIPLINARY ACTION
AND CONFISCATION AND/OR DISPOSAL OF THE PROPERTY
          INSIDE THE ENVELOPE WILL BE A 1824
REGARDING MY GLASSES. BUT ALL PROPERTY WITH
GLASSES I WANT. SINCE MY GLASSES IS AN
1824 ISSUE! ADA!

                              SINCERELY
                              Diego Sandoval

P.S.   So you WANT ENVELOPE POSTMARKED 4-14-07
FROM "STAMPED ADDRESS" 765 THIRD AVENUE SENT FROM
P.O. TRISTAN?

July 29, 2007

TO: K. E. THACKER
PAROLE AGENT II, APPEALS COORDINATOR
REGION IV PAROLE HEADQUARTERS
21015 PATHFINDER ROAD STE. 200
DIAMON BAR, CA. 91765

RE: 602 AND PROPERTY

DEAR MR. THACKER,

    I RECEIVED THE LETTER WITH THE
COPY OF THE 602 THIS MONTH, ON 7-5-07.
YOU SENT MY P.O. D. TRISTAN FOR
ONCE AGAIN INFORMAL REVIEW. I
HAVE YET TO RECEIVE AN ANSWER
TO THIS. HE IS IN CHULA VISTA. THE
602 IS ABOUT PROPERTY HE HAS OF
MINE. GLASSES, WATCH, WALLET
AND OTHER PERSONAL PROPERTY THAT
MUST BE REGISTERED (15 CCR 3191).
HE GAVE ME FIRST IMFORMAL AFTER
B.P.H. I SENT TO APPEALS COORDINA-
TOR AND HAVE NOT GOTTEN RESPONCE.
THAT WAS ON 4-12-07. NEW APPEAL
STARTED 6-18-07, WITH LETTER FIRST
ON 5-24-07. PLEASE LET ME KNOW
WHAT ELSE TO DO IN THIS MATTER.

FROM:
DIEGO H. LAMADRID
CDC # D-98764
P.O. BOX 799004
S.D. CA 92179

SINCERLY
Diego H. Madrid

OVER

So now I send with postage. Still have not heard from 602 you send my P.O. D. Tristan. For informaz once again. So what to do now?

Need property as taken by Border Patrol. Wallet, watch, glasses, personal property in wallet. - Papers. ect. To be taken to R & R separated idemezed (inventory) per 15 CCR 3191 or accept liability per 15 CCR 3193 (b); or 12c idems thereof and therein.

Sincerly
[signature]

San Diego

Page 1 of 2



**U.S. Customs and Border Protection**
Securing America's Borders                              CBP.gov

SEARCH

Home | About CBP | Contacts | Ports | Questions | Forms | Publications | Legal | Contr

**Newsroom    Border Security    Import    Export    Travel**

## Contacts

Field Operations Offices

Ports Of Entry

Deferred Inspection

Section 515 Requests

Report
Suspicious Activity to
1-800-BE-ALERT

Home / Contacts / Field Operations Offices /

## San Diego

### Field Operations Office Information

Location Address : **610 W. Ash St**
**Suite 1200**
**San Diego , CA   92101**

Mailing Address : **Same As Above**

General Phone : **(619) 652-9966 Ext: 100**

General Fax : **(619) 557-5394**

Operational Hours : **8:00 AM - 4:30 PM ( Pacific )**
**Weekdays (Monday-Friday)**

**see also**

▷ in Field Op
Offices:

Atlanta, GA

Baltimore, MD

Boston, MA

Buffalo, NY

Chicago, IL

Detroit, MI

El Paso , TX

*...more*



D.H. LaMadrid
P-98764  F4-20-126
P.O. Box 799004
S.D. CA  92179

SAN DIEGO CA 921
25 MAY 07PM 10 T



CDCR
Region Office IV
21015 Pathfinder Rd.
Diamond Bar, CA. 91765

91765+401



United States Postage
02 1M
0004223660
$ 00.58⁰
PITNEY BOWES
OCT 29 2007
MAILED FROM ZIP CODE 91710

La Madrid , Diego H.
P-98764 Elm Hall #175

P.O. Box 500

Chino , CA. 91708

Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

San Diego

Page 1 of 2



# U.S. Customs *and* Border Protection
### Securing America's Borders
CBP.gov

SEARCH

Home | About CBP | Contacts | Ports | Questions | Forms | Publications | Legal | Cont

**Newsroom    Border Security    Import    Export    Travel**

Home / Contacts / Field Operations Offices /

## Contacts

**Field Operations Offices**

**Ports Of Entry**

**Deferred Inspection**

**Section 515 Requests**

Report
Suspicious Activity to
**1-800-BE-ALERT**

# San Diego

## Field Operations Office Information

| | |
|---|---|
| Location Address : | **610 W. Ash St** |
| | **Suite 1200** |
| | **San Diego , CA   92101** |
| Mailing Address : | **Same As Above** |
| General Phone : | **(619) 652-9966 Ext: 100** |
| General Fax : | **(619) 557-5394** |
| Operational Hours : | **8:00 AM - 4:30 PM ( Pacific )** |
| | **Weekdays (Monday-Friday)** |

### see als

◯ in Field Op
Offices:

Atlanta, GA

Baltimore, MD

Boston, MA

Buffalo, NY

Chicago, IL

Detroit, MI

El Paso , TX

...*more*



D.H. LaMadrid
P-98764  F4-20-126
P.O. Box 799004
S.D. CA 92179

SAN DIEGO CA 921

25 MAY 07PM 10 T



CDCR
Region office IV
21015 Pathfinder Rd.
Diamond Bar, CA. 91765

91765+4018

State of California

Department of Corrections and Rehabilitation

# Memorandum

Date:     September 21, 2007

To:       LaMadrid, D.
          P98764
          Richard J. Donovan Correctional Facility at Rock Mountain

Subject:  **SECOND LEVEL APPEAL RESPONSE**          **LOG NO.:**    **RJD-07-01793**

### APPEAL ISSUE:

It is the appellant's position that his medical/mental condition has not been properly diagnosed, which has led to pain to his hand, allergies and mental health concerns.

The appellant's appeal has been responded to at the Informal and First Level of Review, which resulted in granted decisions. He has been medically evaluated for his complaints on a continuous basis at the Richard J. Donovan Correctional Facility, and has received approximately 19 prescriptions for his conditions.

The appellant's argues that his condition is not improved and is requested proper medication to correct his concerns.

**INTERVIEWED BY:** Waived in accordance of California Code of Regulations (CRC) Section 3084.5 (f) (2)

**REGULATIONS:** The rules governing this issue are California Code of Regulations (CCR), Title 15, Sections:

CCR 3350 – Provisions of Medical Care and Definitions
CCR 3355 – Health Care Examinations

### APPEAL RESPONSE:

A review of the "Effective Communication List for Inmates With Test of Adult Basic Education Reading Scores of 4.0 or Less" reveals that the inmate does not require assistance in order to achieve effective communication.

On September 10, 2007, the appellant had transferred to the California Institute for Men, where further medical treatment and evaluations can be performed.

**APPEAL DECISION:** The appeal is granted the Second Level of Review.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility at Rock Mountain

**RECEIVED**
**JUL 0 9 2007**

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location. Institution/Parole Region: **RJD**

Log No. 1. **07-1793**
2.

