State of California

Department of Corrections

# Memorandum

Date   :   September 24, 2007

To   :   LAMADRID, P98764
          F42000000000126L

Log Number: RJD-4-07-01855

Subject:   **EXCEPTIONAL DELAY IN REVIEW OF APPEAL**

This is to notify you that the due date on the above referenced appeal has been extended for the following reason:

☐ Unavailability of the appellant, or staff or inmate witness.

☒ Complexity of the decision, action, or policy.

☐ Necessary involvement of other agencies or jurisdictions.

This notification is required per California Code of Regulations, Section 3084.6(b)(6).  The new estimated completion date is _____ **OCT 1 5 2007** _____.

Appeals Coordinator.

State of California
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 9, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*MEDICAL*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: May 1, 2007
Current Housing: ~~F10100000000326~~

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01079

ASSIGNED STAFF REVIEWER: EDUC
APPEAL ISSUE: LEGAL
DUE DATE: 06/01/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response.  If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility



# INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: July 2, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01079

ASSIGNED STAFF REVIEWER: APPEALS
APPEAL ISSUE: LEGAL
DUE DATE: 07/31/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response.  If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review.   Third level appeals are to be mailed directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA  94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To:  INMATE  LAMADRID, P98764                    Date: June 19, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-1-07-01141

ASSIGNED STAFF REVIEWER:  APPEALS
APPEAL ISSUE:  LEGAL
DUE DATE:  07/16/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for SECOND level response.  If you have any questions, contact the above
staff member. If dissatisfied, you have 15 days from the receipt of the response to
forward your appeal for THIRD level review.  Third level appeals are to be mailed
directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA  94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

_SENT 8/20_

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                              Date: May 8, 2007
Current Housing: F10100000000226U

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-1-07-01141

ASSIGNED STAFF REVIEWER: EDUC
APPEAL ISSUE: LEGAL
DUE DATE: 06/20/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response. If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

*TIME : OVER STATUTORY LIMITS THEN APPROVES APPEAL*

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: July 16, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01692                    *PROOF*

ASSIGNED STAFF REVIEWER: <u>MED</u>
APPEAL ISSUE: MEDICAL
DUE DATE: <u>08/27/2007</u>

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for FIRST level response. If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for SECOND level review.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

*1ST AMENDMENT*
*INFORMAL*

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: July 27, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-01793

ASSIGNED STAFF REVIEWER:  <u>MED</u>
APPEAL ISSUE:  MEDICAL
DUE DATE:  <u>09/07/2007</u>

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

— CHANGE OF CIRCUMSTANCE

## INMATE APPEAL ASSIGNMENT NOTICE

To:  INMATE  LAMADRID, P98764                          Date: August 22, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-01793

ASSIGNED STAFF REVIEWER:  APPEALS
APPEAL ISSUE:  MEDICAL
DUE DATE:  09/20/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the above staff for SECOND level response.  If you have any questions, contact the above staff member. If dissatisfied, you have 15 days from the receipt of the response to forward your appeal for THIRD level review.   Third level appeals are to be mailed directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA  94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE LAMADRID, P98764                    Date: July 27, 2007
Current Housing: F42000000000126L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: RJD-4-07-01800

ASSIGNED STAFF REVIEWER: APPEALS
APPEAL ISSUE: DISCIPLINARY
DUE DATE: 09/07/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for SECOND level response. If you have any questions, contact the above
staff member. If dissatisfied, you have 15 days from the receipt of the response to
forward your appeal for THIRD level review. Third level appeals are to be mailed
directly to:

> Chief of Inmate Appeals
> Department of Corrections
> P. O. Box 942883
> Sacramento, CA 94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE  LAMADRID, P98764                              Date: August 2, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-01855

ASSIGNED STAFF REVIEWER:  MREC
APPEAL ISSUE:  CASE INFO./RECORDS
DUE DATE:  09/13/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for SECOND level response.  If you have any questions, contact the above
staff member.  If dissatisfied, you have 15 days from the receipt of the response to
forward your appeal for THIRD level review.  Third level appeals are to be mailed
directly to:

          Chief of Inmate Appeals
          Department of Corrections
          P. O. Box 942883
          Sacramento, CA  94283-0001

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

# INMATE APPEAL ASSIGNMENT NOTICE

*MEDICAL  1893*

To: INMATE  LAMADRID, P⁹ᵃᵀ                                    Date: August 8, 2007
Current Housing:  F4200000000012ᴜʟ

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-01893

ASSIGNED STAFF REVIEWER: MED
APPEAL ISSUE: <u>MEDICAL</u>
DUE DATE: 09/19/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

*MAIL*

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE  LAMADRID, P98764                          Date: August 22, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-02011

ASSIGNED STAFF REVIEWER:  F4
APPEAL ISSUE:  MAIL
DUE DATE:  10/03/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ASSIGNMENT NOTICE

To:  INMATE  LAMADRID, P98764                    Date: September 13, 2007
Current Housing:  F42000000000126L

From:  INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER:  RJD-4-07-02280

ASSIGNED STAFF REVIEWER: MED
APPEAL ISSUE:  MEDICAL
DUE DATE:  10/26/2007

Inmate LAMADRID, this acts as a notice to you that your appeal has been sent to the
above staff for FIRST level response.  If you have any questions, contact the above staff
member. If dissatisfied, you have 15 days from the receipt of the response to forward
your appeal for SECOND level review.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 9, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***NON ADA ISSUE.  PLEASE COMPLETE THE ATTACHED 602 AND SUBMIT DIRECTLY TO MEDICAL***

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**   Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA                            DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

*RECEIVED*
*JUL 0 9 2007*
*RICHARD J. DONOVAN CORR. FAC.*

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LAMADRID, DIEGO | P-98764 | | | F4-20-126L |

    In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

    You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

    Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

    If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

    To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

    Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

    If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

MENTAL IMPAIRMENTS THAT SUBSTANTIALLY LIMIT. WITHIN 42 U.S.C. CCCMS OR EOP

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE FOR LAST 14 YEARS OR V.A. OR MEDICAL

DESCRIBE THE PROBLEM:

HAVE BEEN IN R.J. DONOVAN SINCE 3-21-07 APPROXIMATELY AN I DEPEND ON PROPER MEDICAL CARE AND PROPER MEDICATION IN TREATMENT OF MENTAL HEALTH. HAVE EVEN GONE OTC AND STILL PROBLEMS. EYES, ALLERGY, HAND, AND U.W. ATTACHED TO 602

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

PROPER MEDICAL CARE WITH PRESCRIPTIONS AND ALSO MENTAL HEALTH CARE WITH APPROPIATE PRESCRIPTIONS. SINCE HAVING TROUBLE WITH CURRENT ALLERGY PSYCHIATRIST. EYES, ALLERGY, HAND, UW. HOW MUCH CHARGE TO NOW?

_____           7/5/07
INMATE/PAROLEE'S SIGNATURE         DATE SIGNED

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

_LITTLE_ * EXAMPLE *

RE: Screening at the FIRST Level

PLEASE RETURN

July 27, 2007

_LAMADRID, P98764_
_F42000000000126L_

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

_Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form._

_NON ADA ISSUES. ALSO, TOO MANY ISSUES FOR ONE APPEAL. PLEASE SEPERATE YOUR ISSUES AND RESUBMIT TO MEDICAL DEPARTMENT._

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

**RECEIVED**
JUL 2 5 2007
RICHARD J. DONOVAN CORR. FAC.
APPEALS

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LAMADRID | P-98764 | NA | | 4-20-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

### MODIFICATION OR ACCOMMODATION REQUESTED

**DESCRIPTION OF DISABILITY:**
Within 42 U.S.C. 12102   Also Armstrong & Coleman

**WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?**
C-File, Medical File

**DESCRIBE THE PROBLEM:** In classification on 7-20-07 with committee members An unanticipated adverse effect surfaced. Denial of red cards, DPP, change of purpose of committee hearing, and needed extra time to think. It just went too fast. Wrong psychiatric medications and psychological condition require time for me to think. Mind races and other symtoms affecting "interacting with others" I am substantially limited.

**WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?** Spanish primary language!
To get eye test, or property from P.O. Per 15 CCR 3193, 3191(a) and (d) 3391, and 3382. Eye test to determain evaluation, assesment, diagnosis and necesary services. Right psychiatric medications for better treatment of mental health. Then another classification, once evaluation done. 3084.5(a)(3)(A)

INMATE/PAROLEE'S SIGNATURE   Diego LaMadrid

DATE SIGNED   7-22-07

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 2, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

**YOU DID NOT CITE A SPECIFIC ISSUE OR REMEDY REQUESTED.**

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

| PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE |

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

JUL 3 1 2007

*NOTE:* **THIS FORM TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| NAVARRO, DIEGO | P-98769 | NA | | FY-20-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

WITHIN 42 U.S.C. 12102

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE

DESCRIBE THE PROBLEM: SPANISH PRIMARY LANGUAGE. CONDITIONS OF DETENTION PER
15 CCR § 3330(b), 3331(h)(f), 3335(a),(b), AND 3338(f),(g), 3341.5
(b) ALSO 3543 "CONDITIONS OF SEGREGATED HOUSING." TITLE II OF ADA STATES
QUALIFIED INDIVIDUAL EXCLUDED FROM PARTICIPATION IN OR DENIED THE BENEFITS OF
SERVICES, PROGRAMS, OR ACTIVITIES OF A PUBLIC ENTITY SHALL BE SUBJECT TO DISCRIMINATION
42 U.S.C. 12132, AS ONGOING PRISON POLICIES AND OPERATIONAL PROCEDURES IN THE PRESENT.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? TO FOLLOW OWN RULES OF 15 CCR
FEDERAL AND STATE LAWS CONCERNING PRISON CONDITIONS. THAT RECUR BETWEEN PARTIES
VERY MUCH CAPABLE OF REPETITION YET EVADING REVIEW AND OF INMATE AND PUBLIC INTEREST.

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |
|---|---|
| | 7/25/07 |

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 30, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*SEPARATE YOUR ISSUES AND SUBMIT THEM SEPARATELY FOR INFORMAL RESPONSE TO THE APPROPRIATE AREA.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

---

*EMERGENCY Appeal*

*ISSUE 3084.7(a)(1)*

AUG 23 2007

**INMATE/PAROLEE APPEAL FORM**
R.J. DONOVAN CORR. FAC.
APPEALS
CDC 602 (12/87)

Location: Institution/Parole Region

1. _____
2. _____

Log No.

1. _____
2. _____

Category

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME  *LA MADRID, D*   NUMBER *R98764*   ASSIGNMENT  *NA*   UNIT/ROOM NUMBER  *4-20-126L*

**A. Describe Problem:** *PRISON CONDITIONS & HEAT PLAN COUPLED WITH MY MEDICATION LEVELS' (NEW) SUBJUGATE ME TO VERY POOR BODY TEMPERATURE CONTROL; MAKING EXPOSING ME TO SERIOUS RISK OF INJURY OR HARM. ISSUES ARE PARTICULARLY VEE COMPLEX THAT BRING ABOUT FOLLOWING SYMPTOMS SLEEPINESS, CONFUSION, HEAD-ACHES, DIZZINESS, LIGHT HEADED, LACK OF COORDINATION & BALANCE, NAUSEA, VOMITING AND BLURED VISION, SKIN RASH. BEEN PICK-UP BY AMBULANCE 3 TIMES AND HAVE TOLD %'S MUNOZ, SILVER, JONES ABOUT SYMPTOMS OR LACK OF AIR FLOW AND TEM-PERATURE RISING EXPOTENTIALY WHEN SUN HITS "B" SECTION BACK WALL. THE "HEAT*

If you need more space, attach one additional sheet.  ✷ *SEE ATTACH SHEET (FRONT AND BACK OF IT)*

**B. Action Requested:** *REVISE HEAT PLAN AND VENTILATION IN BLG. 20. MOVED TO 2 GYM OR 4 GYM. MEDICATION TO BE DOUBLE CHECKED FOR MIXTURE OR BE GIVEN OUTSIDE COM-BINATION CAUSE IT WORKS. THIS UNDER HEAT, STRESS AND DEPRESSION. MAKE BETTER AIR CIRCULATION BY CRACK ON DOORS, FANS ON AND PERIODIC CHECK-UPS. %/0 CLARK KNOWS ME.*

Inmate/Parolee Signature: *Diego La Madrid*   Date Submitted: *8-20-07*

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

LAMADRID P-98764   F4-20-126LO

PLAN " FOR BUILDING 20 SHOULD BE
REVISE. THESE ARE JUST SOME OF THE
REASONS. FANS INSIDE THE BUILDING,
THE BIG ONES, ARE NOT ON. MAKING
IT FOR BAD AIR CIRCULATION. BETTER
AIR CIRCULATION IS A MUST! VENTILA-
TION IS PROBABLY ON AIR FLOW. IT
IS NOT REALLY COOLING DOWN AIR
THAT MUCH THAT COMES INTO CELL;
THESE INSIDE THEN JUST PUSH HOT
AIR AROUND CELL. MY CELL SEEMS
TO ASPHYXIATE ME; COUPLED WITH
MY ALBUTEROL SULFATE THAT IS
OUT, NEEDS REFILL. ONCE SUN HITS
OUTSIDE WALL ON "B" SECTION TEM-
PERATURE RISES EXPOTENTIALLY. MAKING
EVERYTHING EVEN WORST INSIDE
THE CELL BECAUSE OF POOR AIR
FLOW. HAVE BEEN TRYING ALL SUMMER NEW
PSYCHIATRIC MEDICATION. MENTAL FUNCTIONS GO UP
AND DOWN, BECAUSE OF MENTAL DISABILITIES MIXED
WITH PHYSICAL ISSUES. THEN ADD MIXTURE OF A11
MEDICATION, TEMPERATURE RISING, POOR AIR FLOW,
BLURRING VISION, CONFUSION, SLEEPINESS. DO NOT

OVER →

MAKE "DIFFERENCE" BETWEEN "GETTING ALONG WITH OTHERS" AND "INTERACTING WITH OTHERS" A MAJOR LIFE ACTIVITY UNDER ADA. I'VE BEEN "SUBSTANTIALLY LIMITED" WITH SEVERE AND MAJOR DEPRESSIONS. MEDICATION GIVEN ON OUTSIDE BY DOCTORS AFTER MORE THAN 180 DAYS IN HOSPITAL WORKS UNDER HEAT AND STRESS WHEN BIPOLAR IS UNCONTROLED. THIS MAKES SITUATION MORE COMPOUND AND COMPLEX. (SEE MEDICAL APPEALS PUT IN) TYLENOL AND IBUPROFEN AMOUNG MEDICATIONS PERSCRIBED. ALL %'S KNOW I SLEEP ALL DAY & NIGHT, WITH COVERED LIGHTS BECAUSE OF PHOTO-SENCITIVITY. I HAVE BEEN CLASSIFIED BY AVILES HAVE 13 POINTS. HARD TO EXPLAIN IT ALL VERY COMPLEX TO DO IN WRITING. I AM UNDER Rx OF TEN (10) OR MORE MEDICATIONS CONSISTENTLY. WHICH THE RIGHT DOSAGE, MIXTURE MUST BE EMPLOYED. HAVE HEP C, ASMA ULCER, CHRONIC BACK PAIN, MULTIPLE ALLERGIES, SKIN DISODERS, PHOTO SENSITIVITY AND 4 DIFFERENT MENTAL HEALTH PROBLEMS. RECORDS WITH MEDICAL AND V.A. FOR OVER 12 YEARS. CONTINUED PROLONG MAINTANED CIRCUMSTANCES POSING SIGNIFICANT AND MANIFESTED OUTCOMES FROM HEAT, PRISON CONDDITION MIXED WITH PRESCRIBED MEDICATIONS AND UNCONTROLES MENTAL HEALTH FEELS AND SEEMS TO BE CRUEL AND UNUSUAL PUNISHMENT. COMPLICATING EVERYTHING. MY PAIN RELIEVERS [(EXAMPLE) TYLENOL, IBU 800] IN/UNDER HEAT IS ABUSE OF TRUST? WHAT ELSE IS WRONG? PLEASE CHECK! CURRENTLY ON 19 DIFFERENT MEDICATIONS. PROOF WELL ATTACHING 602 RJD-07-1993

**State of California**
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*September 6, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*This appeal constitutes an abuse of the appeal process pursuant to CCR 3084.4. Your appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation CCR 3084(c).*

*IDENTIFY THE SPECIFIC PROBLEM AND RESUBMIT. ONE ISSUE PER 602.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

EMERGENCY

AUG 29 2007
RICHARD J. DONOVAN CORR. FAC.
APPEALS

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | 1. _____ | 1. _____ | _____ |
| | 2. _____ | 2. _____ | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME A MADRID | NUMBER D-98769 | ASSIGNMENT NA | UNIT/ROOM NUMBER 4-20-126 |
|---|---|---|---|

**A. Describe Problem:** PRISON CONDITIONS OF NONDISIPLINARY SEGREGATED PROGRAM, HOUSING UNITS 15 CCR 3341.5(b), 3330(b), 3338(f); PENDING CLASSIFICATION 3335(b); AND CONDITIONS 3343 ARE NOT BEING FOLLOWED PER YOUR OWN RULES, AS WELL AS STATE AND FEDERAL LAWS, INVOLVING INMATES IN TREAT-MENT UNDER THE MENTAL HEALTH SERVICES, AND ONGOING VIOLATION. THIS A 3084.5 (a)(3)(D) FOR OPERATIONAL PROCEDURE, AND FOR VIOLATION OF ARMSTRONG, COLEMAN, GILMORE. DIFFICULT EXPLAINING THE PROBLEM THROUGH BUREAUCRATIC MAZE OF D.O.M.; 15 CCR, AND LAWS APPLICABLE, INCLUDING A.D.A. "JUDICIAL REVIEW"

If you need more space, attach one additional sheet.    (SEE ATTACH SHEET)

**B. Action Requested:** IMPROVE CONDITIONS OF SEGREGATED HOUSING UNITS, HOUSING INMATES IN UNDER THE MENTAL HEALTH SERVICES PENDING CLASSIFICATION IN FOR NON-DICIPL NARY RESONS. 3343(h) 10 HOURS TO FILLED WITH DAY ROOM IF NO YARD IF GIVEN AND KEEP ONLY LEVEL 3 AND BELOW IN MENTAL HEATH (CCCMS/EOR) IN 20. BE OUT OF R.C. STATOS UNDER 60 DAYS OR "EXCUSED SERVICES GIVEN.