Category **8**
**M/D**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| LAMADRID | P-98764 | NA | 4-20-126 |

**A. Describe Problem:** I KEEP ON PUTTING MEDICAL REQUEST FOR SAME THINGS AND THEY STILL DO NOT TAKE CARE OF THEM. GLASSES WITH P.O. OR SEE OPTOMETRIST. MENTAL HEALTH WILL INVOLVE DEEP PERSONAL AND PRIVATE MATTERS. SO I'll NEED TO TRUST THEM. IN VIOLATION OF PLATA, ARMSTRONG AND COLEMAN; WHICH JUST CONTINUES NO MATTER HOW MANY MEDICAL SLIPS OR INMATE REQUEST I PUT IN. WITH 1824! HAND, ALLERGIES, & PSYCH.

If you need more space, attach one additional sheet.

**B. Action Requested:** TO KNOW HOW MUCH CHARGE TILL NOW.? IF YOU DID PUT BACK ON BOOKS. P.O. FOR GLASSES OR OPTOMETRIST. ALLERGY, HAND. APPOINTMENT WITH PSYCHOLOGIST & PSYCHIATRIS. ALSO ALLERGY(S) THAT DON'T GO AWAY, GET RIGHT MEDICATIONS from PSYCH.

Inmate/Parolee Signature: _Diego LaMadrid_    Date Submitted: 7/5/07

**C. INFORMAL LEVEL (Date Received:** JUL 17 2007 **)** Partially Granted

**Staff Response:** YOU WERE SEEN BY YOUR FACILITY PROVIDER ON JULY 11, A REFE WAS COMPLETED FOR OPTOMETRY, YOU WERE PRESCRIBED BODY LOTION, ALLERGY MEDICATION. IN ORDER TO DISPUTE CHARGES, YOU NEED TO PROVID A TRUST ACCOUNTING STATEMENT AND SUPPLY MORE INFORMATION, AS IT IS UNCL NO CURRENT REQUESTS FOR HEALTH CARE SERVICES WAS LOCATED IN YOUR MEDICAL FILE. SUBMIT TO MENTAL HEALTH FOR AN APPOINTMEN

Staff Signature: _Jodie Rivera_    Date Returned to Inmate: 7/19/07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

ALLERGY MEDICATIONS DOCTOR SAID END IN 30 DAYS YET ALLERGIES I'VE HAD FOR 30 YEARS. TO RE-FILL ALL ALLERGY MEDICATIONS TILL RELEASE. ALSO FIX RIGHT INDEX FINGER THAT HAS LIMITED MOBILITY WITH EXCESSIVE PAIN. AND BACK YOU HAVE HISTORY. TWO (2) PSYCH MEDICATION HAVE ENDED WITH NO RE-FILL, NEED RIGHT ONE

Signature: _Diego LaMadrid_    Date Submitted: 7/24/07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

**07-1793**

First Level   ☑ Granted   ☐ P. Granted   ☐ Denied   ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _JUL 2 7 2007_   Due Date: _SEP 0 7 2007_

Interviewed by: PER PATIENT PROFILE, YOU HAVE BEEN PRESCRIBED ALLERGY MEDICA AND PSYCH MEDS FOR 90 DAYS. YOU HAVE NOT BEEN ENDORSED AS OF YET, NO RELEASE DATE FOR PRESCRIPTION RENEWALS. PER X-RAY TAKEN 5/30/07 YOU HAVE A HEALED FRACTURE AND YOU ARE CURRENTLY PRESCRIBED PAIN MEDICATION. IF YOU HAVE BACK PAIN COMPLETE A HEALTHCARE SERVICES REQUEST FORM TO BE SEEN BY YOUR FACILITY PROVIDER. YOUR APPOINTMENT WAS 8/1/07 WITH A PSYCHIATRIST AND 7/20/07 WITH A PSYCHOLOGIST

Staff Signature: _____   Title: RN ___   Date Completed: 8-14-07

Division Head Approved:
Signature: _Catherine Dennis_   Title: SRN/III   Returned: AUG 1 6 2007   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. GRANTED - WELL IN COMPLETE EXTREME PAIN, IF I MOVE @ INDEX FINGER PER X-RAY 8/9/07 STILL BROKEN. FEW SYMPTOMS BUT NOT LIMITED TO SLEEPINESS, CONFUSION, LACK OF BALANCE, DIZZINESS, LIGHT HEADED FROM VERY BAD BODY/TEMPERATURE CONTROL. AZMA IS GIVING REAL TROUBLE. VIOLATION STILL OF PLATA, COLEMAN & ARMSTRONG. THAT IS RESULT OF 19 MEDICATION AND HEAT, STRESS, POOR AIR FLOW. NEED MEDICATION ADJUSTMENT, COMPLY WITH 1824. HEP-C PROBLEMS AND S.T.D.

Signature: _____   Date Submitted: 8/26/07

Second Level   ☑ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: AUG 2 2 2007   Due Date: SEP 2 0 2007
☑ See Attached Letter

Signature: M. STOUT N/A/CF   Date Completed: 9/21/07

Warden/Superintendent Signature: _____   Date Returned to Inmate: SEP 2 5 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)   Date: _____

**\*\*\* PATIENT PROFILE \*\*\***
Includes Current Prescriptions as of 08/08/2007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

P-98764  LAMADRID, DIEGO                                CURRENT UNIT: B20-126L
ALLERGIES:                        DOB:   /  /    HT:   ft  in    WT:   0
========================================================================

| START | Rx/Qty | DRUG | PHYSICIAN | STOP |
|-------|--------|------|-----------|------|
| 07/11/2007 NG | 924468 60 | IBUPROFEN 800MG<br>TAKE 1 TABLET EVERY 8HRS AS NEEDED FOR PAIN    RR | SILVA,JASON | 10/09/2007<br>B20-126L |
| 07/11/2007 NG | 924478 1 | TRIAMCINOLON 0.1% CR 80GM<br>APPLY TO AFFECTED AREA TWICE DAILY AS NEEDED | SILVA,JASON | 10/09/2007<br>B20-126L |
| 07/11/2007 NG | 924480 0 | BODY LOTION 266ML<br>APPLY AS DIRECTED *NF NEEDS APPROVAL* | SILVA,JASON | 10/09/2007<br>B20-126L |
| 07/11/2007 NG | 924484 1 | SELENIUM SULFIDE 2.5% LOT<br>APPLY AS DIRECTED RR | SILVA,JASON | 10/09/2007<br>B20-126L |
| 07/24/2007 ABB | 930679 1 | ARTIF TEARS OPH SOLN 15ML<br>INSTILL 1 DROP TO EACH EYES EVERY 3HRS  RR | SHUTE,GARY | 10/22/2007<br>B20-126L |
| 08/03/2007 LB | 935024 1 | ALBUTEROL SULFATE HFA INH<br>2 PUFFS EVERY 4-6HR AS NEEDED  RR | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/03/2007 LB | 935026 1 | TRIAMCINOLONE (AZMACORT)<br>2 PUFFS DAILY IN THE MORNING AND AT BEDTIME RR | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/03/2007 LB | 935028 30 | OMEPRAZOLE 20MG<br>TAKE 1 CAPSULE DAILY AR | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/03/2007 LB | 935030 60 | ACETAMINOPHEN 325MG<br>TAKE 2 TABLETS EVERY 4-6 HOURS AS NEEDED   RR | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/03/2007 LB | 935033 1 | FLUNISOLIDE NASAL SPRAY<br>2 SPRAYS TO EACH NOSTRIL TWICE A DAY(MAX 1 BOT/90D | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/03/2007 LB | 935035 30 | LORATADINE 10MG<br>TAKE 1 TABLET DAILY AR | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/03/2007 LB | 935036 1 | HYDROCORTISONE CR 1% 30GM<br>APPLY TO AFFECTED AREA TWICE DAILY    RR | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/03/2007 LB | 935038 30 | DOCUSATE SODIUM 100MG<br>TAKE 1 CAPSULE DAILY AR | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/03/2007 LB | 935039 45 | METHOCARBAMOL 750MG<br>TAKE 1 TABLET 3 TIMES DAILY   AR/15D | LEHV, LEVI | 11/01/2007<br>B20-126L |
| 08/07/2007 NG | 937011 120 | VALPROIC ACID 250MG<br>4 PO QPM AR | RAMSEY, H. | 11/05/2007<br>B20-126L |