Inmate/Parolee Signature: _Diego La Madrid_    Date Submitted: 8/26/07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

[ ]

Lamadrid, D.    P-98764      F4-20-126L

THROUGH 8 U.S.C. §1252 "CHALLENGES ON
VALIDITY OF THE SYSTEM" AS A PRACTICAL
MATTER MAY BE BEST WAY TO APPROACH THIS
PROBLEM. SINCE "DECLARATORY, INJUNCTIVE OR
OTHER EQUITABLE RELIEF, AND CLASS ACTIONS"
AND CONCERNS REVIEW OF CONSTITUTIONAL AND
STATUTORY VALIDITY OF ANY REGULATION...
WRITTEN POLICY DIRECTIVE, WRITTEN POLICY
GUIDELINE OR PROCEDURE TO IMPLEMENT IT.
       IF THIS APPEAL IS NOT TAKEN AS AN
EMERGENCY JUST DENIED IT AND RETURN.

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 9, 2007*

**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

**NON ADA ISSUE.  PLEASE COMPLETE THE ATTACHED 602 AND SUBMIT DIRECTLY TO MEDICAL**

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

**REASONABLE MODIFICATION OR**
**ACCOMMODATION REQUEST**
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

RECEIVED
JUL 0 9 2007
RICHARD J. DONOVAN CORR. FAC.

**NOTE:  THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES**

In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LAMADRID, DIEGO | P-98764 | | | F4-20-126 L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

MENTAL IMPAIRMENTS THAT SUBSTANTIALLY LIMIT.
WITHIN 42 U.S.C.   CCCMS OR EOP

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
C-FILES FOR LAST 14 YEARS OR V.A. OR MEDICAL

DESCRIBE THE PROBLEM:

HAVE BEEN IN R.J. DONOVAN SINCE 3-21-07 APPROXIMATELY AN
I DEPEND ON PROPER MEDICAL CARE AND PROPER MEDICATION
IN TREATMENT OF MENTAL HEALTH. HAVE EVEN GONE OTC
AND STILL PROBLEMS. EYES, ALLERGY, HAND, AND U.W.
ATTACHED TO 602

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

PROPER MEDICAL CARE WITH PRESCRIPTIONS AND ALSO
MENTAL HEALTH CARE WITH APPROPIATE PRESCRIPTIONS.
SINCE HAVING TROUBLE WITH CURRENT ALLERGY PSYCHIATRIST.
EYES, ALLERGY, HAND, U.W. HOW MUCH CHARGE TO NOW?

_____                          7/5/07
INMATE/PAROLEE'S SIGNATURE                        DATE SIGNED

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

LITTLE    * EXAMPLE *

RE: Screening at the FIRST Level

July 27, 2007                                    PLEASE RETURN

**LAMADRID, P98764**
F42000000000126L

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*NON ADA ISSUES. ALSO, TOO MANY ISSUES FOR ONE APPEAL. PLEASE SEPERATE YOUR ISSUES AND RESUBMIT TO MEDICAL DEPARTMENT.*

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

RECEIVED
JUL 2 5 2007
RICHARD J. DONOVAN CORR. FAC.
APPEALS

STATE OF CALIFORNIA

**REASONABLE MODIFICATION OR ACCOMMODATION REQUEST**
CDC 1824 (1/95)

DEPARTMENT OF CORRECTIONS

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| A. MADRID | P-98764 | NA | | 4-20-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

**MODIFICATION OR ACCOMMODATION REQUESTED**

DESCRIPTION OF DISABILITY:
Within 42 U.S.C. 12102    Also Armstrong & Coleman

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?
C-File, Medical File

DESCRIBE THE PROBLEM: In classification on 7-20-07 with committee members. An unanticipated adverse effect surfaced. Denial of red cards, da, change of purpose of committee hearing, and needed extra time to think. It just went too fast. Wrong psychiatric medications and psychological condition require time for me to think. Mind races and other symptoms affecting "interacting with others" I am substantially limited.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? Spanish primary language!
To get eye test, or property from P.O.. Per 15 CCR 3193, 3191(a) and (d), 3391, and 3382. Eye test to determain evaluation, assesment, diagnosis and necesary services. Right psychiatric medications for better treatment of mental health. Then another classification, once evaluation done. 3084.5(a)(3)(A)

INMATE/PAROLEE'S SIGNATURE    Diego A. Madrid

DATE SIGNED    7-22-07

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 2, 2007*

***LAMADRID, P98764***
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***Your appeal issue and reasonable accommodation requested do not meet the criteria to be
filed on a CDC Form 1824.  Please resubmit on a CDC Form 602, Inmate/Parolee Appeal
Form.***

***YOU DID NOT CITE A SPECIFIC ISSUE OR REMEDY REQUESTED.***

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be
automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be
appealed.  If you believe this screen out is in error, please return this form to the Appeals
Coordinator with an explanation of why you believe it to be in error, and supporting
documents.  You have only 15 days to comply with the above directives.

---

## PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
## CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*(stamp: JUL 3 1 2007  CENTRAL CORR FAC APPEALS)*

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

> In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| NAVARRO, DIEGO | P-98769 | NA | | FY-RO-126L |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

WITHIN 42 U.S.C. 12102

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE

DESCRIBE THE PROBLEM: SPANISH PRIMARY LANGUAGE. CONDITIONS OF DETENTION PER 15 CCR § 3330 (b), 3331 (h) (f), 3335 (a) (b), AND 3338 (f) (g), 3341.5 (a), ALSO 3543 "CONDITIONS OF SEGREGATED HOUSING." TITLE II OF ADA STATES QUALIFIED INDIVIDUAL EXCLUDED FROM PARTICIPATION IN OR DENIED THE BENEFITS OF SERVICES, PROGRAMS, OR ACTIVITIES OF A PUBLIC ENTITY SHALL BE SUBJECT TO DISCRIMINATION 42 U.S.C. 12132, AN ONGOING PRISON POLICIES AND OPERATIONAL PROCEDURES IN THE PRESENT.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? TO FOLLOW OWN RULES OF 15CCR FEDERAL AND STATE LAWS CONCERNING PRISON CONDITIONS. THAT RECUR BETWEEN PARTIES VERY MUCH CAPABLE OF REPETITION YET EVADING REVIEW AND OF INMATE AND PUBLIC INTEREST.

| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |
|---|---|
| *(signature)* Diego | 7/25/07 |

State of California
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 30, 2007*

***LAMADRID, P98764***
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***SEPARATE YOUR ISSUES AND SUBMIT THEM SEPARATELY FOR INFORMAL RESPONSE TO THE APPROPRIATE AREA.***

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

*EMERGENCY APPEAL*

*ISC CCR 3084.7(a)(1)*

**AUG 23 2007**

**INMATE/PAROLEE**
**APPEAL FORM** RICHARD J. DONOVAN CORR. FAC.
CDC 602 (12/87)   APPEALS

Location: Institution/Parole Region   Log No.   Category

1. _____   1. _____   _____

2. _____   2. _____   _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME LA MADRID, D   NUMBER P298764   ASSIGNMENT NA   UNIT/ROOM NUMBER 4-20-126L

**A. Describe Problem:** PRISON CONDITIONS & HEAT PLAN COUPLED WITH MY MEDICATION LEVELS' (NEW) SUBJUGATE ME TO VERY POOR BODY TEMPERATURE CONTROL; MAKING EXPOSING ME TO SERIOUS RISK OF INJURY OR HARM. ISSUES ARE PARTICULARLY VER COMPLEX THAT BRING ABOUT FOLLOWING SYMPTOMS: SLEEPINESS, CONFUSION, HEAD-ACHES, DIZZINESS, LIGHT HEADED, LACK OF COORDINATION & BALANCE, NAUSEA, VOMITING AND BLURED VISION, SKIN RASH. BEEN PICK-UP BY AMBULANCE 3 TIMES AND HAVE TOLD %'S MUNOZ, SILVER, JONES ABOUT SYMPTOMS FOR LACK OF AIRFLOW AND TEM-PERATURE RISING EXPONENTIALLY WHEN SUN HITS "B" SECTION BACK WALL. THE "HEAT

If you need more space, attach one additional sheet. ✱ SEE ATTACH SHEET (FRONT AND BACK OF IT)

**B. Action Requested:** REVISE HEAT PLAN AND VENTILATION IN BLG. 20. MOVED TO 2 GYM OR 4 GYM. MEDICATION TO BE DOUBLE CHECKED FOR MIXTURE OR BE GIVEN OUTSIDE COM-BINATION CAUSE IT WORKS. THIS UNDER HEAT, STRESS AND DEPPRESSION. MAKE BETTER AIR CIRCULATION BY CRACK ON DOORS, FANS ON AND PERIODIC CHECK-UPS. %0 CLARK KNOWS ME.

Inmate/Parolee Signature: _Deago La Madrid_   Date Submitted: 8-20-07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

LaMadrid    P-98764    F4-20-126aa

PLAN" FOR BUILDING 20 SHOULD BE REVISE. THESE ARE JUST SOME OF THE REASONS: FANS INSIDE THE BUILDING, THE BIG ONES, ARE NOT ON. MAKING IT FOR BAD AIR CIRCULATION. BETTER AIR CIRCULATION IS A MUST! VENTILATION IS PROBABLY ON AIR-FLOW. IT IS NOT REALLY COOLING DOWN AIR THAT MUCH THAT COMES INTO CELL; THESE INSIDE THEN JUST PUSH HOT AIR AROUND CELL. MY CELL SEEMS TO ASPHYXIATE ME. COUPLED WITH MY ALBUTEROL SULFATE THAT IS OUT, NEEDS REFILL. ONCE SUN HITS OUTSIDE WALL ON "B" SECTION TEMPERATURE RISES EXPOTENTIALLY. MAKING EVERYTHING EVEN WORST INSIDE THE CELL BECAUSE OF POOR AIR FLOW. HAVE BEEN TRING ALL SUMMER NEW PSYCHIATRIC MEDICATION. MENTAL FUNCTIONS GO UP AND DOWN, BECAUSE OF MENTAL DISABILITIES MIXED WITH PHYSICAL ISSUES. THEN ADD MIXTURE OF All MEDICATION, TEMPERATURE RISING, POOR AIR FLOW, BLURRING VISION, CONFUSION, SLEEPINESS. DO NOT

OVER  ⟶

MAKE "DIFFERENCE" BETWEEN "GETTING ALONG WITH OTHERS"
AND "INTERACTING WITH OTHERS" A MAJOR LIFE ACTIVITY
UNDER ADA. I'VE BEEN "SUBSTANTIALLY LIMITED" WITH
SEVERE AND MAJOR DEPRESSIONS. MEDICATION GIVEN ON
OUTSIDE BY DOCTORS AFTER MORE THAN 180 DAYS IN HOS-
PITAL WORKS UNDER HEAT AND STRESS WHEN BIPOLAR
IS UNCONTROLED. THIS MAKES SITUATION MORE COMPOUND
AND COMPLEX. (SEE MEDICAL APPEALS PUT IN) TYLENOL AND
IBUPROFEN AMOUNG MEDICATIONS PERSCRIBED. ALL %'S KNOW I
SLEEP ALL DAY & NIGHT, WITH COVERED LIGHTS BECAUSE OF PHOTO-
SENCITIVITY. I HAVE BEEN CLASSIFIED BY AVILES HAVE 13
POINTS. HARD TO EXPLAIN IT ALL VERY COMPLEX TO DO IN
WRITING. I AM UNDER Rx OF TEN(10) OR MORE MEDICATIONS
CONSISTENTLY. WHICH THE RIGHT DOSAGE, MIXTURE MUST BE EMPLOYED.
HAVE HEP C, ASMA, ULCER, CHRONIC BACK PAIN, MULTIPLE ALLERGIES,
SKIN DISODERS, PHOTO SENSITIVITY AND 4 DIFFERENT MENTAL
HEALTH PROBLEMS. RECORDS WITH MEDICAL AND V.A. FOR OVER
12 YEARS. CONTINUED PROLONG MAINTANED CIRCUMSTANCES
POSING SIGNIFICANT AND MANIFESTED OUTCOMES FROM
HEAT, PRISON CONDITION MIXED WITH PRESCRIBED MEDICATIONS
AND UNCONTROLED MENTAL HEALTH FEELS AND SEEMS TO BE CRUEL
AND UNSUAL PONISHMENT. COMPLICATING EVERYTHING. MY
PAIN RELEVERS (EXAMPLE) TYLENOL, IBU 800] IN/UNDER HEAT IS ABUSE
OF TRUST? WHAT ELSE IS WRONG? PLEASE CHECK!
CURRENTLY ON 19 DIFFERENT MEDICATIONS. PROOF WELL
ATTACHING 602 RJD-07-1993

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*September 6, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***This appeal constitutes an abuse of the appeal process pursuant to CCR 3084.4. Your appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation CCR 3084(c).***

***IDENTIFY THE SPECIFIC PROBLEM AND RESUBMIT. ONE ISSUE PER 602.***

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

EMERGENCY

AUG 29 2007
RICHARD J. DONOVAN CORR. FAC.
APPEALS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| a. _____ | 1. _____ | _____ |
| 2. _____ | 2. _____ |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME A MADRID | NUMBER P-98764 | ASSIGNMENT NA | UNIT/ROOM NUMBER 4-20-126. |
|---|---|---|---|

**A. Describe Problem:** PRISON CONDITIONS OF NONDISIPLINARY SEGREGATED PROGRAM HOUSING UNITS 15CCR 3341.5(b), 3330(b), 3338(f); PENDING CLASSIFICATION 3335(b); AND CONDITIONS 3343 ARE NOT BEING FOLLOWED PER YOUR OWN RULES, AS WELL AS STATE AND FEDERAL LAWS, INVOLVING INMATES IN TREATMENT UNDER THE MENTAL HEALTH SERVICES, AND ONGOING VIOLATION. THIS A 3084.5(a)(3)(D) FOR OPERATIONAL PROCEDURE, AND FOR VIOLATION OF ARMSTRONG, COLEMAN, GILMORE. DIFFICULT EXPLAINING THE PROBLEM THROUGH BUREAUCRATIC MAZE OF D.O.M., 15CCR, AND LAWS APPLICABLE, INCLUDING A.D.A. "JUDICIAL REVIEW"

If you need more space, attach one additional sheet.          (SEE ATTACH SHEET)

**B. Action Requested:** IMPROVE CONDITIONS OF SEGREGATED HOUSING UNITS, HOUSING INMATES IN UNDER THE MENTAL HEALTH SERVICES PENDING CLASSIFICATION IN FOR NON-DICIPLNARY RESONS. 3343(h) 10 HOURS FILLED WITH DAY ROOM IF NO YARD IF GIVEN AND KEEP ONLY LEVEL 3 AND BELOW IN MENTAL HEATH (CCCMS/EOP) IN 20. BE OUT OF R.C. STATUS UNDER 60 DAYS OR "EXTENDED SERVICES GIVEN. + SOP (ARMSTRONG)

Inmate/Parolee Signature: _Diego La Madrid_          Date Submitted: 8/26/07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____
_____
_____
_____
_____

Staff Signature: _____          Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____
_____
_____
_____

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

Lamadris, J.    P-98764        F4-20-126L

THROUGH 8 U.S.C. § 1252 "CHALLENGES ON
VALIDITY OF THE SYSTEM" AS A PRACTICAL
MATTER MAY BE BEST WAY TO APPROACH THIS
PROBLEM. SINCE "DECLARATORY, INJUNCTIVE OR
OTHER EQUITABLE RELIEF, AND CLASS ACTIONS"
AND CONCERNS REVIEW OF CONSTITUTIONAL AND
STATUTORY VALIDITY OF ANY REGULATION...
WRITTEN POLICY DIRECTIVE, WRITTEN POLICY
GUIDELINE OR PROCEDURE TO IMPLEMENT IT.
        IF THIS APPEAL IS NOT TAKEN AS AN
EMERGENCY JUST DENIED IT AND RETURN.