========================================================================

### *** PATIENT PROFILE ***
#### Includes Current Prescriptions as of 08/08/2007

**************************************************************************

P-98764   LAMADRID, DIEGO                              CURRENT UNIT: B20-126L
ALLERGIES:                          DOB:    /  /     HT:   ft  in    WT:    0
================================================================================

| START | Rx/Qty | DRUG | PHYSICIAN | STOP |
|-------|--------|------|-----------|------|
| 08/07/2007 | 937013 | SERTRALINE 100MG | RAMSEY, H. | 11/05/2007 |
| NG | 30 | 1 PO QPM AR | | B20-126L |
| 08/07/2007 | 937015 | ARIPIPRAZOLE 10MG | RAMSEY, H. | 11/05/2007 |
| NG | 30 | 1 PO QPM AR | | B20-126L |
| 08/07/2007 | 937016 | TRAZODONE 50MG | RAMSEY, H. | 11/05/2007 |
| NG | 30 | 1 PO QPM AR | | B20-126L |
| 08/07/2007 | 937018 | DIPHENHYDRAMINE 50MG* | RAMSEY, H. | 11/05/2007 |
| NG | 30 | 1 PO QPM AR | | B20-126L |

================================================================================

## INMATE APPEAL ROUTE SLIP

To: MED                                                        Date: July 27, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01793 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue: MEDICAL
Due Date: 09/07/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ROUTE SLIP

To: APPEALS                                                 Date: August 22, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01793 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: MEDICAL
Due Date: 09/20/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California                                    Department of Corrections and Rehabilitation

# Memorandum

Date:    September 20, 2007

To:    LaMadrid, P-98764
       Richard J. Donovan Correctional Facility at Rock Mountain

Subject:  SECOND LEVEL APPEAL RESPONSE  LOG NO.:    RJD 07-1800

ISSUE:

The inmate is submitting this appeal relative to CDC Form 115, Rules Violation Report
(RVR) Log # F1-07-159, for "Mutual Combat," dated May 4, 2007.  It is the inmate's
position that he has had trouble with meds is still not on the right psych meds.  He has
been CCMS and EOP and then back to CCMS.

The inmate requests on appeal that the RVR Log # F1-07-159, for "Mutual Combat,"
dated May 4, 2007 be dropped and 61 days restored and all copies of the 115 be returned.

INTERVIEWED BY:  The inmate was not interviewed as he has transferred to CIM and
the Inmate Appeals Coordinator has determined that the interview would not provide
additional facts.

REGULATIONS:  The rules governing this issue are:

**California Code of Regulations, Title 15, Section (CCR) 3005.
Conduct.**

**CCR 3084.5.  Levels of Appeal Review and Disposition.**

**CCR 3315.  Serious Rule Violations.**

A review of the "Effective Communication List for Inmates With Test of Adult Basic
Education Reading Scores of 4.0 or Less" reveals that the inmate does not require
assistance in order to achieve effective communication.  It is noted the inmate claims
primary language is not English.

The inmate received RVR Log # F1-07-159, for "Mutual Combat," dated May 4, 2007.
This charge was classified as a division "D" offense.  The inmate received a copy of the
RVR on May 13, 2007, within 15 days of the date of discovery.  He appeared at the
disciplinary hearing on June 3, 2007, and entered a plea of guilty.  The SHO noted the
inmate was not a participant in the Mental Health Services Delivery System at the
Enhanced Outpatient Level of care.  A CDC 115X was completed and reviewed and the
inmate's; mental disorder did not appear to be a contributing factor in the behavior that
led to the RVR.  The SHO noted that a staff assistant was assigned in accordance with
CCR Section 3315 (d) (2) (A).  An Investigative Employee (I.E.) was not assigned in
accordance with CCR section 3315 (d)(1).  The inmate did not request the presence of
witnesses at this hearing.  The inmate pled guilty to the charges.  The SHO found the

LAMADRID, P-98764
CASE NO. 07-1800
PAGE 2

inmate guilty of the charge of CCR Title 15, Section 3005(c), RVR Log # F1-07-159, for "Mutual Combat." This was based upon the preponderance of evidence which consisted of the Reporting Employee's written report, the CEC 115X and the inmate's admission of guilt when he entered his plea. The SHO assessed 61 days loss of behavioral credit, consistent with a division "D" offense. On June 7, 2007, the Chief Disciplinary Officer confirmed the findings of guilt and the disposition.

The inmate alleges that his adjustment to medications and his participation in the Mental Health Services Delivery System is justification for dismissing the RVR. The SHO addressed this issue appropriately. A CDC 115X was prepared and reviewed before a decision was made by the SHO. The SHO also ensured that a Staff Assistant was assigned to the inmate. The SHO's decision was reviewed and confirmed by the CDO. The inmate has not supplied any information or compelling evidence to refute the findings of the SHO. At the Second Formal Level of Review, the SHO's decision is supported.

The inmate's request that the RVR Log # F1-07-159, for "Mutual Combat," dated May 4, 2007 be dropped and 61 days restored and all copies of the 115 be returned is denied.

DECISION: The appeal is denied.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

_Silvia H. Garcia_

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility at Rock Mountain

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

RECEIVED
JUL 18 2007

Location:   Institution/Parole Region                Log No.                    Category
1. RJD                                       1. 07-1800                _____
2. _____                           2. _____        RSC

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|-----------|------------------|
| LAMADRID, DIEGO | P98764 | NA | F4-20-126 |

A. Describe Problem: ENGLISH NOT PRIMARY LANGUAGE. THIS IS A 3084.7(B) DISCIPLINARY APPEAL. LOG NUMBER / OR REGARDING RVR F1-07-159. MAY BE FIRST APPEAL. WAS A 3 POINTER SINCE IT WAS IN MIDDLE OF PLAYOFF. THANKS FOR 2nd ATTEMPT ANSWER. NOW APPEAL ABOVE 115 DISPOSITION. AM STILL NOT ON RIGHT PSYCH MEDS. HAVE BEEN CCCMS THEN EOP BACK TO CCCMS. HAVING REAL TROUBLE WITH MEDS. BUT I APPEAL DISPOSITION OF ABOVE 115. INSIDE ONLY COPY OF 115 I HAVE BY LT. G.W. CLARKE ON 6-3-07

If you need more space, attach one additional sheet.