State of California                                          Department of Corrections and Rehabilitation

# Memorandum

Date:    September 21, 2007

To:      LaMadrid, D.
         P98764
         Richard J. Donovan Correctional Facility at Rock Mountain

Subject: **SECOND LEVEL APPEAL RESPONSE**            **LOG NO.:    RJD-07-01793**

### APPEAL ISSUE:

It is the appellant's position that his medical/mental condition has not been properly diagnosed, which has led to pain to his hand, allergies and mental health concerns.

The appellant's appeal has been responded to at the Informal and First Level of Review, which resulted in granted decisions. He has been medically evaluated for his complaints on a continuous basis at the Richard J. Donovan Correctional Facility, and has received approximately 19 prescriptions for his conditions.

The appellant's argues that his condition is not improved and is requested proper medication to correct his concerns.

**INTERVIEWED BY:** Waived in accordance of California Code of Regulations (CRC)
                    Section 3084.5 (f) (2)

**REGULATIONS:** The rules governing this issue are California Code of Regulations
                 (CCR), Title 15, Sections:

                 CCR 3350 – Provisions of Medical Care and Definitions
                 CCR 3355 – Health Care Examinations

### APPEAL RESPONSE:

A review of the "Effective Communication List for Inmates With Test of Adult Basic Education Reading Scores of 4.0 or Less" reveals that the inmate does not require assistance in order to achieve effective communication.

On September 10, 2007, the appellant had transferred to the California Institute for Men, where further medical treatment and evaluations can be performed.

**APPEAL DECISION:** The appeal is granted the Second Level of Review.

The appellant is advised that this issue may be submitted for a Director's Level of Review if desired.

Silvia H. Garcia
Chief Deputy Warden
California Department of Corrections and Rehabilitation
Richard J. Donovan Correctional Facility at Rock Mountain

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

RECEIVED JUL 0 9 2007 APPEAL

Location/Institution/Parole Region: RJD

1. Log No. 07-1793

Category 8 MD

2.

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: LAMADRID
NUMBER: P-98764
ASSIGNMENT: NA
UNIT/ROOM NUMBER: 4-20-126c

**A. Describe Problem:** I KEEP ON PUTTING MEDICAL REQUEST FOR SAME THINGS AND THEY STILL DO NOT TAKE CARE OF THEM. GLASSES WITH P.O. OR SEE OPTOMETRIST. MENTAL HEALTH WILL INVOLVE DEEP PERSONAL AND PRIVATE MATTERS. SO I'LL NEED TO TRUST THEM. IN VIOLATION OF PLATA, ARMSTRONG AND COLEMAN; WHICH JUST CONTINUES NO MATTER HOW MANY MEDICAL SLIPS OR INMATE REQUEST I PUT IN. WITH 1824! HAND, ALLERGIES, & PSYCH.

If you need more space, attach one additional sheet.

**B. Action Requested:** TO KNOW HOW MUCH CHARGE TILL NOW? IF YOU DID PUT BACK ON BOOKS. P.O. FOR GLASSES OR OPTOMETRIST. ALLERGY, HAND. APPOINTMENT WITH PSYCHOLOGIST & PSYCHIATRIST ALSO ALLERGY(S) THAT DON'T GO AWAY/GET RIGHT MEDICATIONS FROM PSYCH.

Inmate/Parolee Signature: _Diego LaMadrid_    Date Submitted: 7/5/07

**C. INFORMAL LEVEL** (Date Received: JUL 1 7 2007) Partially Granted

**Staff Response:** YOU WERE SEEN BY YOUR FACILITY PROVIDER ON JULY 11, A REFERRAL WAS COMPLETED FOR OPTOMETRY, YOU WERE PRESCRIBED BODY LOTION, ALLERGY MEDICATION. IN ORDER TO DISPUTE CHARGES, YOU NEED TO PROVIDE A TRUST ACCOUNTING STATEMENT AND SUPPLY MORE INFORMATION, AS IT IS UNCLEAR NO CURRENT REQUESTS FOR HEALTH CARE SERVICES WAS LOCATED IN YOUR MEDICAL FILE SUBMIT TO MENTAL HEALTH FOR AN APPOINTMENT

Staff Signature: _Jolie Rivera_    Date Returned to Inmate: 7/19/07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

ALLERGY MEDICATIONS DOCTOR SAID END IN 30 DAYS YET ALLERGIES I'VE HAD FOR 30 YEARS. TO RE-FILL ALL ALLERGY MEDICATIONS' TILL RELEASE. ALSO FIX RIGHT INDEX FINGER THAT HAS LIMITED MOBILITY WITH EXCESSIVE PAIN. AND BACK YOU HAVE HISTORY. TWO (2) PSYCH MEDICATION HAVE ENDED WITH NO RE-FILL, NEED RIGHT ONES.

Signature: _Diego LaMadrid_    Date Submitted: 7/24/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

07-1793

First Level:  ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____  SEP 0 7 2007

E. REVIEWER'S ACTION (Complete within 15 working days) Date assigned: ____ JUL 2 7 2007 ____ Due Date: ___ 07

Interviewed by: PER PATIENT PROFILE, YOU HAVE BEEN PRESCRIBED ALLERGY MEDICAT AND PSYCH MEDS FOR 90 DAYS. YOU HAVE NOT BEEN ENDORSED AS OF YET, NO RELEASE DATE FOR PRESCRIPTION RENEWALS PER X-RAY TAKEN 5/30/07, YOU HAVE A HEALED FRACTURE AND YOU ARE CURRENTLY PRESCRIBED PAIN MEDICATION. IF YOU HAVE BACK PAIN COMPLETE A HEALTHCARE SERVICES REQUEST FORM TO BE SEEN BY YOUR FACILITY PROVIDER. YOUR APPOINTMENT WAS 8/1/07 WITH A PSYCHIATRIST AND 7/26/07 WITH A PSYCHOLOGIST

Staff Signature: _____  Title: Smith  Date Completed: 8-14-07

Division Head Approved
Signature: Darrin Deraus  Title: SRN III  Returned  AUG 1 6 2007
Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response. GRANTED- WELL IN COMPLETE EXTREME PAIN IF MOVE @ INDEX FINGER PER X-RAY 8/9/07 STILL BROKEN. FEW SYMPTOMS BUT NOT LIMITED TO SLEEPINESS, CONFUSION, LACK OF BALANCE, DIZZINESS LIGHT HEADED FROM VERY BAD BODY TEMPERATURE CONTROL. ASMA IS GIVING REAL TROUBLE. VIOLATION STILL OF PLATA, COLEMAN & HENSTRONG. THAT IS RESULT OF 19 MEDICATION ADD HEAT STRESS, POOR AIR FLOW NEEDS MEDICATION ADJUSTMENT, COMPLY WITH 1824. MED-C PROBLEMS AS 5 etc

Signature: Gregoria Morales  Date Submitted: 8/20/07

Second Level:  ☒ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days) Date assigned: AUG 2 2 2007  Due Date: SEP 2 0 2007
☒ See Attached Letter

Signature: M. Stout  Date Completed: 9/21/07

Warden/Superintendent Signature: _____  Date Returned to Inmate: SEP 2 5 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter

CDC 602 (12/87)  Date: _____

```
**********************************************************************
P-98764  LAMADRID, DIEGO                          CURRENT UNIT: B20-126L
ALLERGIES:                    DOB:   /  /    HT:    ft  in    WT:   0
======================================================================
START     Rx/Qty  DRUG                          PHYSICIAN        STOP
======================================================================
07/11/2007 924468  IBUPROFEN 800MG                SILVA,JASON   10/09/2007
NG            60   TAKE 1 TABLET EVERY 8HRS AS NEEDED FOR PAIN   RR   B20-126L
----------------------------------------------------------------------
07/11/2007 924478  TRIAMCINOLON 0.1% CR 80GM      SILVA,JASON   10/09/2007
NG             1   APPLY TO AFFECTED AREA TWICE DAILY AS NEEDED  B20-126L
----------------------------------------------------------------------
07/11/2007 924480  BODY LOTION 266ML              SILVA,JASON   10/09/2007
NG             0   APPLY AS DIRECTED *NF NEEDS APPROVAL*         B20-126L
----------------------------------------------------------------------
07/11/2007 924484  SELENIUM SULFIDE 2.5% LOT      SILVA,JASON   10/09/2007
NG             1   APPLY AS DIRECTED RR                          B20-126L
----------------------------------------------------------------------
07/24/2007 930679  ARTIF TEARS OPH SOLN 15ML      SHUTE,GARY    10/22/2007
ABB            1   INSTILL 1 DROP TO EACH EYES EVERY 3HRS  RR    B20-126L
----------------------------------------------------------------------
08/03/2007 935024  ALBUTEROL SULFATE HFA INH      LEHV, LEVI    11/01/2007
LB             1   2 PUFFS EVERY 4-6HR AS NEEDED  RR             B20-126L
----------------------------------------------------------------------
08/03/2007 935026  TRIAMCINOLONE (AZMACORT)       LEHV, LEVI    11/01/2007
LB             1   2 PUFFS DAILY IN THE MORNING AND AT BEDTIME RR  B20-126L
----------------------------------------------------------------------
08/03/2007 935028  OMEPRAZOLE 20MG                LEHV, LEVI    11/01/2007
LB            30   TAKE 1 CAPSULE DAILY AR                       B20-126L
----------------------------------------------------------------------
08/03/2007 935030  ACETAMINOPHEN 325MG            LEHV, LEVI    11/01/2007
LB            60   TAKE 2 TABLETS EVERY 4-6 HOURS AS NEEDED  RR  B20-126L
----------------------------------------------------------------------
08/03/2007 935033  FLUNISOLIDE NASAL SPRAY        LEHV, LEVI    11/01/2007
LB             1   2 SPRAYS TO EACH NOSTRIL TWICE A DAY(MAX 1 BOT/90D B20-126L
----------------------------------------------------------------------
08/03/2007 935035  LORATADINE 10MG                LEHV, LEVI    11/01/2007
LB            30   TAKE 1 TABLET DAILY AR                        B20-126L
----------------------------------------------------------------------
08/03/2007 935036  HYDROCORTISONE CR 1% 30GM      LEHV, LEVI    11/01/2007
LB             1   APPLY TO AFFECTED AREA TWICE DAILY    RR      B20-126L
----------------------------------------------------------------------
08/03/2007 935038  DOCUSATE SODIUM 100MG          LEHV, LEVI    11/01/2007
LB            30   TAKE 1 CAPSULE DAILY AR                       B20-126L
----------------------------------------------------------------------
08/03/2007 935039  METHOCARBAMOL 750MG            LEHV, LEVI    11/01/2007
LB            45   TAKE 1 TABLET 3 TIMES DAILY    AR/15D         B20-126L
----------------------------------------------------------------------
08/07/2007 937011  VALPROIC ACID 250MG            RAMSEY, H.    11/05/2007
NG           120   4 PO QPM AR                                   B20-126L
----------------------------------------------------------------------
```

```
*** PATIENT PROFILE ***
Includes Current Prescriptions as of 08/08/2007
```

```
************************************************************************
P-98764  LAMADRID, DIEGO                        CURRENT UNIT: B20-126L
ALLERGIES:                    DOB:   /  /    HT:   ft  in    WT:   0
========================================================================
START      Rx/Qty  DRUG                        PHYSICIAN        STOP
========================================================================
08/07/2007 937013  SERTRALINE 100MG            RAMSEY, H.     11/05/2007
NG            30   1 PO QPM AR                                 B20-126L
------------------------------------------------------------------------
08/07/2007 937015  ARIPIPRAZOLE 10MG           RAMSEY, H.     11/05/2007
NG            30   1 PO QPM AR                                 B20-126L
------------------------------------------------------------------------
08/07/2007 937016  TRAZODONE 50MG              RAMSEY, H.     11/05/2007
NG            30   1 PO QPM AR                                 B20-126L
------------------------------------------------------------------------
08/07/2007 937018  DIPHENHYDRAMINE 50MG*       RAMSEY, H.     11/05/2007
NG            30   1 PO QPM AR                                 B20-126L
------------------------------------------------------------------------
```

## INMATE APPEAL ROUTE SLIP

To: MED                                                       Date: July 27, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01793  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue:  MEDICAL
Due Date:  09/07/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted.  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

## INMATE APPEAL ROUTE SLIP

To: APPEALS                                    Date: August 22, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01793  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue:  MEDICAL
Due Date:  09/20/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with: GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

# CERTIFIED STATEMENT OF TRUST ACCOUNT

I, _LAMADRID, DIEGO_, _P-98764_, _F4-20-126Low_
Name:                        CDC #:           Housing Unit
am seeking to bring a civil action or appeal a judgment in
_U.S. DISTRICT COURT SOUTHERN DISTRICT_ without prepayment of fees
Title of the Court: (i.e. U.S. District Court)
**(In Forma Pauperis)** pursuant to 28 U.S.C. 1915(a)(2).

Enter the caption for the legal action:

_CA. DEP'T OF CORRECTION B.P.H._ v. _DIEGO H. LAMADRID_
Plaintiff:                                    Defendant:

Address of the Court:    _U.S. DISTRICT COURT SOUTHERN DISTRICT OF CA._
_880 FRONT STREET, Ste 4290_
_SAN DIEGO, CA. 92101-8900_

In order to proceed, a certified copy of my Trust Fund Account
must be submitted to the court of jurisdiction.  I understand
that CDC regulations and the court require that the certified
copy be submitted directly to the Court from the Institution's
Accounting office.  I request a statment be sent to the court.

_Diego de Madrid_
Inmate Signature:

---

This form must be submitted to the Central Librarian who will log
the request in and forward the form to the Accounting office at
the institution for processing.

The Inmate Request For Certified Statement Of Trust Account was
received in the Central Library on, _8/27/07_ ,
by _A.R. Peterson_
Name of Librarian who logged request                    Date:

---

A Certified Statement Of Trust Account for a six month period
from _9-7-2007_ through _2-01-2007_ for the above
     Date:              Date:
identified inmate was processed through the Accounting Office at
the Richard J. Donovan Correctional Facility
on, _9-7-2007_ , by _C Rodriguez_
   Date:                    Name of person processing

I, _C Rodriguez_ declare that on, _9-7-2007_, I
   Name of person processing                    Date:
deposited the Certified Statement of Trust Account in the United
States Postal Service addressed as follows.

Signed: _C Rodriguez_
Signature of employee mailing statement

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

### PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant _Lamadrid, Diego_,
(NAME OF INMATE)

_P98764_
(INMATE'S CDC NUMBER)

has the sum of $ _0_ on account to his/her credit at _____

_Richard J. Donovan Correctional Facility_
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _N/A_

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

the past six months the applicant's *average monthly balance* was $ _0_,

and the *average monthly deposits* to the applicant's account was $_0_

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT
STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD
IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

_Sept 7 2007_
DATE

_C. Rodriguez_
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_C. Rodriguez_
OFFICER'S FULL NAME (PRINTED)

_Account Clerk II_
OFFICER'S TITLE/RANK

CIV-67 (Rev. 2/05)                    -4-                    K:\COMMON\FORMS\CIV-67

INFORMATION SHEET FOR COMPLETING A "PC §1381"

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# NOTICE AND DEMAND FOR TRIAL
CDC 643 (4/88)

TO THE DISTRICT ATTORNEY, __(1) San Diego_____ COUNTY, State of California.

Please take notice that I, __(2) Diego Henry La Madrid_____ , Inmate # __(3) P-98764__
                                        (PRINT NAME IN FULL)                              (CDC NUMBER)

of __California Institution for Men_____ , was convicted of the crime of __(4) H&S 11350__
              (NAME OF INSTITUTION)

in __(5) San Diego_____ County, __(6) CA_____ , and was sentenced by said
                                                        (STATE)

on or about __(7) Sept. of 2005_____ to a term of __(8) 2 yaers_____ .

I have reason to believe that the following criminal action is now pending against me in __(9) San Diego_____ County.

CHARGES: __(10) Don't know_____ WARRANT #: __(11)_____

COURT (Location): __(12) Downtown San Diego_____ ARRESTING AGENCY: __(13) San Diego__

I HEREBY DEMAND A HEARING AND TRIAL OF SAID CRIMINAL ACTION AS PRESCRIBED BY SECTION 1381 OF THE PENAL CODE OF CALIFORNIA.