B. Action Requested: APPEAL DISPOSITION OF RVR F1-07-159. THAT OF 61 DAYS FOR FEITURE CREDIT BE DROPPED. RETURN AND GIVE ALL COPIES OF 115

Inmate/Parolee Signature: _Diego Lamadrid_                    Date Submitted: 7/10/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____                Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

07-1800

First Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☑ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____ Returned: _____

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level:   ☐ Granted   ☐ P. Granted   ☑ Denied   ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: **JUL 27 2007**   Due Date: **SEP 07 2007**

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: **SEP 24 2007**

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other

☐ See Attached Letter

Date: _____

CDC 602 (12/87)

09/18/2007  09:54    909-806-7893                    PERS ASSIGN:APPEALS                    PAGE  02

DATE CDC 804 SNET TO RECORDS: ~~E~~ 1-07                BY: K Young        3 27 PM
                                                                                           MS

STATE OF CALIFORNIA                                                                DEPARTMENT OF CORRECTION
# RULES VIOLATION REPORT                                                            ( 159 )

| CDC NUMBER | INMATE'S NAME | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|
| P-98764 | LAMADRID, D.          (3) | | RJDCF | Fl-01-226U | Fl-07-159 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| 15 CCR 3005(c) | MUTUAL COMBAT | Fl-01-226 | 05/04/07 | 0955 HRS. |

CIRCUMSTANCES

On Friday, May 04, 2007, at approximately 0955 hours, while performing my duties as Facility
One, Housing Unit One Floor Officer, I was standing at the dayroom floor podium when I heard
a noise from cell 226. I went to see what was going on, I observed Inmate LAMADRID, D.,
P-98764, Fl-01-226U and Inmate HILL, S., E-52167, Fl-01-226L engaging in mutual combat. I
activated my personal alarm. Correctional Officer O. Alvarado came up the stairs and we both
ordered them to get down. They complied. Officer Smotherman opened the door, Officer Alvarado
ordered Inmate LAMADRID to step out of the cell and face the wall and cuffed him. I ordered
Inmate HILL to step out of the cell and face the wall and I cuffed him. Responding Staff
escorted both inmates to P.S.U. to get medically evaluated. They are both participants in
the Reception Center Mental Health Services Delivery System at the Enhanced Out Patient level
of care. Inmate LAMADRID is aware of this documentation.

MHSDS: EOP

| REPORTING EMPLOYEE (Typed Name and Signature) | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|
| ► FARAGON, R., CORRECTIONAL OFFICER | 5/4/07 | VISITING RELIEF 2/W | M/T |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | | |
|---|---|---|---|---|
| ► KOLUDROVIC, D., P.S.U. SERGEANT | 5/7/07 | DATE  N/A | LOC.  N/A | |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | D | 5/10/07 | ► (SETEL) FACILITY ONE CAPTAIN | ☐ HO  ☒ SHO  ☐ SC  ☐ F |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF's SIGNATURE) ► C. Emmerson | DATE-TIME 5-13-07 1430 | TITLE OF SUPPLEMENT CDC-115X Mental Health Assessment |
|---|---|---|---|
| ☐ INCIDENT REPORT LOG NUMBER: N/A | BY: (STAFF'S SIGNATURE) ► | DATE  TIME | BY: (STAFF'S SIGNATURE) ►  DATE 5/5/07  TIME 125 |

HEARING

On June 3, 2007, at approximately 0745 hours, Inmate LAMADRID, appeared before this Senior
Hearing Officer (SHO), for hearing of Rules Violation Report (RVR) Log No. Fl-07-159. Inmate
LAMADRID stated he was in good health, and all charges against him were read to him and he was
advised of the purpose of this hearing. All time constraints have been met, and all pertinent
reports were issued to the inmate twenty-four (24) hours prior to this hearing. He was also
informed he will be issued a final copy of this report (the completed Rules Violation Report
RVR) and findings upon the final review by the Chief Disciplinary Officer (CDO).
Inmate LAMADRID did not object to proceeding with the hearing.
The inmate is a participant in the Mental Health Services Delivery System (MHSDS) program at the
Enhanced Out Patient (EOP) level of care. A CDC-115X was completed based on the defendants
level of care. Information provided by clinical staff indicates the inmate's mental disorder
does not appear to be a contributing factor in the behavior that led to the RVR. Additionally,
it is decided that the inmate is guilty of the charges, there are no mental health factors
that the SHO should consider in assessing the penalty. Inmate LAMADRID is not a participant in
the Developmentally Disabled Program (DDP), and his Grade Point Level is above 4.0.
Inmate LAMADRID was not assigned an Investigative Employee (IE) in accordance with CCR 3315(d)
(1)(A) 1,2,3, because the issues are not complex and do not require further investigation. Also,
the inmates housing status makes it likely he will be able to collect evidence and present an

| REFERRED TO ☐ CLASSIFICATION  ☐ BPT/NAEA | Hearing...Continues    (See CDC-115C Part "C")  adequate defense. |
|---|---|

| ACTION BY: (TYPED NAME) J. N. CLARKE, Correctional Lieutenant | SIGNATURE ► | DATE 06/03/07 | TIME 07:45 |
|---|---|---|---|
| REVIEWED BY: (SIGNATURE) ► K.A. SETEL, Facility Captain (A) | | DATE 6/4/07 | |
| | CHIEF DISCIPLINARY OFFICER'S SIGNATURE ► E.A. CONTRERAS, Associate Warden | DATE 6/7/07 | |
| ☐ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) ► C/o K Young | DATE 6/8/07 | TIME 1300 |

CDC 115 (7/88)

09/18/2007  09:54  909-606-7093    PERS ASSIGN: APPEALS    PAGE  03

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTION

## RULES VIOLATION REPORT - PART C

PAGE 2 OF 2

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| P-98764 | LAMADRID, D.  (4) | F1-07-159 | RJDCF | 6/03/07 |

[ ] SUPPLEMENTAL  [X] CONTINUATION OF:  [ ] 115 CIRCUMSTANCES  [X] HEARING  [ ] IE REPORT  [ ] OTHER_____

Hearing......Continued:

Inmate LAMADRID was assigned a Staff Assistant (SA) in this matter in accordance with CCR 3315(d)(2)(A) 1,2,3, because of his inclusion in the MHSDS program at the EOP level of care.
Correctional Officer P. Puerling was assigned as the Staff Assistant (SA) on May 13, 2007.
On May 13, 2007, Officer Puerling met with Inmate LAMADRID and fully explained the disciplinary process, more than twenty-four (24) hours prior to this hearing.
On June 3, 2007, Officer Puering was unassigned as Staff Assistant, and Correctional Officer J.Rodriguez was assigned.  Officer Rodriguez was present for this hearing.
**Inmate pled Guilty to the charges**, and he declined to make a statement.
**Evidence Relied On During The Hearing:**
- CDC-115 Rules Violation Report dated May 4, 2007, issued to the inmate on May 13, 2007.
**No witnesses were requested by the inmate as indicated on the CDC-115A.**
**SHO finds Inmate LAMADRID Guilty of CCR 3005(c) Force & Violence,** specifically, Mutual Combat, based on a preponderance of evidence, which substantiates the charges.
**Reason For Findings:**
- The Circumstances Section of the RVR as authored by Reporting Employee, Correctional Officer R. Faragon, which states in part..."I observed Inmate LAMADRID, D., P-98764, F1-01-226U, and Inmate HILL, S., E-52167, F1-01-226 engaging in mutual combat..."
- The SHO also considered the inmates' guilty plea at this hearing.
- The SHO reviewed and considered the CDC-115X Mental Health Assessment in assessing the penalty.
**Disposition:** Assessed sixty-one (61) days' Work time Creit forfeiture for a Division "D" offense.