(14)

| DATE OF BIRTH | SEX | RACE | HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR |
|---|---|---|---|---|---|---|
| 9/4/1958 | male | Hispanic | 5'8'' | 167 | black | brown |

| INSTITUTION NAME AND ADDRESS WHERE INCARCERATED: | OTHER NAMES (Aliases) USED: |
|---|---|
| California Institution for Men<br>P.O. Box 500<br>Chino, CA 91708-0500 | (15) |

I CERTIFY (OR DECLARE) UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

| INMATE'S SIGNATURE | DATE: | CII NUMBER: |
|---|---|---|
| (16) _Diego La Madrid_ | (17) 10/10/07 | (18) Don't know |

THIS PORTION IS TO BE DETACHED BY THE DISTRICT ATTORNEY'S OFFICE AND RETURNED TO THE CASE RECORDS OFFICE OF THE INSTITUTION WHERE INMATE IS INCARCERATED.

I, _____ , District Attorney of the

County of _____ , State of California, do hereby acknowledge receipt

of NOTICE AND DEMAND FOR TRIAL, dated _____ by _____

Inmate # _____ , of _____ .

| DISTRICT ATTORNEY | STATE OF CALIFORNIA, COUNTY OF: | DATE: |
|---|---|---|
| | | |

RECEIPT TO BE RETURNED TO:    CASE RECORDS OFFICE

                                            California Institution for Men
NAME OF INSTITUTION: _____

                                            P.O. Box 128
ADDRESS: _____

                                            Chino, CA 91708-0128

# APPEAL ROUTING SLIP    MIEH 178

Date: 10/18/07

Parolee/Inmate Name: La Madrid    CDC#: P98764

Log#: N/A

## TO:

☒ Appeals Coordinator ___CIM___

☐ Parole Complex Appeal Representative _____

☐ Agent of Record _____

☐ Case Records South _____

**FROM:** K. Thacker, Region IV Parole Appeals Coordinator
21015 Pathfinder Road, Suite 200, Diamond Bar, CA 91765
Phone: (909) 468-2300 ext. 302  Fax: (909) 468-2337

☐ Please assign to staff for review at _____ level response.

☒ Please route original response to inmate/parolee.

☐ Copy attached for C-File.

☐ Copy attached for your records.

☐ _____

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    ARNOLD SCHWARZENEGGER, *Governor*

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
**PAROLE REGION IV HEADQUARTERS**
**OFFICE OF THE APPEALS COORDINATOR**
**21015 PATHFINDER ROAD SUITE 200**
**DIAMOND BAR, CA 91765**
**(909) 468-2300**



October 17, 2007

To:    La Madrid, Diego P98764
       California Institution for Men
       P.O. Box 500
       Chino, CA 91708

**Informal Response**

Mr. La Madrid,

I am in receipt of your CDC 602 requesting your informal level response and property. The Region IV Appeals Office does not receive copies of the informal level responses. I contacted your assigned parole agent, Agent Lamar and was informed that he responded to your appeal and sent the response to you at RJD. The parole unit did not have a copy of the informal level response. Agent Lamar stated that your property is currently at the parole office. According to the inventory receipt that was completed by Agent Tristan, the property includes your glasses and the $200 money order. The property is sealed and has not been opened.

The parole office will not send your property to the Institution. You property is at the Chula Vista Parole Complex and it will be returned to you upon your release. Another option you have is to write a letter to you agent instruction him to release your property to a family member. You can have the designated family member report to the Chula Vista I Parole Unit and with proper identification; your property can be released to that individual.

I contacted R&R at CIM on October 17, 2007 and was informed that they would not accept your property and it would be returned to the parole office. The only property R&R will accept is parole dress outs 30 days prior to your release. I was also informed that in order to get glasses sent in to the institution, you would need to be seen by medical and given a prescription. You could then send the prescription out to your family and they could purchase a pair of glasses and have them sent to the Institution.

K.E. Thacker
Parole Agent II, Appeals Coordinator

STATE OF CALIFORNIA

**RECEIVED**

OCT 1 2 2007

**REGION IV APPEALS**

DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| La Madrid , Diego H. | P-98764 | NA | MIEH 175 |

**A. Describe Problem:** This is a 1824 appeal because of my glasses that are in the propety taken at the time of the arrest. This is the 5th try. Have been in communication with  the appeals coordinator of region IV headquarters (K.E. Thacker agent II) also from R.J.D. appeals coordinator regarding this issue. There is now a money order that is no good since a year has gone bymaking it a 3084.7(e) lost or damaged personal property appeal. The money oder is for $ 200.00 from a post office.     LACK OF MY GLASSES PUT ME IN ARMSTRONG (FED.) THAT IS WHY IT CAN BE A 1824 appeal form. Any questions about it call Attory A. mannia at ROSEN, BIEN & GALVAN Tel. (415) 433-6830.

If you need more space, attach one additional sheet.

**B. Action Requested:** Please send me a copy and give me an update of the previous 602 on this same matter. If you do/can get my property for it to be mail to me here at CIM ; or to R & R .

Inmate/Parolee Signature: _Diego H. Madrid_          Date Submitted: 10/10/07

**C. INFORMAL LEVEL** (Date Received: 10/12/07 )

Staff Response: Partially Covered - update of previous 602
See attached response

Staff Signature: _T. E. Le_          Date Returned to Inmate: 10/18/07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____          Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*September 11, 2007*

*LAMADRID, P98764*
*RJD*

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*Your appeal issue and reasonable accommodation requested do not meet the criteria to be filed on a CDC Form 1824. Please resubmit on a CDC Form 602, Inmate/Parolee Appeal Form.*

*Mr. LaMadrid,*
*Thank you for the information stating that your prior parole agent informed you that he has your property. This is a CDC 602 issue and not an ADA issue. Your appeal from June 26, 2007 was forwarded to the parole unit for an informal response. This is a duplicate appeal issue. I will contact the parole unit to inquire when your previous appeal was completed. If you are dissatisfied with the informal level response please complete section D and return the appeal to Region IV Headquarters.*

Appeals Coordinator
Region IV DAPO

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

# REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

**RECEIVED**

SEP 1 0 2007

**REGION IV APPEALS**

**NOTE:** THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LA MADRID, Diego | P-98764 | NA | | F4-20-126LO |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

Within 42 U.S.C. 12102, Armstrong, Coleman.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE, V.A.

DESCRIBE THE PROBLEM: This is 5th time tring to resolve 3·14·07 issue. P.O. Tristan from C.V. office informed me after B.P.H. on letter postmarked 4-19-07 he put my property in evidence. Included in property are my glasses, wallet, and other personal property. No registration and no liability by any one.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED? Need property that P.O. Tristan knows where he put in these property are my glasses and other personal property which I'd like the whole thing be sent to RER or where even I'm housed for property registration and disposition per 15 QCR 3190 to 3193 and so inmate per 3075.

| | |
|---|---|
| Diego La Madrid | Sept 2, 2007 |
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

# EXHIBIT COVER PAGE

EXHIBIT

## DESCRIPTION OF THIS EXHIBIT:

## NUMBER OF PAGES TO THIS EXHIBIT: _____ PAGES.

## JURISDICTION: (Check only one)

☐ CDCR Administrative Appeal

☐ California Victim Compensation
   And Government Claims Board

☐ Municipal Court

☐ Superior Court

☐ Appellate Court

☐ State Supreme

☐ United States District Court

☐ United States Circuit Court

☐ United States Supreme Court

Approved for
use with Judicial
Council forms
Jan 1997

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 29, 2007*

*LAMADRID, P98764*
*RJD*
        ZD-126ᴸ

Log Number: REGIV-I-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*Mr. LaMadrid,*
*Your appeal has been forwarded to the Chula Vista 1 parole unit for an informal level response.*

Appeals Coordinator
Region IV DAPO

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

# APPEAL ROUTING SLIP

Date: _8/29/07_

Parolee/Inmate Name: _LaMadrid_     CDC#: _P98764_

Log#: _N/A_

## TO: Unit Supervisor – Chula Vista I

☐ Appeals Coordinator _____

☒ Parole Complex Appeal Representative _____

☐ Case Records South _____

---

**FROM:**  K. Thacker, Region IV Parole Appeals Coordinator
21015 Pathfinder Road, Suite 200, Diamond Bar, CA 91765
Phone: (909) 468-2300 ext. 302  Fax: (909) 468-2337

---

☒ Please assign to staff for review at _Informal_ level response.

☐ Please route response to inmate/parolee.

☐ Copy attached for C-File.

☐ Copy attached for your records.

☒ Return completed response to appellant at RJD within 10 days.

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

RECEIVED

AUG 3 0 2007

REGION IV APPEALS

Location: Institution/Parole Region     Log No.                    Category

1. _____     1. _____

2. _____     2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME             | NUMBER   | ASSIGNMENT | UNIT/ROOM NUMBER |
|------------------|----------|------------|------------------|
| LAMADRID, Diego  | D98764   | NA         | 4-20-12          |

A. Describe Problem: MY PERSONAL PROPERTY NOT RETURNED. PERSONAL PROPERTY MUST BE REGISTERED, PER 15CCR 319(a). ACCEPT LIABILITY FOR THE LOSS OR DESTRUCTION OF INMATE PROPERTY, PER 15 CCR 3193(b). 3084.7(e) IF IT IS NOW LOST. ANY FURTHER ATTEMPT TO CIRCUMVENT APPEAL PROCESS 1st AMENDMENT OF CONST. OF U.S.. I SHALL HAVE TO TREAT AS MISCONDUCT BY A DEPARTMENTAL PEACE OFFICER. ON 3-14-07 WAS STOPPED BY I.N.S.. PROPERTY GIVEN TO CDCR. 602 IN THIS MATTER "TREATED IN ULTRA VIRES WAYS", AN ONGOING VIOLATION OF FEDERAL LAW. THIS IS 4th ATTEMPT IN THIS MATTER. APPEAL COORDINATOR PLEASE RETURN

If you need more space, attach one additional sheet. A COPY TO ME, OF (SEE ATTACH SHEET) THIS 60
D CDC FORM 1858)

B. Action Requested: RETURN OF PROPERTY THROUGH R&R OF INSTITUTION WHERE I AM HOUSED. 3193(b) ACCEPT LIABILITY IF LOSS OR EXPIDITE MATTER AS 3084.7(e) LOST OR DAMAGED PERSONAL PROPERTY. A.C. MAKE COPY AND RETURN; 602 TO BE FORWARD TO C.V., P.O. D. TRISTAN. TIME CONSTAINT WATCHED. DO INITIAL INTAKE ON PROPERTY PER 15 CCR ARTICLE 6.3 § 3075.1 & ARTICLE 9

Inmate/Parolee Signature: _____     Date Submitted: 8/26/07

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____     Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____     Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

[ ]

First Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

Staff Signature: _____  Title: _____  Date Completed: _____

Division Head Approved:                                              Returned

Signature: _____  Title: _____  Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

Second Level  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____  Date Completed: _____

Warden/Superintendent Signature: _____  Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____  Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
                                                    P.O. Box 942883
                                                    Sacramento, CA 94283-0001
                                                    Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:  ☐ Granted  ☐ P. Granted  ☐ Denied  ☐ Other _____

☐ See Attached Letter

                                                                    Date: _____

CDC 602 (12/87)

✱ APPEAL COORDINATOR — SINCE PROBLEMS IN INFORMAL COULD YOU GIVE THIS APPEAL A LOG NUMBER BEFORE FORWARDING AND SEND ME A COPY WITH THE LOG NUMBER.

LAMADRID, S.    P-98764        F4-20-126 LOW

PERSONAL PROPERTY VALUE OF APPROXIMATE $900.00 MY PERSONAL GLASSES, LEATHER JACKET (WILSON'S), $200.- POSTAL MONEY ORDER, WATCH, WALLET WITH PERSONAL PROPERTY. AMONG THEM IS EVIDENCE FOR MY DEFENSE ON APPEAL OF B.P.H. DECISION FOR REVOCATION OF PAROLE, WHICH I NEED.

OFFICERS FROM BORDER PATROL P. UHANSKY, G. BOLANOS, N. GONZALES AS WITNESSES TO MY HAVING THIS PROPERTY THE DAY OF ARREST, AT THE SAN YSIDRO CROSSING ON 3-14-

DIFFICULTY COMMUNICATING, DESCRIBING EFFECTIVELY THE PROBLEM IN WRITING; PRIMARY LANGUAGE SPANISH. ISSUES BECOME COMPOUND AND COMPLEX OVER PAST 5 MONTHS.

SPOKE TO P.O. S. TRISTAN OF C.V. PAROLE AFTER HEARING. HE AND RETURN FIRST 602. I THEN PROCEEDE TO SEND TO APPEAL COORDINATOR, NEVER HEARD OF AGAIN.

A THIRD ATTEMPT THROUGH APPEALS COORDINATOR IN REGION IV, CCII K. E. THACKER RECEIVED JULY 5th. THIS ONE STARTED BY WRITTING LETTER IN MAY. GOT RESPONSE AND SENT A 1824 & 602 ABOUT PROPERTY (WROTE SAME ISSUE ON BOTH) ON JUNE 19. WHICH I RECEIVED AS SAID ON JULY 5th. TO THIS DAY

(FRONT)

HAVE HAD NO RESPONSE FROM THAT APPEAL.

PROOF OF ALL PROPERTY I SPEAK ABOUT WILL BE ON VIDEO CAMERA WITH I.N.S. BORDER PATROL IN SAN YSIDRO, ON 3-14-07.

TO COMPLY WITH APPEAL TIMELINES PER CRAIG v CAMBRA (DEL NORTE SUPERIOR COURT) CASE NOS. HCAB00-5150 AND 5151 WRIT HABEAS CORPUS DATED FEB. 27, 2002

SEND ME CDC FORM 1858 AND BOARD OF CONTROL GOVERMENT CLAIM FORM (SBOC-GC-0002)

PART II                        WANT PROPERTY PROCESSED AS INTAKE 15 CCR 3075 WHEN IT GETS HERE. WITHIN TIME CONSTRAINTS, AND NOT STUCK SOMEWHERE ELSE.

(BACK)

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the SECOND Level

*September 12, 2007*

*LAMADRID, P98764*
*F42000000000126L*

Log Number: RJD-4-07-01079
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have submitted an appeal that duplicates a previous appeal upon which a decision has been rendered or is pending (CCR 3084.3(c)(2)).*

*DUPLICATE APPEAL LOG NUMBER 07-1149*

Appeals Coordinator
Richard J. Donovan Correctional Facility

NOTE:  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be appealed.  If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

# INMATE APPEAL ROUTE SLIP

To: APPEALS                                      Date: July 2, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01079  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for SECOND level response.

Appeal Issue:  LEGAL
Due Date:  07/31/2007
Special Needs:

STAFF INSTRUCTIONS:
Second level appeals require a personal interview if not afforded at the first level. Begin your response with:  GRANTED,  DENIED,  PARTIALLY  GRANTED  or WITHDRAWN. When complete, return to Appeals Office. Appeals that are incomplete will be returned to the responding staff for appropriate completion. Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

RECEIVED 4/19/07

RICHARD J. DONOVAN CORR. FAC.

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| Location | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| | DVSP | 1. M-1029 | 10 |
| | | 2. Dup to D7-1149 | Color Law US |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| LaMadrid, D. | P-98764 | NA | F4-20-127 |

**A. Describe Problem:** HAVE DIFFICULTY IN WRITTEN ENGLISH. BEEN TRING TO FIND OUT OF MY COURT HEARING ON CHILDREN WITH NO ANSWER. BUT SHOULD HAVE COURT WITHIN 30 DAYS. NEED ACCESS TO LAW LIBRARY MATERIAL. ALSO GONE TO B.P.T. DISCIPLINARY ACTION COULD BE PUNISHABLE AS A 33 15. YET COMPLEXITY OF ISSUES REQUIRE ASSISTANCE. AN ATTORNEY IN INTERNATIONAL LAW WOULD BE HELPFUL. I HAVE TRIED TO GET TO LAW LIBRARY. YOU HAVE T.J.E.'S LAST TIME I TRIED. MAXIMUM CAPACITY SO CAN NOT GET IN LAW LIBRARY. ASSTANCE REQUIRE CONFIDEN—

If you need more space, attach one additional sheet.    ADDITIONAL SHEET ATTACHED.

**B. Action Requested:** LAW LIBRARY MATERIAL BE BROUGHT TO QUARTERS. SCHEDULE BE MADE FOR THIS MATTER. THIS BE AN EXCEPTION TO REGULAR APPEAL PROCESS BECAUSE OF TIME CONSTRAINTS. ASSISTANCE AND INVESTIGTIVE EMPLOYEE WITH ADITIONAL SHEET REQUIREMENTS. TELL ME JUVENAL COURT DATE. ATTACHE.

Inmate/Parolee Signature: Diego LaMadrid    Date Submitted: 4/15/07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

BYPASS

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

M-1029

First Level   ☐ Granted   ☒ P. Granted   ☐ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: MAY 0 1 2007    Due Date: JUN 0 1 2007

Interviewed by: *Ms. C. Valleavo on May 22, 2007*

*See attached.*

Staff Signature: *Ms. C. Valleavo*    Title: *AVP*    Date Completed: 5/25/07

Division Head Approved:    Returned JUN 0 4 2007

Signature:    Title:    Date to Inmate:

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator, within 15 days of receipt of response.