Inmate LAMADRID was advised of his right to appeal this action in accordance with CCR 3084.1.
Inmate LAMADRID was advised of the credit restoration request procedures in accordance with CCT 3327/3328 and of the disciplinary-free period requirement in accordance with CCR 3327(b).

| SIGNATURE OF WRITER | | DATE SIGNED |
|---|---|---|
| J.N. CLARKE, Correctional Lieutenant | | 6/03/07 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| C/o K gong | 6-8-07 | 1300 |

[X]  COPY OF CDC 115-C GIVEN TO INMATE

CDC 116-C (5/95)    QSP 99 250

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTION

# SERIOUS RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| P-98764 | LAMADRID, D. | 3005(c) | 5/4/07 | RJDCF | F1-07-159 |

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT  ☐ YES  ☒ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |
| ☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. | ▶ N/A | |

DATE NOTICE OF OUTCOME RECEIVED | DISPOSITION

N/A

| | INMATE'S SIGNATURE | DATE |
|---|---|---|
| ☐ I REVOKE my request for postponement. | ▶ | |

## STAFF ASSISTANT

| STAFF ASSISTANT | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED  ☐ WAIVED BY INMATE | | ▶ | |
| ☒ ASSIGNED | DATE 5-13-07 | NAME OF STAFF TERLLIN, P. | |
| ☐ NOT ASSIGNED | REASON | | |

## INVESTIGATIVE EMPLOYEE

| INVESTIGATIVE EMPLOYEE | | INMATE'S SIGNATURE | DATE |
|---|---|---|---|
| ☐ REQUESTED  ☒ WAIVED BY INMATE | | ▶ | |
| ☐ ASSIGNED | DATE | NAME OF STAFF | N/A |
| ☐ NOT ASSIGNED | REASON | | |

EVIDENCE/INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER _____  ☒ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTE |
|---|---|---|---|---|---|
| _____ | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

| | INVESTIGATOR'S SIGNATURE | DATE |
|---|---|---|
| | ▶ | |

| ☒ COPY OF CDC 115-A GIVEN INMATE | BY: (STAFF'S SIGNATURE) ▶ JCmorson | TIME 1135 | DATE 5-13-07 |
|---|---|---|---|

CDC 115-A (7/88)                    — If additional space is required use supplemental pages —                    OSP 037

## REVIEWING CUSTODY SUPERVISOR

A Rules Violation Report (RVR), CDC 115, has been written on the folowing inmate, who requires a mental health assessment.

Inmate Name: ___LAMADRID, D.___    CDC Number: ___P-98764___    20-12

RVR Log Number: ___F1-07-159___ Date of Violation: ___05/04/07___ Housing: ___F1-01 226U___

Specific Act Charged: ___MUTUAL COMBAT___

The inmate's current Mental Health Level of Care is: (check one)
☐ NOT IN MDSDS PROGRAM* ☒ CCCMS ☒ EOP ☐ MHCB ☐ DMH
*CCCMS AND NON-MHSDS PROGRAM PARTICIPANTS WILL BE REFERRED FOR A MENTAL HEALTH ASSESSMENT FOR "BIZARRE, UNUSUAL OR UNCHARACTERISTIC" BEHAVIOR.

Sent to Mental Health: _5- 11 - 07_ By: _c/o K YOUNG_ _1 c/o K young_
                  Date                        Print Name             Signature

Return this form to: _Fac 1_ By: _ASAP_ (CCCMS and non-MHSDS, 5 working days, EOP/MHCB/DMH, 15 calendar days)
_PROG. OFF._

## MENTAL HEALTH CLINICIAN
Use "Lay terms" for responses

Conducted non-confidential interview: ___5/17/07___ (Inmate informed of non-confidentiality).
                                          Date

1. CCCMS/NON-MHSDS only. Are there any mental health factors that would cause the inmate to experience difficulty in understanding the disciplinary process and representing his/her interests in the hearing that would indicate the need for the assignment of a Staff Assistant?
☐ Yes ☐ No Explain "yes" response: _____

_____

2. In your opinion, did the inmate's mental disorder appear to contribute to the behavior that led to the RVR?
☐ Yes ☒ No Explain "yes" response: _____

_____

3. If the inmate is found guilty of the offense, are there any mental health factors that the hearing officer should consider in assessing the penalty? ☐ Yes ☒ No Explain "yes" response: _____

_____

_____

_____

_____

| Inst. RJDCF/Clin. Print Name: _G. Pesaventa, PhD_ | Signature: _____ | Date: _17 May 07_ |
| Received by (custody staff)  Name: | Signature: | Date: |

Distribution: Original: Central File with adjacent CDC 115; first copy: Unit Health Record; Second copy: Inmate

| RULES VIOLATION REPORT MENTAL HEALTH ASSESSMENT CDC 115-X (11-02) | Inmate Name: _LAMADRID, D._ (Last, First, MI) |
| | CDC Number: _P 98764_ |
| STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS | DOB: _09/04/1958_ |

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 19, 2007*

***LAMADRID, P98764***
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***You disciplinary appeal is incomplete. You must attach legible copies of all documents you received during the disciplinary process. For example: the completed CDC 115, Rule Violation Report, the laboratory report, the Mental Health Assessment Form, the completed CDC 115-A, Serious Rule Violation Report, the CDC 115, Investigative Employee report, supplemental reports for the CDC 115, the CDC 7219, Report of Injury, the complete CDC 837, Incident Report, and the CDC 1030, Confidential Information Disclosure Form.***

***NEED COMPLETED PAGE 1***

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**   Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTION

**RULES VIOLATION REPORT - PART C**

PAGE **2** OF **2**

| CDC NUMBER | INMATE'S NAME | | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|---|
| P-98764 | LAMADRID, D. | (4) | F1-07-159 | RJDCF | 6/03/07 |

| ☐ SUPPLEMENTAL | ☒ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☒ HEARING | ☐ IE REPORT | ☐ OTHER_____ |

**Hearing......Continued:**

Inmate LAMADRID was assigned a Staff Assistant (SA) in this matter in accordance with CCR 3315(d)(2)(A) 1,2,3, because of his inclusion in the MHSDS program at the EOP level of care.
Correctional Officer P. Puerling was assigned as the Staff Assistant (SA) on May 13, 2007.
On May 13, 2007, Officer Puerling met with Inmate LAMADRID and fully explained the disciplinary process, more than twenty-four (24) hours prior to this hearing.
On June 3, 2007, Officer Puering was unassigned as Staff Assistant and Correctional Officer J.Rodriguez was assigned. Officer Rodriguez was present for this hearing.
**Inmate pled Guilty** to the charges, and he declined to make a statement.

<u>Evidence Relied On during The Hearing:</u>
- CDC-115 Rules Violation Report dated May 4, 2007, issued to the inmate on May 13, 2007.
No witnesses were requested by the inmate as indicated on the CDC-115A.
**SHO** finds Inmate LAMADRID **Guilty of** CCR 3005(c) Force & Violence, specifically, Mutual Combat, based on a preponderance of evidence, which substantiates the charges.

<u>Reason For Findings:</u>
- The Circumstances Section of the RVR as authored by Reporting Employee, Correctional Officer R. Faragon, which states in part..."I observed Inmate LAMADRID, D., P-98764, F1-01-226U,.and Inmate HILL, S., E-52167, F1-01-226 engaging in mutual combat..."
- The SHO also considered the inmates' guilty plea at this hearing.
- The SHO reviewed and considered the CDC-115X Mental Health Assessment in assessing the penalty.