*THE SHEET I ATTACHED IS NOT HERE! I ALSO AGREED WITH U ON PAROLE, PER P.C. 3001. GREATED -
IF I CAN TEACH TO WRITE ENOUGH IN TIME TO FINISH APPEAL REVIEW - DID NOT ASK EDUCATION DEPT. TO LET ATTORNEY
IF J.E. FILL LAW LIBRARY HOW DO I GET LAW MATERIALS? MRS. SIMON WILL NOT EVEN GIVE ADDRESSES NEEDED!!
BLDG 20 ONLY 1 DAY A WEEK MATERIALS 8 YEARS OLD ASD, WHERE IS PROPERTY P.O. HAS?*

Signature: *Diego P. Madrid*    Date Submitted: 6/21/07

Second Level   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other    JUL 0 2 2007

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: ~~JUL~~    Due Date: JUL 3 1 2007
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review and submit by mail to the third level within 15 days of receipt of response.

*DEFINITLY NOT A DUPLICATE ONE AS E.O.P. IN 1 YARD AND
THE OTHER AS CCCMS IN 4 YARD APPEALS COORDINATOR
PLEASE SEND ME A COPY OF BOTH FOR THE RECORDS*

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☐ Denied   ☐ Other
☐ See Attached Letter

Date: _____

CDC 602 (12/87)

STATE OF CALIFORNIA

DEPARTMENT OF CORRECTIONS

REASONABLE MODIFICATION OR
ACCOMMODATION REQUEST

CDC 1824 (1/95)

**DUPLICATE**

| INSTITUTION/PAROLE REGION: | LOG NUMBER: | CATEGORY: |
|---|---|---|
| | | 18. ADA |

*NOTE:* THIS FORM IS TO BE USED ONLY BY INMATES/PAROLEES WITH DISABILITIES

*In processing this request, it will be verified that the inmate/parolee has a disability which is covered under the Americans With Disabilities Act.*

| INMATE/PAROLEE'S NAME (PRINT) | CDC NUMBER | ASSIGNMENT | HOURS/WATCH | HOUSING |
|---|---|---|---|---|
| LA MADRID | P-9876Y | NA | | F4-20-127Low |

In accordance with the provisions of the Americans With Disabilities Act (ADA), no qualified individuals with a disability shall, on the basis of disability, be excluded from participation in, or be denied the benefits of the services, activities, or programs of a public entity, or be subjected to discrimination.

You may use this form to request specific reasonable modification or accommodation which, if granted, would enable you to participate in a service, activity or program offered by the Department/institution/facility, for which you are otherwise qualified/eligible to participate.

Submit this completed form to the institution or facility's Appeals Coordinator's Office. A decision will be rendered within 15 working days of receipt at the Appeals Coordinator's Office and the completed form will be returned to you.

If you do not agree with the decision on this form, you may pursue further review. The decision rendered on this form constitutes a decision at the FIRST LEVEL of review.

To proceed to SECOND LEVEL, attach this form to an Inmate/Parolee Appeal Form (CDC 602) and complete section "F" of the appeal form.

Submit the appeal with attachment to the Appeals Coordinator's Office within 15 days of your receipt of the decision rendered on this request form.

If you are not satisfied with the SECOND LEVEL review decision, you may request THIRD LEVEL review as instructed on the CDC 602.

## MODIFICATION OR ACCOMMODATION REQUESTED

DESCRIPTION OF DISABILITY:

BIPOLAR, DEPPRESSION, ECT.

WHAT VERIFICATION DO YOU HAVE OF YOUR DISABILITY?

C-FILE, AM E.O.P. WAS CCCMS

DESCRIBE THE PROBLEM:

JUVENAL COURT HEARING AND ACCESS TO COURTS. HAVE PROBLEM IN WRITTEN ENGLISH. ACCUSED OF ALLEGED BEHAVIOR IN MEXICO. ATTACHED IS 602.

WHAT SPECIFIC MODIFICATION OR ACCOMMODATION IS REQUESTED?

INMATE ACCESS TO COURTS PER 3160. ALSO 3162, 3164, 3165. 3085. LAW LIBRARY MATERIALS AND COPY TO COURTS. NEED FORMS ALSO. PARALEGAL, INVESTIGATOR, LEGAL RUNNER. S.D. DIRECTORY WHITE & YELLOW PAGES. ANSWER TO ALL QUESTIONS OF HOW TO DO IT!

| | |
|---|---|
| Diego Madrid | 4/15/07 |
| INMATE/PAROLEE'S SIGNATURE | DATE SIGNED |

REASONABLE MODIFICATION OR ACCOMMODATION REQUEST
CDC 1824 (1/95)

| REVIEWER'S ACTION |
|---|

| DATE ASSIGNED TO REVIEWER: |
| DATE DUE: |

TYPE OF ADA ISSUE

☐ PROGRAM, SERVICE, OR ACTIVITY ACCESS (Not requiring structural modification)

☐ Auxiliary Aid or Device Requested

☐ Other_____

☐ PHYSICAL ACCESS (requiring structural modification)

DISCUSSION OF FINDINGS:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATE INMATE/PAROLEE WAS INTERVIEWED          PERSON WHO CONDUCTED INTERVIEW

DISPOSITION

☐ GRANTED    ☐ DENIED    ☐ PARTIALLY GRANTED

BASIS OF DECISION:_____

_____

_____

_____

_____

_____

_____

NOTE:  If disposition is based upon information provided by other staff or other resources, specify the resource and the information provided. If the request is granted, specify the process by which the modification or accommodation will be provided, with time frames if appropriate.

| DISPOSITION RENDERED BY: (NAME) | TITLE | INSTITUTION/FACILITY |
|---|---|---|

| APPROVAL |
|---|

| ASSOCIATE WARDEN'S SIGNATURE | DATE SIGNED |
|---|---|

| DATE RETURNED TO INMATE/PAROLEE |
|---|

## INMATE APPEAL ROUTE SLIP

To: EDUC                                                          Date: May 1, 2007

From:  INMATE APPEALS OFFICE

Re: Appeal Log Number  RJD-4-07-01079  By Inmate  LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue:  LEGAL
Due Date:  06/01/2007
Special Needs:


STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted.  This policy is not within the institution's jurisdiction and cannot be waived.  Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with  GRANTED,  DENIED,  PARTIALLY  GRANTED  or WITHDRAWN.  When complete, return appeal to the Appeals Office.  All first level appeals require signature of the Division Head.  Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.



Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

FIRST LEVEL REVIEW

DATE:                  May 24, 2007

NAME:                  LAMADRID, D.

CDC NO:                P98764

APPEAL NO:             RJD-4-07-01079                          FIRST LEVEL REVIEW

APPEAL ISSUE:          **PARTIALLY-GRANTED**

You want Law Material brought to your housing unit and/or access to the Law Library. You also want to know your court dates and an attorney.

APPEAL RESPONSE: In reaching a decision on this issue, a thorough review of your appeal was conducted. Ms. C. Van Cleave, Vice-Principal, interviewed you on May 22, 2007. Even though you reside in the Reception Center Facility, you still have access to the Law Library.

Inmates who have Judicial Exception (JE) status have priority over other inmates who do not have JE status. Even if your building or facility is locked down, you may still ask a correctional officer to escort you to the library, provided there is available room in the library. You have the opportunity to go to the Law Library using the schedule of library hours and days, which are enclosed.

If you have difficulty with written English, you can request your CCI to go to classification and place you in an educational class. This is GRANTED.

The Education Department and the library staff do not provide attorneys nor do we handle court dates. You would have to speak with your attorney and Correctional Counselor I (CCI) about those issues. This part of your complaint is DENIED.

Therefore, based upon the aforementioned information, the First Level of Review is **PARTIALLY-GRANTED.**


_C. Van Cleave_                                    5-25-07
C. VAN CLEAVE                                      Date
Academic Vice-Principal
R. J. Donovan C. F.


E. CONTRERAS                                       5/30/07
Associate Warden, Facilities I, III               Date
And Education

## INMATE APPEAL ROUTE SLIP

To: MED                                                    Date: July 16, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-01692 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue: MEDICAL
Due Date: 08/27/2007
Special Needs:

STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.

Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

**RECEIVED**
**JUL 1 6 2007**

INMATE/PAROLEE
APPEAL FORM
CDC 602 (12/87)

| Institution/Parole Region | Log No. | Category |
|---|---|---|
| 1. RJD | 1. 07-1692 | 8 |
| 2. | 2. | MH / PSYCH |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| LAMADRID D | D98764 | NA | F4-20-126L |

**A. Describe Problem:** SPANISH PRIMARY LANGUAGE. 3084.5 (a)(3)(D). AM A 42 U.S.C. 12102. NEED TO APPEAL A CDC PROBLEM NEED ATTORNEY HELP, OR SIMILAR. ONE PROBLEM IS I KEEP SENDING 602'S TO GET INFORMAL AND DON'T GET ANSWERS. 1ST AMENDMENT HAS SOMETHING TO BE LACKING IF ONE CAN'T GET BY OR PASSED INFORMAL. COMBINES WITH 14 EQUAL PROTECTION.

If you need more space, attach one additional sheet.

**B. Action Requested:** PROCEDURE AND PRACTICE TO APPEAL A CDC ISSUE. BEING IN MENTAL HEALTH PROGRAM WITH SOME ONE TO HELP IN IT. ATTORNEY, PATIENT ADVOCATE, OUTSIDE AGENCY, INVESTIGATIVE EMPLOYEE WHO? ALSO WHERE TO BE LOCATED AND HOW TO CONTACT.

Inmate/Parolee Signature: *Diego LaMadrid*     Date Submitted: 7/11/07

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim     CDC Appeal Number:

07-1692

First Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ JUL 1 6 2007 _____ Due Date: _____ AUG 2 7 2007 _____

Interviewed by: JOHN H. ADAM Ph.D. I/m LAMADRID CAN READ, WRITE and UNDERSTAND ENGLISH PERFECTLY. HAS ATTENDED CITY COLLEGE IN THE USA; WAS A MISSLE TECH ON ICBM'S IN US MILITARY. I/m LAMADRID HAS BEEN BILINGUAL SINCE CHILDHOOD. I/m LAMADRID HAS NEVER SUFFERED AN INCAPACITING SERIOUS MENTAL DISORDER WHILE ON MEDICATION AT CDC. THINKING IS CLEAR, ORGANIZED AND GOAL DIRECTED. I/m SIGHT ALLOWS HIM TO READ PER HIS OWN STATEMENT.

Staff Signature: _John H Adam_    Title: _Psychologist_    Date Completed: 8-16-07

Division Head Approved: ☐ Granted ☒ Returned
Signature: _____    Title: _Chief Psychol_    Date to Inmate: AUG 2 3 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other
☐ See Attached Letter
                                              Date: _____

CDC 602 (12/87)

California Institution for Men

# *MEMORANDUM*



MIEH175L

APPEAL RESPONSE LEVEL:        SECOND LEVEL

DATE:                        NOVEMBER 30, 2007

TO:                          LAMADRID

CDC#:                        P98764

APPEAL LOG #:                CIM-E-07-1665


APPEAL RESPONSE:

All appeal documents, your Unit Health Record (UHR), and applicable sections of the California Code of Regulations (CCR) Title 15, have been reviewed and considered.

While you were incarcerated at RJD, you submitted an appeal containing multiple issues. You requested to get all your allergy medications and psych medications. You requested to get cleared or get told why you're on medical hold. Additionally, you stated you have problems with your right index finger and lower back.

Your request was partially granted. You were informed that it is standard practice to prescribe medications up to 90 days so that a re-evaluation may be done. You were informed no medical hold was in effect. You were informed pain medication had been prescribed on 7-11-07.

You were dissatisfied and progressed to the Formal Level. You stated your right index finger is still broken. You stated the skin medication is wrong. You stated your psych meds are not right. You stated you need glasses.

Your appeal was partially granted. By this time you had been transferred to CIM, where you had been evaluated by the Mental Health Department and a medication plan was being developed. You had been seen by optometry prior to leaving RJD. You were informed a facility provider at CIM would see you regarding the rash and broken finger.

You progressed to the 2nd Level, stating the treatment plan for your mental issues need much improvement. You stated you need monitoring of Hep C. You stated you want all the items taken care of this year, but you don't see appointments coming.

Your movement history indicates you arrived at CIM on 9-29-07. Since that time, you have been seen multiple times for psychological evaluations, medical evaluations, and specialty evaluations as follows:

Psych evaluations were conducted on 9-15-07, 9-29-07, 10-18-07, 11-3-07, and 11-8-07. Medical evaluations were conducted on 9-21-07, 9-24-07, 10-9-07, 10-22-07, and 11-9-07. You were seen by specialty providers on 10-15-07, 10-29-07, and 11-27-07. As a participant in the Chronic Care Program (CCP), you are seen on a

monthly basis for evaluation with your primary care physician. Your most recent examination was done on 11-9-07, at which time allergy meds and instructions regarding the medication were given (no rash was evident upon examination). Pain meds were also prescribed. No recommendations were made regarding treatment for your right index finger.

On 11-29-07, you were interviewed regarding your appeal issues. You stated to the interviewer that your primary complaint is the problem with your right index finger. You stated you have limited mobility and pain due to incorrect healing.

The Chief Physician & Surgeon reviewed your case. It has been determined that a referral to orthopedics will be submitted for evaluation of the old fracture on the right index finger. The specialist will evaluate for surgical correction. Please be advised once the referral is submitted, approved, and processed, it will take several weeks before your appointment is scheduled. You will be scheduled as soon as possible and ducated to attend.

The CIM Medical Department is concerned for your health and well-being, and has acted appropriately in providing care and treatment. Your treating physician will continue to see you on a monthly basis and will address your medical issues as needed.

Pursuant to the following CCR, Title 15 sections, your medical needs have been handled in the appropriate manner.
3350 Provision of Medical Care and Definitions
(a) The department shall only provide medical services for inmates which are based on medical necessity and supported by outcome data as effective medical care. In the absence of available outcome data for a specific case, treatment will be based on the judgment of the physician that the treatment is considered effective for the purpose intended and is supported by diagnostic information and consultations with appropriate specialists. Treatments for conditions which might otherwise be excluded may be allowed pursuant to section 3350.1(d).
(b) For the purposes of this article, the following definitions apply:
(1) Medically Necessary means health care services that are determined by the attending physician to be reasonable and necessary to protect life, prevent significant illness or disability, or alleviate severe pain, and are supported by health outcome data as being effective medical care.
(2) Outcome Study means the definition, collection and analysis of comparable data, based on variations in treatment, concerning patient health assessment for purposes of improving outcomes and identifying cost-effective alternatives.
(3) Outcome Data mean statistics such as diagnoses, procedures, discharge status, length of hospital stay, morbidity and mortality of patients, that are collected and evaluated using science-based methodologies and expert clinical judgment for purposes of outcome studies.
(4) Severe pain means a degree of discomfort that significantly disables the patient from reasonable independent function.
(5) Significant illness and disability means any medical condition that causes or may cause if left untreated a severe limitation of function or ability to perform the daily activities of life or that may cause premature death.

CCR 3354. Health Care Responsibilities and Limitations
(a) Authorized Staff. Only facility employed medical staff, contractors paid to perform medical services for the facility, or persons employed by the facility as medical consultants shall be permitted to diagnose illness, prescribe medication and medical treatment for inmates. No other personnel are authorized to do so.

APPEAL DECISION: **PARTIALLY GRANTED**
Your appeal documents are attached.


_____
S. Ghaly, MD
Chief Physician and Surgeon  (A)
California Institution for Men


_____
M. Farooq, MD
Chief Medical Officer/Health Care Mgr. (A)
California Institution for Men

**RECEIVED**
**JUL 1 8 2007**
RICHARD J. DONOVAN Staff Representative

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. RJD | 1. 07-2280 | | MED |
| 2. CIM-E | 2. 07-16665 | | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

MIEH 175L

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Madrid | V-98764 | NA | F4-20-1262 |

**A. Describe Problem:** DIFFICULTY IN WRITING PRIMARY LANGUAGE NOT ENGLISH. DOCTOR SAID TO ME "CAN'T GIVE PRESCRIPTION FOR ALLERGIES FOR OVER 30 DAYS, PUT IN TO SEE DR AFTER MEDICATION ENDS." SO THIS IS A 3084.5(a)(3)(D), (F), (H). I, 42 U.S.C. §12102. MY ALLERGIES COMBINED WITH WRONG PSYCH MEDICATIONS OR LEVELS THERE OF COMPOUND WITH HEAT FLARE UP ALL MY ALLERGIES. THIS IS SOMETHING WITH MORE THAN 10 YEARS IN MEDICAL C-FILE AS EVIDENCE, AND I HAVE SEEN DR FOR LATELY. ABOVE IS ONE MEDICAL PROBLEM THAT WILL HOLD ME BEFORE CLASSIFICATION, IN MY EYES. VERY LIMITED MOBILITY OF (R) INDEX FINGER WITH SEVER PAIN NOW.