**Disposition:** Assessed sixty-one (61) days' Work time Creit forfeiture for a Division "D" offense.

Inmate LAMADRID was advised of his right to appeal this action in accordance with CCR 3084.1.
Inmate LAMADRID was advised of the credit restoration request procedures in accordance with CCT 3327/3328 and of the disciplinary-free period requiremen in accordance with CCR 3327(b).

| | SIGNATURE OF WRITER | DATE SIGNED |
|---|---|---|
| | J.N. CLARKE, Correctional Lieutenant | 6/03/07 |

| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| | | | |

CDC 115-C (5/95)

OSP 99 25(

**INMATE APPEAL ROUTE SLIP**

To: APPEALS                                    Date: July 27, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01800  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue: DISCIPLINARY
Due Date: 09/07/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 16, 2007*

***LAMADRID, P98764***
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You disciplinary appeal is incomplete. You must attach legible copies of all documents you received during the disciplinary process. For example: the completed CDC 115, Rule Violation Report, the laboratory report, the Mental Health Assessment Form, the completed CDC 115-A, Serious Rule Violation Report, the CDC 115, Investigative Employee report, supplemental reports for the CDC 115, the CDC 7219, Report of Injury, the complete CDC 837, Incident Report, and the CDC 1030, Confidential Information Disclosure Form.*

***SUBMIT FINAL COPY OF RVR***

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2300**



August 24, 2007

To:    La Madrid, Diego P98764
       Richard J. Donovan Correctional Facility
       P.O. Box 799006
       San Diego, CA 92179-9005

Mr. La Madrid,

I am in receipt of your letter requesting your informal level response and property. I do not receive copies of the informal level responses. Your response should be sent directly to you from the parole office. In addition, you have not told me who took your property. The only information you have provided is that US Customs took your property, so why do you assume that the parole agent has your property. You have failed to provide me with the information I have requested.

The parole office will not send your property to R&R. If they have your property it will be returned to you upon your release. I sent you the address to contact US Customs on June 5, 2007 regarding disposition of your property. Have you attempted to contact them? With the information you have provided me, that your property was taken by the Border Patrol, there is no further assistance I can give you. You need to contact US Customs at the address I provided you with on June 5, 2007
US Customs and Border protection
610 W. Ash Street Suite 1200
San Diego, CA 92101

K.E. Thacker
Parole Agent II, Appeals Coordinator
Region IV Parole Headquarters

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

**RECEIVED**

AUG 2 1 2007

**REGION IV APPEALS**

RE: Screening at the FIRST Level

June 26, 2007

*LAMADRID, P98764*
*RJD*

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*Your appeal has been forwarded to Chula Vista I for an informal response.*

Appeals Coordinator
Region IV DAPO

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region          Log No.

RECEIVED

JUN 2 5 2007          Category

1. _____     1. _____

2. _____     2. _____          REGION V APPEALS

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME Gaytan, Diego     NUMBER D-98764     ASSIGNMENT          UNIT/ROOM NUMBER FU-20-126.

A. Describe Problem: Have already sent 602 he returned P.O. Tristan the day of Rpt. Hearing. Sent to appeals coordinator. Have not heard since that was 4/23/07. Money order of $200.— glasses, wallet, personal papers. 3084.7 since over 200.— he (Tristan) said put in evidence. His office is in Chula Vista. Or give me address of chief inmate appeals of Department of Corrections.

If you need more space, attach one additional sheet.

B. Action Requested: My property from P.O. Tristan. Wallet, glasses, money order excess of 200.— personal property. To come in through R&R like anyone, else no restitution since now I do have a parole revocation. At time I sign T.

Inmate/Parolee Signature: Diego Gaytan          Date Submitted: 6/18/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

Staff Signature: _____          Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed          CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

June 26, 2007

*LAMADRID, P98764*
*RJD*

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).*

*This is not an ADA appeal; this is a duplicate appeal of the issue forwarded to Chula Vista I for an informal response.*

Appeals Coordinator
Region IV DAPO

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

### PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

STATE OF CALIFORNIA                                    RECEIVED DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: JUN 2 5 2007 | CATEGORY: 18. ADA |
|---|---|---|

REGION IV APPEALS

**NOTE:  THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LaMadrid, S. | P-98764 | | | F4-20-126 Low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:
Person within 42 U.S.C. Haus disabilites mental imperments that substantially limit major areas of life activities.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
In C-file

DESCRIBE THE PROBLEM:
After crossed border P.O. S. Tristan has property. Files 602, disappeared when sent to Appeal Coordinator. Difficulty expressing in written English. P.O. Tristan said he put it with evidence

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?
Patient advocate, attorney or whoever can help me get my property back? Bottom line my property through R&R as if coming in no parole violation yet.

_____                    6/18/07
INMATE/PAROLEE'S SIGNATURE                  DATE SIGNED

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
**CDC 1824 (1/95)**

| REVIEWER'S ACTION |
|---|

**TYPE OF ADA ISSUE**

DATE ASSIGNED TO REVIEWER:

DATE DUE:

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

    ☐ Auxiliary Aid or Device Requested

    ☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

**DISCUSSION OF FINDINGS:**_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATE INMATE/PAROLEE WAS INTERVIEWED      PERSON WHO CONDUCTED INTERVIEW

**DISPOSITION**

    ☐ GRANTED    ☐ DENIED    ☐ PARTIALLY GRANTED

**BASIS OF DECISION:**_____

_____

_____

_____

_____

_____

_____

**NOTE:** *If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.*

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|

| APPROVAL |
|---|

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|

| DATE RETURNED TO INMATE/PAROLEE |
|---|

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                          ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2394**

RECEIVED

JUN 2 5 2007

REGION IV APPEALS

June 5, 2007

To:     La Madrid, Diego #P98764
        Richard J. Donovan Correctional Facility
        P.O. Box 799006
        San Diego, CA 92179-9005

Re:     Property

Mr. La Madrid,

I received the copy of the letter you mailed regarding your request for information regarding your property, your wallet, glasses and other items not specifically mentioned. You mention that your property was taken by Customs. US Customs is not under the jurisdiction of the Division of Adult Parole Operations and I am unaware of their procedures regarding personal property.

Were you transported to a county jail facility by Customs? If so, did your property accompany you? Did the Custom's Agent ask you what you wished to have done with your property? With the information you provided, it seems as though Customs had control of your property and you need to contact them regarding the location and or disposition of your property.

In addition, this office does not have a record of a CDC 602 Inmate/Parolee Appeal for you regarding your property issue.

K.E. Thacker
Parole Agent II, Appeals Coordinator
Region IV Parole Headquarters

P 98764

RECEIVED 254 CVI

MAY 3 0 2007

REGION IV APPEALS 5·24·07

TO WHOM IT MAY CONCERN,

MY NAME IS DIEGO H. LAMADRID, CDC
# 15 P 98764. THIS IS IN REFFERANCE
TO THE CHULA VISTA PAROLE DEPART-
MENT ON 765 THIRD ST. STE 200,
C.V., CA 91910 TO P.O. DAVID TRISTAN

UPON MY CROSSING BORDER MY
PROPERTY TAKEN BY CUSTOMS DEPART-
MENT. MY WALLET, GLASSES AND
OTHER PROPERTY HAS TO THIS DAY
NOT BEEN DELEVERED TO ME. I HAVE
WRITTEN A 602 TO NO AVAIL. COULD
YOU PLEASE INFORM ME HOW AND WHAT
I MUST DO TO GET MY PROPERTY TO
ME. SINCE IT WAS ON ME WHEN I
GOT STOPPED BY THE BORDER PATROL

THE RESPONSE OF P.O. TRISTAN
AFTER B.P.T HEARING. CHOISE WHERE TO
MAIL? GAVE ADDRESS 2901 N. PARK WAY
S.D. CA 92104. NORTH PARK CHRISTIAN FELLOW
SHIP TO BE EXACT. SAID HE COULD NOT
FIND IT! HOW CAN THIS BE?