If you need more space, attach one additional sheet.

**B. Action Requested:** TO GET ALL MY ALLERGY MEDICATIONS TILL 3-10-08 FOR SKIN, NASAL AND LUNG PROBLEMS. TO GET CLEARED OR TOLD WHY ON MEDICAL HOLD, AND TAKE CARE OF THESE PROBLEMS. ALSO RIGHT INDEX FINGER AND PROBLEMS OF LOWER BACK. YOU HAVE MY HISTORY. PUSH MEDICATIONS

Inmate/Parolee Signature: Diego J. Madrid     Date Submitted: 7-16-07

**C. INFORMAL LEVEL (Date Received:** JUL 26 2007 )     PARTIALLY GRANTED

Staff Response: MEDICATION, AS STANDARD PRACTICE IS PRESCRIBED FOR NORMALLY UP TO 90 DAYS SO THAT THE FACILITY PROVIDER CAN EVALUATE SYMPTOMS AND RE-EVALUATE AS NECESSARY. YOUR UNIT HEALTH RECORD DOES NOT REFLECT A MEDICAL HOLD. YOU WERE PRESCRIBED PAIN MEDICATION 7/11/07

Staff Signature: Eddie Rivera     Date Returned to Inmate: 7/30/07

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.     PARTIALLY - GRANTED
BY X-RAY ON 8-9-07 (R) INDEX FINGER STILL BROKEN, PER MEDICAL SCREENING ON 8-2-07 FIX WRONG SAID MEDICATION TRIAMCINOLONE ACETONIDE CREAM .1% IS CORRECT PER OPTOMOLOGIST TEST EYE VISION WORST THAN 20/200 NEED GLASSES. ALSO PSYCH MEDS STILL NOT RIGHT IF PRESCRIBE CORRECTLY OUTSIDE AFTER MEDS TEST AND STATE IN HOSPITAL

Signature: Diego J. Madrid     Date Submitted: 8/13/07

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim     PER 8-2-07 MEDICAL SCREEN FIX!

CDC Appeal Number: 07-2280

CIM
NOV 0 7 2007
2nd level
CMO

## INMATE APPEAL ROUTE SLIP

To: MED                                                    Date: September 13, 2007

From: INMATE APPEALS OFFICE

Re: Appeal Log Number RJD-4-07-02280 By Inmate LAMADRID, P98764

Please assign this appeal to appropriate staff for FIRST level response.

Appeal Issue: MEDICAL
Due Date: 10/26/2007
Special Needs:


STAFF INSTRUCTIONS: Per Director's Rule 3084.5(f) (2) first level appeal review requires a personal interview with the inmate unless the appeal is granted. This policy is not within the institution's jurisdiction and cannot be waived. Director's Rule 3084.5(f) (3) provides that a telephonic interview may be conducted if the inmate is not available in person.

Begin response with GRANTED, DENIED, PARTIALLY GRANTED or WITHDRAWN. When complete, return appeal to the Appeals Office. All first level appeals require signature of the Division Head. Appeals that are incomplete will be returned for appropriate completion.

Refer to D.O.M. 54100 for instructions.


Inmate Appeals Coordinator
Richard J. Donovan Correctional Facility

CIM
NOV 0 7 2007

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

August 23, 2007

**LAMADRID, P98764**
F42000000000126L

CIM
NOV 0 7 2007

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

**SEPARATE YOU ISSUES AND SUBMIT ONE ISSUE PER 602.**

SIMPLE: EVERY THING IS IN MEDICAL
SCREENING ON 8-2-07
FIX IT & RIGHT ARM

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:**  Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be
automatically dismissed pursuant to CCR 3084.4(d).  This screening decision may not be
appealed.  If you believe this screen out is in error, please return this form to the Appeals
Coordinator with an explanation of why you believe it to be in error, and supporting
documents.  You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*July 18, 2007*



**LAMADRID, P98764**
*F42000000000126L*

Log Number: RJD-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

**MEDICAL**

Appeals Coordinator
Richard J. Donovan Correctional Facility

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

---

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

MC-275

Name  LA MADRID , DIEGO H.

Address  CDC#:P-98764    ELM HALL 175

P.O. BOX 500

CHINO , CA  91708

CDC or ID Number    P-98764

FOUTH DISTRICT COURT OF APPEAL

_____
(Court)

LA MADRID , DIEGO H.
Petitioner

                  vs.

DIRECTOR OF THE CA. DEPT' OF CORRECTION
Respondent

PETITION FOR WRIT OF HABEAS CORPUS

No. _____

*(To be supplied by the Clerk of the Court)*

## INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under Rule 60 of the California Rules of Court [as amended effective January 1, 2005]. Subsequent amendments to Rule 60 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Page one of six

Form Approved by the
Judicial Council of California
MC-275 [Rev. July 1, 2005]

PETITION FOR WRIT OF HABEAS CORPUS

Penal Code, § 1473 et seq.;
Cal. Rules of Court, rule 60(a)

American LegalNet, Inc.
www.USCourtForms.com

# Court of Appeal
## State of California
### Second Appellate District

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Court of Appeal Case Number: _____

Case Name: _____

Please check the applicable box:

☐ There are no interested entities or parties to list in this Certificate per California Rules of Court, Rule 8.208(d)(3).

☐ Interested entities or parties are listed below:

| Name of Interested Entity or Person | Nature of Interest |
|---|---|
| 1.<br>LA MADRID , DIEGO H. | |
| 2. | |
| 3. | |
| 4. | |

*Please attach additional sheets with Entity or Person Information if necessary.*

_____
Signature of Attorney/Party Submitting Form

Printed Name:
Address:

State Bar No:
Party Represented:

*SUBMIT PROOF OF SERVICE ON ALL PARTIES WITH YOUR CERTIFICATE*

**This petition concerns:**

| | | | |
|---|---|---|---|
| ☐ A conviction | | ☒XX Parole | |
| ☐ A sentence | | ☒XX Credits | |
| ☒XX Jail or prison conditions | | ☒XX Prison discipline | |
| ☒XX Other *(specify):* _____ | | | |

1. Your name: **DIEGO HENRY LA MDRID**

2. Where are you incarcerated? **CIM**

3. Why are you in custody? ☒XX Criminal Conviction   ☐ Civil Commitment

   *Answer subdivisions a. through i. to the best of your ability.*

   a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

   **PETTY THEIFT WITH A PRIOR**

   b. Penal or other code sections: **NOW P.C. 3057**

   c. Name and location of sentencing or committing court: **SENTENCED IN S.D. //NOW PAROLE VIOLTION**

   **RJ.DONOVAN (BPH) 480 ALTA RD. ,S.D. ,CA. 92179**

   d. Case number: **CDC#: P-98764**

   e. Date convicted or committed: **3/14/07**

   f. Date sentenced: **4/12/07**

   g. Length of sentence: **12MONTH P.C.3057(d)(2)(e)**

   h. When do you expect to be released? **3/13/08 is E.P.R.D.**

   i. Were you represented by counsel in the trial court? ☒XX Yes.   ☐ No. If yes, state the attorney's name and address:

   **William Hobson : Pacific Rim Point 9335 Airway Rd. , St 213 ; S.D. , Ca. 92154**

4. What was the LAST plea you entered? *(check one)*

   ☒XX Not guilty   ☐ Guilty   ☐ Nolo Contendere   ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

   ☐ Jury   ☐ Judge without a jury   ☒XX Submitted on transcript   ☐ Awaiting trial

---

MC-275 [Rev. July 1, 2005]          **PETITION FOR WRIT OF HABEAS CORPUS**          Page two of six

6.  GROUNDS FOR RELIEF

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Parolee must be discharged early from parole after completion of certain peiod of parole
(without revocation or suspentions)if all requirements D.O.M. 81080-81080.1.1 Unless
B.P.T.(H)finds "some evidence" good reason to retain.The some reason in this case can not
be " dicriminatory"" if so it then being an **A.D.A. issue.** MY ongoing mental heath will
never go away yet on my disability I am denied services,progam,activities. P.C. 3001 early
discharge after 13 mo.

a.  Supporting facts:
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. *(If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)*

Was in long term rehab ( from the V.A.) A.D.T.P.,Way Back, Bayview hospital, or in the
V.A. hospital itself during the whole time incomplience with all rules and regulations
of 15CCR & D.O.M.. (All this evidence can be supeana including medical recomendations
that kept me in these places)
To take care of myself I use V.A., Medi-cal do not use anything from parole to assist
me in transitionto the community have been independant of all parole services.
For many month (7) kept asking parole of the reason in writing to no avail at this
point it would be futile to continue to get these papers. Every month I would ask my pa-
role officer. For the first few month afterthe 13th mo. I would ask for the reason in
writting. At first I did not have a parole officer. Later the answer would be that the
parole officer that retained me would have to do it. At one point an officer of the day
O.D. that was my parole officer at one point told me verbally " because I was in the hos-
pital was the reason I was retained. This being then a violation of my fundamental right
to appeal ( can not appeal if I don't have in writting). A practice that is on-going &
that keeps recurring-capable of repetition that violate aspects of fairness, yet evade
reveiw. A practice being emploied by CDC when dealing with people with disabilities.
This issue is important controversial,recurring, and one thatis not likely to be reached
by ordinary judicial process (documents on parolee's after 13th mo. with disabilities
then asked if they received there reason will confirm this)

b.  Supporting cases, rules, or other authority (optional):
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

A.D.A.,P.C. 3001,3000,Civil Rights , In re Fleury(1967)67Cal.2d 600;In re Garcia (1998)
67 Cal.App.4th 841 ; In re Angel M.(1998)58 Cal. App.4th 1498; People v. Superior Court
(Hamilton)(1991)230 Cal.App.3d 1592;In re Arias(1986)42 Cal.3d 667,673; In re Robin M.
(1978)21Cal.3d 337,341,n.6;In re William M.(1970)3 Cal.3d 16;In re Strick(1983)148Cal.App.
3d906,911;In re Muszalski(1975)52Cal.app3d500;Ogo Associates v.Cityof Torrance(1974)52
Cal.App.3d830,834;In reHarris(1993)5Cal. 4th813;Preiser v. Rodriguez 41lu.s. 475

Ground 2 or Ground _____ *(if applicable):*

Jurisdiction the incident in question happened in Mexico. I have plent of witnesses for this case. To list a few 4 times the police was called in this matter, priest,coucil city members, intake doctor at the psychiatric hostpital, neghbors, busineesess, and our room-mate that waas not present to testify. Combined with perjerd testimony that attorney would not lock in. His only defence being jurisdiction.

a. Supporting facts:

All relevant facts of my defence are in the recording thaat BPT[H] has of thi hearing. This hearing started witha Maarsden Hearing because of my differences with my attorney of record W. Hobson. Tried to contact him many time after that to no avail. 1) Gave him an appeal on the matter.  2) Tried to get help with an appeal (got no answer)  3) Tried to contact by sending him an inmate request concerning procedure or advice in what to do. Have multiple appeals in these problems, but by the time the last level of reveiw is done I will have done most of this violation. The appeals started in April right after the decission.

Lack of juisdiction over offence P.C.1004 ,P.C.647(d);people v. Webber.It has two elements personal and subject matter,and without subjectis void. BPT abuse of juisdiction in this case is principle issue to begin with. Cause in accusation I must be able to bring in evidence to defend myself. Most of it being in a foreign country, which I would need to make a proper defence of the charges against me. 14th Amendment constitutional rights combined with Supreme Court laws where violated. Add jurisdiction and Ineffective assistance of counsel. Lack of help in appeal for a member of Federal cases " Colman, Armstrong,Gilmore,Rutherford make it a miscarrage of justice.

b. Supporting cases, rules, or other authority:

U.S. Const. Amendments 6,8,11, and 14th ;28 U.S.C.§1291; universsl jurisdiction and protective principles; international law juridictionl limits; U.S. v. Medjuck 156F.3d 916(9th Cir. 1998); In re Winship, 397 U.S. 358,364(1970);U.S. v. Jose Luis L.,978 F.2d 543,545-46(9t Cir. 1992);U.S. v. Pizzarusso, 388F.2d 8,10-11(2d Cir.1968);Hunter v. United Van Lines, 746 F.2d 635,639(9th Cir.1984);U.S. v. Suerte, 291 F.3d 366,375(5th Cir.2002);U.S. v. Bynum,327 F 3d 986(9th Cir.);U.S. v. Perez-Oviedo,281 F.3d 400,403(3dCir. 2002); LSO,Ltd. v. Stroh,205F3d 1146,1152(9th Cir.2000);People v. Superior Court (Caswell)(1998) 46C3d 381,250CR 515(Const. challenge toP.C. §647;Lack of jurisdiction P.C. 1004;Peple v. Webber(1901) 133C.623,66 P 38.

7. Ground 2 or Ground _____ (if applicable):

I.A.C. in parole revocation hearing by attorney. B.P.T. hearing started with a marsden hearing because of my problems and disagreements with my attorney.

_____

_____

_____

a. Supporting facts:

I asked my attorey to get an extension so that he could get evidence that would be in my faror. His explaination was that they (BPT) had no jurisdiction in Mexico, which was his only defence of the case.

We disagreed in this cause I have a lot more evidence these being doctors, police,coucil-city members,preist,pastors,my/our roommate that we had for over 10 months,neighbors, the business that is across the sreet where the house is,the land lord which is "jefe de regla-mentos in T.J. ",and many otherpeople that I could get. Most of them are in Mexico. But he supeana no one in my defence.

Recording of B.P.T. hearing will verify all this. Ido not have and it is needed to show proof of these facts.

First people that I spoke to INS where excused and they I told them what,why,where I was going and the reason. Also, theygave the property that has names addresses that would help in my defence; to this day I do not have them ( have put in 6 appeals in this matter)

Iasked for extenssion attorney said no.

Commisioner would not let me represent myself (his voice in recording).

Asked attorney to ask questions to witnesses to lock in testimony he would not do this since his defence(jurisdiction) would be sufficient.

Gave my attorney an appeal that to thisday I do not know what happened to it .

An unforeseeable judicial enlargement of a criminal statute, applied retractively, violates the federal due process right to a fair warning of what contitutes criminal conduct.

_____

_____

_____

_____

_____

b. Supporting cases, rules, or other authority:

U.S. v. Comito, supra,177F3dat p1170;People v. Arreola(1994)7Cal.4th1144,1159-1161; Morrissey v. Brewer,supra,408 U.S.;In re Carroll(1978) 80Cal.App. 3d22,34; Valdivia v. Schwarzeneggar,supra; 15CCR 2675,2676,2000(b)(40) and(44); White v. White (9thCir 1991) 925 F.2d287;In re Prewitt,supra ; In re Vickers, supra ;Goverment code 11185 ; U.S. Const. Aricle III ;U.S. Amendments 1,4,6,8,11,14 ; I.A.C.,A.D.A.;Trombetta 467 U.S. at485;Bouie v. City of Columbia, 378 U.S. 347,353 (1964);see also Rogers v. Tenessee,532 U.S. 451,459(200 Darnell v. Swinney, 823 F.2d 299,301(9th Cir. 1987)

Ground 2 or Ground _____ (if applicable):

Access to courts: denial of access to courts or assistance from an attorney after my parole hearing. Law is contained in books; without access to a law library to find constitutions, statutes, regulations,and their judicial interpretations, denied me of any meaningful legal work being restricted in R.J.D. in both 1yard & 4 yard. This hindering my efforts to pursue my claim in a violation of parole cause myfirst claim denial.

a. Supporting facts:

Have 2 appeals in this matter of legal problems. Appeal log number:RJD-1-07-01141 that started in April right after the BPT[H] hearing from the 1yard. In this yard I am completly on lock down with no access to any thing(have proof from request sent to law library responce for information). Here I can not go anywhere. Only to the shower. We are feed in the cell since (we being EOP's) are in a building that house regular inmates and we are not classified, so rules have it that we can not mix at all nor could I get any information from the law library. This appeal was for some reason unknown called a duplicate by the CIM appeals coordinator. Even after I tried to explain to him that circumstances are different from a second appeal with log number RJD-4-07-01079. Which was put in later under different circumstances. The latter appeal is in the directors level which I have been waiting for a responce. I was 1 week short of 6 month under these conditions, restricted from any meaningful access to law library materials or responce as to where to get help. Appeals ask for help from any place that could/should help a person with a long history of mental illnesses,a member of Colman, Armstrong class action suits. Record will show that I was at the law library 5 times in 6months.The effects vivid in that my appeal to suprior court got denied on tecnicality. I even had to 602 the institution for my indigent envelopes a problem that continued until this day.They would say that up to 5 envelopes.This to an A.D.A. inmate.

b. Supporting cases, rules, or other authority:

U.S. Supreme court 1Lewis v.Casey(1996)518 U.S. 343;Bounds v. Smith(1977)430 U.S. 817 Younger v. Gilmore(1972)404 U.S.15;Toussaint v. Mc Carty(9th Cir. 1986)801 F.2d 1080; Linquest v. Idaho Board of corrections(9th Cir. 1985)776 F.2d 851;Gilmore v. California (9th Cir.2000)220 F.3d 987;Sands v. Lewis(1996)518 U.S. 343;Hargis v. Foster(9th Cir. 202)312 F.3d 404;15 CCR§3165(d);Pa.Dept. of Corr. v. Yeskey(1998)524 U.S.206;Tenessee v. Lane(U.S. 2004)72 U.S.L.W. 4371;**AMERICAN.DISABILITY ACT;**

7. Ground 2 or Ground _____ *(if applicable)*:

14th Amendment of the United States Constitution. Due process has to be given to parolee throughout the entier process/during every part of it. It must go amoung in between; in the midst.

a. Supporting facts:

The court looks first to the words of the statute in a attempt to ascertain legislative intente. Court must enforce the provision of the state Constitution and may not lightly disregarde a clear constitutional mandate. United States Supreme Court's determination of a Federal question, including the interpretation , is binding upon the state courts and must be followed, notwithstanding any state law, decision, or rule to the contary. Statutes inconsistent with the Constitution are void, and where possible courts will construe statutes in favor of their valdity. The appellate court must construe an enactment to preserve it's constitutional validity, and court presumes that the enactors understood the constitutional limits on their power and intended to respect those limits. It is not the judiciary's funtion to reweigh the legislative facts underlying a legislative enactment. Same standards for determining a whether a state is impliedly repealed by another statute apply whether in determining whether a constitutional amendment impliedly repeaaled a statutoty provision.