THE RESPONSE SENT 4-23-07

ON 1824 HAS RUN OUT OF TIME. P.O.
TRISTAN HAS PROPERTY. AS EXPLAINED
IN 1824 IF CHURCH MAILS I WANT
NO RESTITUTION ON MONEY IN MY
WALLET JUST LIKE ANY BODY ELSE.

I HAVE DIFFICULTY EXPRESSING IN
WRITTEN ENGLISH. BUT, WHAT IS NEXT
STEP? WHERE TO GO? HOW TO DO?

THANK YOU FOR YOUR TIME.

SINCERELY

DATE:                  **September 19, 2007**

NAME:                  **LAMADRID, DIEGO**

CDC NUMBER:            **P-98764**

APPEAL LOG #:          **RJD-4-07-01855**

APPEAL DECISION:       **DENIED**                              **SECOND LEVEL REVIEW**

**APPEAL ISSUE:**    You are disputing your parole period.  You are requesting a good cause from the Board of Parole Hearings (BPH) to act upon retaining you on parole.

**APPEAL RESPONSE:**  Inmate Lamadrid, prior to reaching a decision on this appeal, a thorough review of this appeal issue and your Central File were conducted by D. Sanchez, Correctional Case Records Supervisor (CCRS).  You transferred to the California Institution for Men (CIM) on September 10, 2007.  CCRS Sanchez attempted to contact you at the CIM relative to this appeal but was unsuccessful.

On November 15, 2004, you were sentenced to serve one year and four months in state prison on case #SCD183718 and #SCD162238.  Both cases were to run concurrent with each other.  The court granted you a total of 213 pre-sentence credits on case #SCD183718 and 312 post-sentence credits on case #SCD162238.  Additionally, you were given 23 days post-sentence credits and 11 vested credits on both cases.  With all these credits calculated toward your release date, you had an Earliest Possible Release Date (EPRD) of April 7, 2005.  A three year parole period was added to your release date giving you a Controlling Discharge Date (CDD) of April 7, 2008.

However, after your release from custody on April 7, 2005, you violated your parole and were retained back in custody on March 14, 2007.  Because you violated your parole, the BPH had the authority to extend your parole period up to four years for any additional parole violation offenses.  Based on your parole violation, the BPH made the decision to revoke your parole for the maximum amount of 365 days.

In addition to your parole being revoked, you absconded parole supervision and were considered a parolee at large (PAL) for 121 days.  Unlike other parole violations, PAL time can be added to your CDD indefinitely for the total amount of time you absconded.  Therefore, your original CDD of April 7, 2008 was extended by one year (365 days) due to you violating your parole, and 121 days due to you absconding parole.  Your final CDD is calculated correctly at August 6, 2009.

Based on the aforementioned, your appeal is DENIED at the Second Level of Review.

SILVIA H. GARCIA
Chief Deputy Warden

Attachments

CALIFORNIA CODES
PENAL CODE
SECTION 3000-3007


3000. (a) (1) The Legislature finds and declares that the period
immediately following incarceration is critical to successful
reintegration of the offender into society and to positive
citizenship. It is in the interest of public safety for the state to
provide for the supervision of and surveillance of parolees,
including the judicious use of revocation actions, and to provide
educational, vocational, family and personal counseling necessary to
assist parolees in the transition between imprisonment and discharge.
A sentence pursuant to Section 1168 or 1170 shall include a period
of parole, unless waived, as provided in this section.
    (2) The Legislature finds and declares that it is not the intent
of this section to diminish resources allocated to the Department of
Corrections for parole functions for which the department is
responsible.  It is also not the intent of this section to diminish
the resources allocated to the Board of Prison Terms to execute its
duties with respect to parole functions for which the board is
responsible.
    (3) The Legislature finds and declares that diligent effort must
be made to ensure that parolees are held accountable for their
criminal behavior, including, but not limited to, the satisfaction of
restitution fines and orders.
    (4) The parole period of any person found to be a sexually violent
predator shall be tolled until that person is found to no longer be
a sexually violent predator, at which time the period of parole, or
any remaining portion thereof, shall begin to run.
    (b) Notwithstanding any provision to the contrary in Article 3
(commencing with Section 3040) of this chapter, the following shall
apply:
    (1) At the expiration of a term of imprisonment of one year and
one day, or a term of imprisonment imposed pursuant to Section 1170
or at the expiration of a term reduced pursuant to Section 2931 or
2933, if applicable, the inmate shall be released on parole for a
period not exceeding three years, except that any inmate sentenced
for an offense specified in paragraph (3), (4), (5), (6), (11), (16),
or (18) of subdivision (c) of Section 667.5 shall be released on
parole for a period not exceeding five years, unless in either case
the parole authority for good cause waives parole and discharges the
inmate from the custody of the department.
    (2) In the case of any inmate sentenced under Section 1168, the
period of parole shall not exceed five years in the case of an inmate
imprisoned for any offense other than first or second degree murder
for which the inmate has received a life sentence, and shall not
exceed three years in the case of any other inmate, unless in either
case the parole authority for good cause waives parole and discharges
the inmate from custody of the department. This subdivision shall
also be applicable to inmates who committed crimes prior to July 1,
1977, to the extent specified in Section 1170.2.
    (3) Notwithstanding paragraphs (1) and (2), in the case of any
offense for which the inmate has received a life sentence pursuant to
Section 667.61 or 667.71, the period of parole shall be 10 years.
    (4) The parole authority shall consider the request of any inmate
regarding the length of his or her parole and the conditions thereof.

(5) Upon successful completion of parole, or at the end of the maximum statutory period of parole specified for the inmate under paragraph (1), (2), or (3), as the case may be, whichever is earlier, the inmate shall be discharged from custody. The date of the maximum statutory period of parole under this subdivision and paragraphs (1), (2), and (3) shall be computed from the date of initial parole and shall be a period chronologically determined. ~~Time during which parole is suspended because the prisoner has absconded or has been returned to custody as a parole violator shall not be credited toward any period of parole unless the prisoner is found not guilty of the parole violation.~~ However, the period of parole is subject to the following:

(A) Except as provided in Section 3064, ~~in no case may a prisoner subject to three years on parole be retained under parole supervision or in custody for a period longer than four years from the date of his or her initial parole.~~

(B) Except as provided in Section 3064, in no case may a prisoner subject to five years on parole be retained under parole supervision or in custody for a period longer than seven years from the date of his or her initial parole.

(C) Except as provided in Section 3064, in no case may a prisoner subject to 10 years on parole be retained under parole supervision or in custody for a period longer than 15 years from the date of his or her initial parole.