In this case there is multiple violations of due process. 1) It started with the parole unit in Chula Vista not giving me the opprtunity to appeal a decision of BPT. I repeadedly ask to be given a written reason of why on parole; every monthly report I would ask for the same thing to no avail. At this point it is futile to continue to ask for it. 2) Marsden hearing to start my BPT hearing because of my differences with my attorney in many aspects of the defence of the parole revocation. From witneses , extencion of time to get evidence, my room-mate as witness, property held by P.O. officer that I still do not have (even after 7 differentappeals in different areas). 3) Conduct credits on parole revocation.

b. Supporting cases, rules, or other authority:

Grafton Partners L.P. v. Superior Court, 36 Cal.4th 944, 116 P.3d 479; State Personnel Bd. v. Department of Personnel Admin., 36 CR 3d 142, 123 P.3d 169(Cal.2005); Ca. State Personnel Bd. v. Ca. State Employees Ass'n, 31 Cal. Rptr. 3d 201, 115 P.3d 506(Cal.2005); In re Tobacco CasesII, 123 Cal. App.4th 617; Slocom v. State Bd. of Equalization, 36 Cal. Rptr. 3d 627; Save Our Sunol, Inc. v. Mission Vally Rock Co., 21 Cal. Rptr. 3d 171(Cal. app. 1st Dist. 2004); Burkle v. Burkle, 37 Cal. Rprt. 3d 805(Cal. app. 2d Dist. 2006); Barratt American, Inc. v. City of San Diego, 117 Cal. App. 4th 809; 14th Amendment of U.S. const.;

7. Ground 2 or Ground _____ *(if applicable):*

Appication of P.C. 3057 illegality of it. California Department of Corrections not giving me behavior/conduct credits afforted to me by 14th Amendment (due process).

a. Supporting facts:

Have appealed the exit of mine and CDC doe not apply any conduct , behavior credits. My sentence even if legal violates due process cause it does not give me my credits that any other crime would be allowed. Granted no worktime credits be given but it do not say anything about not being able to earn conduct/behavior credits on a parole revocation. This is a practice that CDC is accotomed to doing to all prisoners that get a violaation of parole. P.C. 2900.5 deals with credit earning also, P.C. 4019;People v. Sage (1980) 26C3d 498,165 CR 280 all these conuct/behavior credits and all the applications and places that these credits may be earned. Even credits may be earned for murder under P.C.§667.7(a)(1) is eligible for credits under P.C. §2931(a)-(c). A group/ selected class of individuals is a ground for dismissal based on violation of the equal protections. [Murgia v. Municipal Court (1975) 15C3d 286, 290; 124 CR 204,206] ;Erroneous interpretation or applications of state law.

b. Supporting cases, rules, or other authority:

People v. Superior Court (Hartway) (1977) 19? C3d 388,349, 138CR 66,71; Discriminatory law enforcement.Yick Wo v Hopkins(1886)118 US 356,6 S Ct 1064,30 LEd 220,;Uniform crime Charging Manuel(2d ed 1983);CDAA, Uniform Crime Charging Standards(1974);P.C. 1385 ;Estelle v McGuire(1991) 502US ___ ,112 S Ct475;Engle v isaac (1982) 456US 107; Hinman v McCarthy(9th Cir 1982)676 F2d 343,349;Rushen v Spain(1983)464 US 114,120;14th Amendment of U.S.;P.C. 3057;In re Howard N.,35 Cal.4th 117,24 CR3d 866,106 P.3d(2005);

7. Ground 2 or Ground _____ (if applicable):

**Restoration ofprisoners good-conduct time credits.**

a. Supporting facts:

Once restoration of good -conduct credits are given, time should be taken from the end of parole period.

Issues of great importance, likely to recur, and may evade appellate review. (See Smith v. Board of Supervisors (1989) 216 Cal. App.3d 862,868

"The fundamental rule of interpretation is to ascertain the intent of the agency issuing the regulation so as to effectuate the purpose of the laws. [See Brewer v. Patel (1993) 20 Cal. App. 4th 1017,1021 ]

Board of Prison Terms "some evidence" standard to parolees in the mental health has got to be in accordance to federal laws and not discriminatory towards the parolee/inmate. Even after the hearing I tried to find help in the appeal. Have multiple appeals that state that no help would be attainable. They are now in the last level of appeal yet if I continue to wait I will have done all the time in the violation. [See In re DeLuna (2005) 126Cal.App. 4th585;In re Rosenkrantz (2002) 29Cal.4th616; In re Scott (2005)133 Cal.App. 4th 573;In re Smith (2003)114 Ca. App. 4th 343; In re Dannenberg, supra, 34 Cal. 4th 1061;126 S Ct 92 ]

b. Supporting cases, rules, or other authority:

Brown v. Fauver, 819 F.3d 432,397(3d Cir.1987);McBride V. Bureau of Prisons, 9F.3d 503,505(6th Cir.1993);Clemente V. Allen, 120 F.3d 703,705(7th Cir. 1997)U.S. V. Furman, 112 F.3d 435,438-39(10th Cir. 1997);Best v. Kelly, 39 F.3d 328,330(D.C. Cir.1994)

8. Did you appeal from the conviction, sentence, or commitment?   ☐ Yes.   ☒☒☒ No.   If yes, give the following information:

   a.  Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"):

      _____

   b.  Result _____   c.   Date of decision: _____

   d.  Case number or citation of opinion, if known: _____

   e.  Issues raised:  (1) _____

              (2) _____

              (3) _____

   f.  Were you represented by counsel on appeal?   ☐ Yes.   ☒☒ No. If yes, state the attorney's name and address, if known:

      _____

9. Did you seek review in the California Supreme Court?   ☐ Yes   ☐ No.   If yes, give the following information:

   a.  Result _____   b.   Date of decision: _____

   c.  Case number or citation of opinion, if known: _____

   d.  Issues raised:  (1) _____

              (2) _____

              (3) _____

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:

      _____

      _____

11. Administrative Review:

   a.  If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:

Since I am on the 7th month of this violation (of 12 mo.)and all my appeals are in the 3rd or directors level (4th level)and by the time that this writ (appeal) should be starting it should be over with or I would have done all the time on this violation. It seems futile to continue to wait for the answer. Since some of my appeals like my medical (broken finger) will probably need cergury. The acess to court from the 4 yard in R.J.D. for inmates in the mental health program will continue until they change something with the way an inmate can get help in a B.P.T.[H] hearing after a violation with no help. (being an A.D.A. inmate). The record will show what I have gone through to get NO HELP. THe other appeals will be self explanatory ( an evidentary hearing or subpoena of my C-file & parole records will prove all the statements that are in this appeal.

   b.  Did you seek the highest level of administrative review available?   ☐ Yes.   ☐ No.
      *Attach documents that show you have exhausted your administrative remedies.*

MC-275 (Rev. July 1, 2005)          **PETITION FOR WRIT OF HABEAS CORPUS**          Page five of six

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court?  ☒ Yes. If yes, continue with number 13.  ☐ No. If no, skip to number 15.

13. a. (1) Name of court: Superior Court of CA. , County of San Diego

   (2) Nature of proceeding (for example, "habeas corpus petition"): Habeas corpus

   (3) Issues raised: (a)  Discrimination , A.D.A.

      (b) Jurisdiction , I.A.C.

   (4) Result (Attach order or explain why unavailable): Attached  Case #HSC10918

   (5) Date of decision: July 12 , 2007

   b. (1) Name of court:

   (2) Nature of proceeding:

   (3) Issues raised: (a)

      (b)

   (4) Result (Attach order or explain why unavailable):

   (5) Date of decision:

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

16. Are you presently represented by counsel?  ☐ Yes.  ☒ No. If yes, state the attorney's name and address, if known:

17. Do you have any petition, appeal, or other matter pending in any court?  ☐ Yes.  ☒ No. If yes, explain:

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date:  ▶                                                        _____
                                                                (SIGNATURE OF PETITIONER)

MC-275 [Rev. July 1, 2005]          PETITION FOR WRIT OF HABEAS CORPUS                    Page six of six

1  La Madrid , Diego H.

2  CDC#: P-98764  Elm Hall #175

3  P.O. Box 500

4  Chino , Ca.    91708

5

6

7

8

9

10  La Madrid , Diego  H.                )    **CASE NUMBER OF THE**
                                          )
11                      Petitioner,       )    **SUPERIOR CT.**_____
                                          )
12                                        )
13  v.                                    )    **CASE NUMBER OF THE**
                                          )
14  Director of the CDC                   )    **APPELLATE CT.**_____
                                          )
15                      Respondent,       )
    _____)
16

17

18              <u>**PETITION FOR WRIT OF MANDATE**</u>

19

20        **TO: THE HONORABLE PRESIDING JUSTICE**

21

22        Petitioner respectfully petitions this court for a writ of mandate directed to

23  respondent court, and by this verified petition alleges that:

24  When"Due Process " is violated combined with guidelines estavlished by the U.S.

25  Suprem Court in Morrissey v. Brewer with no subpoena powers for defendant in

26  foreign country to defend himself,fundamental fairness is the out come in front

27  of a BPT[H] hearing. Jurisdiction is an issue and a "judicial review"  of con-

28  stitutional violtions, ofjudicial enlaargement of laws that are ongoing in BPT

1

**I**

1
2      Petitioner is the defendant in a criminal action, entitled People of the State of
3   California -Vs- La Madrid , Diego_____, Case Number P-98764_____, now pending in
4   respondent court.

**II**

5
6      Respondent is the __Ca.dept' of Correctios__ Court of the State of California,
7   for the County of San Diego_____.

**III**

8
9      The real party in interest is the People of the State of California.

**IV**

10
11     Respondent has a clear, present, and ministerial duty to abide by and adhere to the
12  exercise of sound discretion, governed by legal rules, to do justice according to the law in
13  conducting hearings, receiving evidence, and to issue rulings consistent with laws
14  governing the subject matter of this petition.

**V**

15
16     Respondent has failed and/or refused to exercise sound discretion as follows:
17     (a) On or about April 12, 2007_____, ____, petitioner did present
18  before respondent a motion entitled
19  _Marsden motion, juristictional, due process, const. violations, I.A.C._
20     (b) On or about April 12.,_____,2007, Respondent court has denid
21  _all;of_____ petitioner's motion, despite facts brought before the court and the state of
22  existing law, both of which support petitioner's request.

**VI**

23
24     Petitioner has no plain, speedy, and adequate remedy in the ordinary course of law
25  other than by this petition, in that there is no other adequate procedure to require
26  respondent to use discretion governed by legal rules to do justice according to law and the
27  Constitution, or to otherwise entitle petitioner to enjoy the benefits sought through this
28  petition.

## VII

Petitioner has performed all conditions precedent to the filing of this petition, by having first exhausted all available remedies.

## VIII

At all times mentioned herein, respondent has been able to adhere to the and follow the law which governs the within subject matter. Notwithstanding such ability, and dispite petitioner's demand(s) as stated herein, respondent continues to fail and/or refuse to order relief petitioner seeks.

## IX

Wherefore, petitioner prays:

That this court, on hearing this petition and on consideration of any return filed thereto, issue its peremptory writ commanding respondent to:

That all federal and state laws,rules, Suprem Court laws be followed in this case. That all applicble internaaddional rules govering this action be followed . Petioner to be able to have evidence in my favor allowed .That isses regarding Federal cases " Plata, Armstrong,Coleman,Rutherford,Valdivia,and Gilmore adressed.

## VERIFICATION

I am the petitioner in this action. All facts alleged in the above petition, not otherwise supported by citations to the record, exhibits or other documents, are true of my own personal knowledge.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

**Date:**                                          **Respectfully Submitted,**

_____

3

# MEMORANDUM OF POINTS AND AUTHORITIES

## I

## PETITIONER IS ENTITLED TO A WRIT OF MANDATE

*California Code of Civil Procedure, §1085 states:*

> "It may be issued by any court, except a municipal or justice court, to any inferior tribunal, corporation, board, or person, to compel the performance of an act which the law specially enjoins, as a duty resulting from an office, trust, or station; or to compel the admission of a party to the use and enjoyment of a right or office to which he is entitled, and from which he is unlawfully precluded by such inferior tribunal, corporation, board, or person."

*California Code of Civil Procedure, § 1086 states:*

> "The writ must be issued in all cases where there is not a plain, speedy, and adequate remedy, in the ordinary course of law. It must be issued upon the verified petition of the party beneficially interested."

Discretion granted to a court by statute is not an arbitrary discretion to do abstract justice according to the popular meaning of that phrase, but is a discretion governed by legal rules to do justice according to the law and is to be exercised in the light of all attending circumstances.

In exercising its discretion, a court is to be governed by the body of law defining those standards. *People v. Arnold*(1976) 50 Cal. App. 3d Supp. 1. In a legal sense, discretion is abused whenever in the exercise of its discretion the court exceeds the bounds of reason and all of the circumstances before it being considered. *State Farm Inc. Co. v. Superior Court*(1956) 47 Cal. 2d 428, 432, 304 P. 2d 13; *National life of Florida v. Superior Court*(1971) 21 Cal. App 3d 281; *San Diego Whls. Credit v. Superior Court*(1973) 35 Cal. App. 3d 458 *Pacific Indem. Co. V. Superior Court*(1966) 246 Cal. App. 2d 63. Writ of mandate is available to correct abuse of discretion. *Baldwin-Lime-Hamilton v. Superior Court*(1962) 208 Cal. App. 2d 803, 823.

Writ of mandate is the proper remedy in the present case. as there is no appeal petitioner can exercise and/or any appeal available will not allow timely resolution of the

1  controversy presented in this petition. *Winton v. Municipal Court*(1975) 48 Cal. App. 3d
2  228; *Running French Corp. V. Superior Court*(1975) 51 Cal. App. 3d 400; *Phelan v.*
3  *Superior Court*(1950) 35 Cal. 2d 363, *Pettis v. Municipal Court*(1970) 12 Cal. App. 3d
4  1029.  The exercise of jurisdiction by a court in a mandate proceeding rests to a
5  considerable extent in the wise discretion of the court. *Wheelright v. Marin County*(1970)
6  2 Cal. 3d 448, appeal dismissed, cert. denied, 404 U.S. 807, 91 S. Ct. 65, 27 L. ED. 2d 37.
7  Thus, a court may deny relief to a petitioner where the person's rights are otherwise
8  protected. *Barthalomne oil Corp. V. Superior Court*(1941) 18 Cal. 2d 726, 730.
9  However, where a petitioner shows compliance with the requirements for the issuance of
10  a peremptory writ, the court has <u>no discretion to exercise and must issue the writ as a</u>
11  <u>matter of right</u>. (Emphasis added).  *Flora Crane Service, Inc. V. Ross*(1964) 61 Cal. 2d
12  199, 203; *May v. Board of Directors*(1949) 34 Cal. 2d 125, 133-134.  Petitioner has a
13  clear, present, and beneficial right to the performance of the respondent's duty to obey
14  state and federal law.  Therefore, this petition is necessary to enforce and protect
15  petitioner's legal rights to be free from arbitrary and illegal action of respondent.
16  *Americal Friends Service Committee v. Procunier*(1973) 33 Cal. App. 3d 252, 256.  A
17  writ of mandate is also proper to compel a governmental official to perform a ministerial
18  act. *California Educational Facilities Authority v. Present*(1964) 12 Cal. 2d 593, 598;
19  *Flora Crane Service, Inc. V. Rose*(1964) 61 Cal. 2d 199, 204.  Finally, a writ of mandate
20  is proper when the action taken by an official is so palpably unreasonable and arbitrary as
21  to indicate that it has abused its discretion as a matter of law. *Sanders v. Los*
22  *Angeles*(1961) 55 Cal. 2d 626.
23      Petitioner has a beneficial interest as described in the petition, and a writ is
24  necessary to protect the substantial rights of petitioner.  As alleged in this petition,
25  substantial damage will be suffered if the writ is denied.
26
27
28

5

## CONCLUSION

For the reasons set forth herein, but not limited thereto, this petition must be granted in order to protect petitioner's rights.