California Department of Corrections
Calculation Worksheet
Controlling Discharge Date (CDD)
CDC Form _____
Rev. 12-99

# CALCULATION WORKSHEET FOR CONTROLLING DISCHARGE DATE (CDD)

This form is used to calculate the CDD for parolees/parole violators with either a single case, or multiple cases. Use additional sheets if more than two CDDs require tracking. Note: Revocation time includes revocation extension time served.

| | | | | | |
|---|---|---|---|---|---|
| **Case No(s).** SCD183718 + SCD162238 | | | **Case No(s).** _____ | | |
| Original Parole Date | | 4-7-05 | Original Parole Date | | _____ |
| Plus Parole Period | + | 3 | Plus Parole Period | + | _____ |
| Minus Kemper/Sosa Credit | - | 0 | Minus Kemper/Sosa Credit | - | _____ |
| **Original CDD** | = | 4-7-08 | **Original CDD** | = | _____ |

| PAL (Suspend) Time | | | | PAL (Suspend) Time | | |
|---|---|---|---|---|---|---|
| Suspend Date | Reinstate Date | Days | | Suspend Date | Reinstate Date | Days |
| 11-13-06 | 3-14-07 | 121 | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| **Total PAL Time:** | | 121  + 121 | | **Total PAL Time:** | | ____  + ____ |

| Revocation Time Served | | | | Revocation Time Served | | |
|---|---|---|---|---|---|---|
| Arrest/Hold Date | PRRD/RRD | Days | | Arrest/Hold Date | PRRD/RRD | Days |
| 3-14-07 | 3-13-08 | 365 | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| _____ | _____ | ____ | | _____ | _____ | ____ |
| **Total Revocation Time:**<br>(usually cannot add more than 365 days to the CDD) | | 365  + 365 | | **Total Revocation Time:**<br>(usually cannot add more than 365 days to the CDD) | | ____  + ____ |

Recalculated CDD:    = 8-6-09          Recalculated CDD:    = _____

Calculated By (Name & Title): _D. Sanchez, CCRS_        Date: 9-19-07

Inmate Name: Lamadrid, Diego     CDC #: P98764     Location: RJDRC

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

RECEIVED
JUL 2 5 2007
[AGORD DE DONOVAN CORR. FAC.]

Location: Institution/Parole Region    Log No.         Category
1. RJD                                 1. 07-1855      6
2.                                     2.              CASE RECORDS

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME Lanasrid, D.    NUMBER P-98764    ASSIGNMENT NA    UNIT/ROOM NUMBER F4-20-126L

A. Describe Problem: PRIMARY LANGUAGE IS SPANISH. THIS IS A 3084.7 (h) PAROLE PERIOD AND TERMS COMMUTATION APPEALS. DONT KNOW DATE PAROLE PUTS I STARTED TO ABSCOND. THIS CHANGES DISCHARGE REVIEW DATE, MAXIMUM RELEASE DATE. ALSO ARRESTED ON 3-14-07 YET THEY PUT HOLD DATE AS 3-15c WHAT IS MDD? WHAT WAS CONTROLLING DISCHARGE DATE (CDD)? WHAT WAS BPT "GOOD CAUSE TO RETAIN ON PAROLE"? THIS IS THIRD (3RD) RE- QUEST. WHAT RESTITUTION OBLIGATION ARE PRESENT OR WHERE TO ASK?

If you need more space, attach one additional sheet.

B. Action Requested: DETAILED ACCOUNT OF TIMES, DATES AND REASONS VERBAL AND WRITTEN OF HOW AND WHY IT IS AT PRESENT TIME. INCLUD- ING MAXIMUM DISCHARGE DATE. WHAT GOOD CAUSE DID BPT ACT UPON TO RETAIN ON PAROLE? P.C. 3001, 3000 (b)(4) - RESTITUTION?

Inmate/Parolee Signature: Diego Lamadrid    Date Submitted: 7-9-07

C. INFORMAL LEVEL (Date Received: 7.13.07 )

Staff Response: _____

See attached

Staff Signature: A. Dowser    Date Returned to Inmate: 7.20.07

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response. 15 CCR 3084.7(h)(2)(A) DOES NOT ANSWER ALL (B. ACTION REQUESTED). "B.P.T. GOOD CAUSE TO RETAIN ON PAROLE P.C. 3001? I NEVER GOT IN WRITING! Nesper or In re Carr, supra.; People v. Jack. So WHAT IS MDD? CDD CHANGES ON NEW TERM IS THIS NOT TRUE? I CAN NOT APPEAR SOMETHING I DON'T KNOW OF ME, OR NEVER RECEIVED! WHY DETAINED ON PAROLE?

Signature: Diego Lamadrid    Date Submitted: 7/23/07

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:
07-1855

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

B Y P A S S

Staff Signature: _____    Title: _____    Date Completed: _____
Division Head Approved: _____    Returned
Signature: _____    Title: _____    Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of
receipt of response.

B Y P A S S

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____    SEP 1 3 2007

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: AUG 0 2 2007    Due Date: AUG 3 0 2007

☐ See Attached Letter

Signature: _____ D. URIBE, A.W.    Date Completed: 9-20-07

Warden/Superintendent Signature: _____ S. H. GARCIA, CDW    Date Returned to Inmate: SEP 2 8 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of
response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

✱ APPEALS OF 3084.7 (h)(2)(A)

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 7-31-07 | Appeal Coordinator | La Madrid | H-98764 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER |
|---|---|---|---|---|
| F4-20 | 126L | NA | | FROM          TO |

OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.)

ASSIGNMENT HOURS
FROM          TO

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

REGARDING THIS APPEAL IT'S A "REQUEST FOR A COM-
PUTATION REVIEW HEARING" PER 15 CCR 3084.7 (h)(2)(A)
SPANISH IS PRIMARY LANGUAGE & JUST LAYMAN IN LEGAL STUFF. DISCRE-
PANCY IN IT ALL. 360 DAYS IS YEAR! WHERE BEHAVIOR OR

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|

CONDUCT CREDITS?

DISPOSITION

DATE:               July 20, 2007

NAME:               Lamadrid, Diego

CDC NUMBER:         P98764

APPEAL ISSUE:       You are disputing the three year parole period.  Also your
                    hold date.


APPEAL RESPONSE: On April 12, 2007 you were sentenced to 12 months
                 ineligible with a hold date of 3-14-2007 and release date
                 of  3-13-2008.  After your release of 06-04-2004 you
                 picked up a new term which brings your CDD date
                 to 8-06-2009


A.Garcia
Correctional Case Records Analyst

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 27, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*The action you are seeking is under the jurisdiction of the Board of Prison Terms. Please contact your counselor, the C&PR at the institution or your Parole Agent regarding the correct form and address.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

*CC III*
*TALBERT*

## INMATE APPEAL ROUTE SLIP

To: RCREC                                     Date: August 9, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01855  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue:  CASE INFO./RECORDS
Due Date:  09/13/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California

Department of Corrections

# Memorandum

Date    :    September 24, 2007

To    :    LAMADRID, P98764
F42000000000126L


Log Number: RJD-4-07-01793



Subject:    **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**


This is to notify you that the due date on the above referenced appeal has been extended for the
following reason:

☐  Unavailability of the appellant, or staff or inmate witness.

☑  Complexity of the decision, action, or policy.

☐  Necessary involvement of other agencies or jurisdictions.


This notification is required per California Code of Regulations, Section 3084.6(b)(6).  The
new estimated completion date is _____ OCT 1 5 2007 _____.



Appeals Coordinator