Date:                                    **Respectfully Submitted,**

_____

La Madrid , Diego H.
CDC#: P-98764   MIEH175
P.O. Box 500
Chino ,CA.  91708

4th DISTRICT Court of Appeal

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SAN DIEGO

| | | |
|---|---|---|
| Director of CDC | ) | CASE NO: _____ |
| Plaintiff , | ) | EX PARTE MOTION FOR |
| -vs- | ) | APPOINTMENT OF COUNSEL |
| La Madrid , Diego | ) | |
| Defendant . | ) | |
| | ) | |

TO:  THE HONORABLE COURT IN THE ABOVE CAUSE OF ACTION:

NOW COMES, La Madrid , Diego _____, defendant in the

above cause of action who moves this court for an Ex Parte Order for

Appointment of Counsel to represent defendant's interest in the above

bona fide legal action and for which defendant has no other means to

gain meaningful access to the courts due to incarcerated status of

indigent defendant herein.

This motion is based on this Ex Parte Motion, on the att-

ached declaration, on the memorandum of points and authorities herein,

on the papers and records filed in this matter and on such other

evidence presented to the court in support of this motion.

DATED: 12|6|07

RESPECTFULLY SUBMITTED:

Diego La Madrid

DECLARATION OF _____

1.     That I am the defendant in the within bona fide legal cause of action, am a poor indigent incarcerated prisoner, and have at risk threatened personal and/or property rights as a result of the within cause of action;

2.     That declarant is a layperson, untrained in law, and as a result of poor, indigent, and incarcerated status is barred from access to the courts to protect personal and/or property rights as guaranteed by due process and equal protection clauses of both the state and federal constitutions;

3.     That declarant is forced to represent self in defense of the within suit, is without funds to employ counsel, and has no legal training, experience, access to legal materials and/or access to the courts necessary to adequately and reasonably protect declarant's present and future personal and/or property rights;

4.     That declarant is being harrassed by plaintiff herein in as much as declarant is indigent and incarcerated, unable to retain an attorney, and that without adequate representation and meaningful access to the courts declarant is likely to suffer adverse judgement and therefrom a significant issue of liability would arise impacting declarant's personal and/or property rights both present and in the future;

5.     That declarant has been incarcerated since *March 15*, *2007* and will remain incarcerated through approximately *March 13*, *2008*;

6.     That as a right guaranteed by the due process and equal protection clauses of the state and federal constitutions declarant has a right to the appointment of legal counsel in the

-2-

within cause of action based upon:  (a) declarant is confronted with

a bona fide legal action threatening personal and/or property inter-

est,  (b) declarant is indigent and in prison, (c) declarant plans

to defend from the action herein, and (d) adverse judgement would

affect declarant's present and/or future property rights;

7.  That declarant is entitled to the appointment of coun-

sel and declarant does declare that such appointed counsel should

be awarded legal fees in accordance with standards within the com-

munity for similar cases;

8.  That attorney fees should be ordered by this court to

be paid pursuant to, but not limited to, (a) Business and Professions

Code, Section 6210, (b) Government Code, Section 27706, and/or (c)

legal duty and obligation of law enforcement/correctional agency

to provide for the constitutionally mandated needs of wards remanded

to custody;

9.  That without relief requested herein that declarant

will continue to suffer deprivations of constitutional and/or other

legal rights as stated above.

VERIFICATION

I have read the above statements and do declare upon

penalty of perjury that these statements are true and correct as

based upon information and belief.  Executed this ___6___ day of

__DECEMBER_____, 2007 at ___C.I.M._____,

California pursuant to Code of Civil Procedure, Sections 446 and

2015.5.

_____
                    DECLARANT

-3-

POINTS AND AUTHORITIES

I

INDIGENT PRISONER WHO FACES BONA FIDE LEGAL ACTION
THREATENING INTEREST IS ENTITLED TO ACCESS TO COURTS
AS GUARANTEED BY DUE PROCESS AND EQUAL PROTECTION
CLAUSES OF THE CONSTITUTIONS OF CALIFORNIA AND THE
UNITED STATES. Yarbrough v. Superior Court, (1985)
39 C.3d 197; Payne v. Superior Court, (1976) 17 C.3d
908.

It is uncontrovertible that defendant herein is inpris-
soned, is indigent without funds to employ counsel, and faces a
bona fide legal action threatening personal and/or property interest
by virtue of having to defend from this suit.  Further, defendant
is acting Pro Per in own defense without adequate training or ex-
perience, is without adequate access to legal materials, and is
without meaningful and/or viable access to the courts.  Woods v.
Superior Court, (1974) 36 CA3d 811, Yarbrough v. Superior Court,
(supra)  39 c.3d 197.

II

INDIGENT PRISONER WHO IS UNTRAINED AND/OR INEXPERIENCED
IN CIVIL LAW SHOULD BE APPOINTED COUNSEL.  Payne v.
Superior Court, (supra) 17 c.3d 908.

In light of this bona fide legal action threatening defend-
ant's personal and/or property rights, the court must appoint legal
counsel in the instant case.  Yarbrough v  Superior Court, (supra)
39 C.3d 197, 204.

Before denial of defendant's motion this court must at
minimum hold a hearing and/or make factual determination using
guidelines set down by the California Supreme Court in Payne.
Payne v. Superior Court, (supra) 17 c.3d 908, 924; Yarbrough v.
Superior Court, (supra) 39 c.3d 197, 203-204, 207.
/////

### III

THE DECISIONS OF THE SUPREME COURT AND COURT OF APPEAL ARE BINDING AND MUST BE ACCEPTED BY THE TRIAL COURTS. Woods v. Superior Court, (supra) 36 CA 3d 811, 814; Auto Equity Sales, Inc. v. Superior Court, (    ) 57 C.2d 450, 455.

The rule of stare decisis is a rule of jurisdiction. Auto Equity Sales, Inc. v. Superior Court, (supra), citing Abelleri v. Distict Court of Appeal, (    ) 17 C.2d 280, 288.

### IV

ATTORNEYS FEES SHOULD BE ORDERED PAID BY THIS COURT. 6th, 13th, and 14th Amendments to the United States Constitution.

It stands to reason that if defendant is entitled to cour appointed counsel, that such counsel is entitled to adequate and reasonable compensation equal to that afforded others in the comm- unity for similar services.   13th and 14th Amendments to United States constitution; Yarbrough v. Superior Court, (supra) 39 C.3d 197, desent at 207 and continuing be Chief Justice Bird.

This court should order funds be provided from appropria sources including, but not limited to, provisions pursuant to Business and Professions Code, Section 6210; Government Code, Sec- tion 27706; from the law enforcement/correctional agency of custod which is legal mandated to provided for constitutionally required needs of defendant just as food, clothing, shelter, medical and other needs must be provided for.   Defendant's legal needs are sim ply an extension of other constitutionally protected rights which serves both the needs of the individual and society at large.   In- deed, for the state to allow personal and/or property rights to be violated, which in this case could have far reaching impact on defendant's future earning and family ties, would transgress the

-5-

constitution. Under circumstances as presented herein surely the state should afford defendant the protection afforded in criminal proceedings leading to incarceration or the in prison repair of an ingrown hangnail, contact visitation, mail censorship, or religious practice.

## V

LEGAL PAPERS SUBMITTED BY INDIGENT PRO PER PRISONER UNTRAINED IN LAW MUST BE HELD TO LESS STRIGENT STANDARDS THEN THOSE DRAFTED BY MEMBERS OF THE BAR AND MUST BE VIEWED IN LIGHT MOST FAVORABLE TO PRO PER. Haines v. Kerner, (1972) 404 U.S. 519; 92 s. Ct. 594.

## CONCLUSION

Defendant to this suit is an indigent prisoner who is untrained in law and being denied meaningful access to the courts. Defendant has a constitutional right to meaningful access to the courts and to appointment of legal counsel to protect personal and/or property rights which are threatened by this bona fide legal action. Defendant further enjoys the right to have legal counsel compensated by whatever means ordered by this court.

## PRAYER

WHEREFORE, Good Cause having been shown, this court should grant the motion as follows:

1. declare defendant's rights as to issues raised herein;

2. order appointment of counsel to defend defendant in the above cause of action;

3. order the payment of counsel appointed herein a sum customary for such a case within the community to be paid from a source determined by the court;

4. in the alternative, hold hearing(s) and/or otherwise

-6-

make findings of fact as to issues pretaining to appointment and compensation of counsel to defend defendant in this suit;

    5.  order that all records pretaining to this motion be sealed subject to inspection only upon order of this court after a showing of good cause;

    6.  order such other and further relief as is just, proper and equitable.

DATED: 12/6/07

RESPECTFULLY SUBMITTE:

DEFENDANT
IN PRO PER

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                **SOUTHERN DISTRICT OF CALIFORNIA**
10
11  DIEGO H. LAMADRID,                      Civil No.    07-1997 JM (JMA)
12                              Petitioner,
                                            **ORDER:**
13                    v.
                                            **(1) GRANTING APPLICATION
14                                          TO PROCEED IN FORMA
    R. J. HERNANDEZ, Warden,                PAUPERIS AND,**
15
                                Respondent. **(2) DISMISSING PETITION
16                                          WITHOUT PREJUDICE**
17

18        Petitioner, a state prisoner proceeding pro se, has submitted a Petition for Writ of

19  Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma

20  pauperis.

21              **REQUEST TO PROCEED IN FORMA PAUPERIS**

22        Petitioner has no funds on account at the California correctional institution in

23  which he is presently confined.  Petitioner cannot afford the $5.00 filing fee.  Thus, the

24  Court **GRANTS** Petitioner's application to proceed in forma pauperis.  The Clerk of the

25  Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing

26  fee.

27  / / /

28  / / /

**FAILURE TO ALLEGE EXHAUSTION OF STATE JUDICIAL REMEDIES**

However, the petition must be dismissed because Petitioner has failed to allege exhaustion of state judicial remedies. Habeas petitioners who wish to challenge either their state court conviction or the length of their confinement in state prison, must first exhaust state judicial remedies. 28 U.S.C. § 2254(b), (c); Granberry v. Greer, 481 U.S. 129, 133-34 (1987). To exhaust state judicial remedies, a California state prisoner must present the California Supreme Court with a fair opportunity to rule on the merits of every issue raised in his or her federal habeas petition. 28 U.S.C. § 2254(b), (c); Granberry, 481 U.S. at 133-34. Moreover, to properly exhaust state court remedies a petitioner must allege, in state court, how one or more of his or her federal rights have been violated. The Supreme Court in Duncan v. Henry, 513 U.S. 364 (1995) reasoned: "If state courts are to be given the opportunity to correct alleged violations of prisoners' federal rights, they must surely be alerted to the fact that the prisoners are asserting claims under the United States Constitution." Id. at 365-66 (emphasis added). For example, "[i]f a habeas petitioner wishes to claim that an evidentiary ruling at a state court trial denied him [or her] the due process of law guaranteed by the Fourteenth Amendment, he [or she] must say so, not only in federal court, but in state court." Id. at 366 (emphasis added).

Nowhere on the Petition does Petitioner allege that he raised his claims in the California Supreme Court. In fact, he specifically indicates he did not seek review in the California Supreme Court. (See Pet. at 6-9b.) If Petitioner has raised his claims in the California Supreme Court he must so specify. "The burden of proving that a claim has been exhausted lies with the petitioner." Matthews v. Evatt, 105 F.3d 907, 911 (4th Cir. 1997); see Breard v. Pruett, 134 F.3d 615, 619 (4th Cir. 1998); Lambert v. Blackwell, 134 F.3d 506, 513 (3d Cir. 1997); Oyler v. Allenbrand, 23 F.3d 292, 300 (10th Cir. 1994); Rust v. Zent, 17 F.3d 155, 160 (6th Cir. 1994).

Further, the Court cautions Petitioner that under the Antiterrorism and Effective Death Penalty Act of 1996 (AEDPA) a one-year period of limitation shall apply to a

1   petition for a writ of habeas corpus by a person in custody pursuant to the judgment of

2   a State court. The limitation period shall run from the latest of:

3          (A) the date on which the judgment became final by the
           conclusion of direct review or the expiration of the time for
4          seeking such review;

5          (B) the date on which the impediment to filing an
           application created by State action in violation of the
6          Constitution or laws of the United States is removed, if the
           applicant was prevented from filing by such State action;
7

8          (C) the date on which the constitutional right asserted
           was initially recognized by the Supreme Court, if the right has
           been newly recognized by the Supreme Court and made
9          retroactively applicable to cases on collateral review; or

10         (D) the date on which the factual predicate of the claim
           or claims presented could have been discovered through the
11         exercise of due diligence.

12  28 U.S.C.A. § 2244(d)(1)(A)-(D) (West Supp. 2002).

13         The statute of limitations does not run while a properly filed <u>state</u> habeas corpus

14  petition is pending. 28 U.S.C. § 2244(d)(2); <u>see</u> <u>Nino v. Galaza</u>, 183 F.3d 1003, 1006

15  (9th Cir. 1999). <u>But see</u> <u>Artuz v. Bennett</u>, 531 U.S. 4, 8 (2000) (holding that "an

16  application is 'properly filed' when its delivery and acceptance [by the appropriate court

17  officer for placement into the record] are in compliance with the applicable laws and rules

18  governing filings."). However, absent some other basis for tolling, the statute of

19  limitations does run while a <u>federal</u> habeas petition is pending. <u>Duncan v. Walker</u>, 533

20  U.S. 167, 181-82 (2001).

21         Rule 4 of the Rules Governing Section 2254 Cases provides for summary dismissal

22  of a habeas petition "[i]f it plainly appears from the face of the petition and any exhibits

23  annexed to it that the petitioner is not entitled to relief in the district court . . ." Rule 4,

24  28 U.S.C. foll. § 2254. Here, it appears plain from the Petition that Petitioner is not

25  presently entitled to federal habeas relief because he has not alleged exhaustion of state

26  court remedies.

27  / / /

28  / / /

1

## CONCLUSION

2      Based on the foregoing, the Court **GRANTS** the application to proceed in forma

3  pauperis and **DISMISSES** the Petition without prejudice and with leave to amend.  In

4  order to have this case reopened, Petitioner must file a First Amended Petition, curing the

5  pleading deficiencies discussed above, no later than **December 17, 2007**. For Petitioner's

6  convenience, the Clerk of Court shall attach a blank First Amended Petition form to this

7  Order.

8      **IT IS SO ORDERED.**

9   DATED:  October 24, 2007

10

11                                              Hon. Jeffrey T. Miller
                                                United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

K:\COMMON\EVERYONE\_EFILE-PROSE\MOTio\1997-Dismiss.wpd, 102v7

# Other Orders/Judgments
3:07-cv-01997-JM-JMA Lamadrid v. Hernandez

## U.S. District Court

## Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 10/25/2007 at 10:52 AM PDT and filed on 10/24/2007
**Case Name:**    Lamadrid v. Hernandez
**Case Number:**   3:07-cv-1997
**Filer:**
**WARNING: CASE CLOSED on 10/24/2007**
**Document Number:** 5

**Docket Text:**
ORDER granting Application to proceed in forma pauperis and dismissing Petition without prejudice and with leave to amend. To have case reopened, Petitioner must file a First Amended Petition no later than 12/17/07. (Blank First Amended Petition mailed to Petitioner). Signed by Judge Jeffrey T. Miller on 10/24/07. (jpp)

**3:07-cv-1997 Notice has been electronically mailed to:**
Attorney General docketingsdawt@doj.ca.gov

**3:07-cv-1997 Notice has been delivered by other means to:**

Diego H Lamadrid
P-98764
PO Box 500
Chino, CA 91708

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=10/25/2007] [FileNumber=2238307-0] [5bb25ba1f86915ccb3654e6c01474aea024133110327d424e7645552b6764baa81 004ba84c296f1b502faf745a40b2e0a2519da6c0af76ddca29a751e598ab26]]

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**

**DEC 2 6 2007**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I (a) PLAINTIFFS

**Diego H. La Madrid**

DEFENDANTS

Director

235 DEFEND 1983
FILING FEE PAID    No
IFP    Yes    N
MOTION FILED
COPIES SENT TO
Court    Pret

(b) COUNTY OF RESIDENCE OF FIRST LISTED   San Bernardino
PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Diego H. La Madrid
PO Box 500
Chino, CA 91708
P-98764

ATTORNEYS (IF KNOWN)

**'07 CV 2435 JAH LSP**

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 42 U.S.C. 1983

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product | ☐ 371 Truth in Lending | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:

JURY DEMAND: ☐ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):   JUDGE

Docket Number

DATE   12/26/2007

SIGNATURE OF ATTORNEY OF RECORD