La Madrid, Diego Henry
_____
PLAINTIFF/PETITIONER/MOVANT'S NAME
P-98764  in CIM
_____
PRISON NUMBER
MIElm Hall 175
P.O. Box 500 , Chino CA 91708
_____
PLACE OF CONFINEMENT


_____
ADDRESS

```
┌─────────────────────────┐
│       FILED             │
│                         │
│    DEC 2 6 2007         │
│                         │
│  CLERK, U.S. DISTRICT COURT  │
│ SOUTHERN DISTRICT OF CALIFORNIA │
│ BY        KVV      DEPUTY │
└─────────────────────────┘
```

```
┌───────────────────────────┐
│  2254      1983   ✓        │
│   FILING FEE PAID          │
│  Yes_____ No ___✓         │
│  IFP MOTION FILED          │
│  Yes  ✓   No               │
│   COPIES SENT TO           │
│  Court  ✓   Pro Se         │
└───────────────────────────┘
```

# United States District Court
## Southern District Of California

'07 CV 2435 JAH LSP

La Madrid , Diego Henry          ,
                    Plaintiff/Petitioner/Movant

                  v.

Director of the CDC
                    Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I,  La Madrid , Diego H.                                    ,
declare that I am the Plaintiff/Petitioner/Movant in this case.  In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated?  ☒ Yes  ☐ No      (If "No" go to question 2)
    If "Yes," state the place of your incarceration ___ Currently in CIM ; Mininum elm hall 175 ___
    Are you employed at the institution?          ☐ Yes  ☒ No
    Do you receive any payment from the institution?  ☐ Yes  ☒ No
    [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2.  Are you currently employed? ☐ Yes ☒ No
    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name
    and address of your employer._____

    _____

    _____

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages
    and pay period and the name and address of your last employer._____

    _____

    _____

3.  In the past twelve months have you received any money from any of the following sources?:
    a.  Business, profession or other self-employment   ☐ Yes  ☒ No
    b.  Rent payments, royalties interest or dividends   ☐ Yes  ☒ No
    c.  Pensions, annuities or life insurance            ☐ Yes  ☒ No
    d.  Disability or workers compensation               ☐ Yes  ☒ No
    e.  Social Security, disability or other welfare     ☐ Yes  ☒ No
    e.  Gifts or inheritances                            ☐ Yes  ☒ No
    f.  Spousal or child support                         ☐ Yes  ☒ No
    g.  Any other sources                                ☐ Yes  ☒ No

    If the answer to any of the above is "Yes" describe each source and state the amount received and what you
    expect you will continue to receive each month._____

    _____

    _____

4.  Do you have any checking account(s)?   ☐ Yes  ☐ No
    a.  Name(s) and address(es) of bank(s):_____
    b.  Present balance in account(s):_____

5.  Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes  ☒ No
    a.  Name(s) and address(es) of bank(s):_____
    b.  Present balance in account(s):_____

6.  Do you own an automobile or other motor vehicle?   ☐ Yes  ☒ No
    a.  Make:_____ Year:_____ Model:_____
    b.  Is it financed? ☐ Yes  ☐ No
    c.  If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes   ☒ No
If "Yes" describe the property and state its value._____

_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.___NONE_____

_____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): Have_____
bills but do not know right now how much._____

_____

_____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):___None_____

_____

_____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses._____

_____

_____

_____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**


October 10 , 2007                          _Diego A. Madrid_____
_____
          DATE                                     SIGNATURE OF APPLICANT

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

---

## PRISON CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant _____La Madrid , Diego H._____,
(NAME OF INMATE)

P-98764 is CDC number. _____,
(INMATE'S CDC NUMBER)

has the sum of $_____Ø_____ on account to his/her credit at _____

_____CIM._____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during**

**the past six months** the applicant's *average monthly balance* was $ _____Ø_____,

and the *average monthly deposits* to the applicant's account was $_____Ø_____.

### <u>ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____10-31-07_____          _____
DATE                                                 SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

_____
OFFICER'S FULL NAME (PRINTED)
Luz Manaois

_____
OFFICER'S TITLE/RANK
Account Clerk II

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the underline{prisoner} requesting to proceed underline{in forma pauperis}. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed underline{in forma pauperis}.)

I, ____La Madrid , Diego Henry_____, request and authorize the agency holding me in
      (Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which

I am obligated is ~~either~~ *BOTH OR* ☒ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

October 10 , 2007

DATE

SIGNATURE OF PRISONER
Diego La Madrid

CIV-67 (Rev. 2/05)

K:\COMMON\FORMS\CIV-67

```
REPORT ID: TS3030  .701                        REPORT DATE: 10/31/07
                                               PAGE NO:       1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIF. INSTITUTION FOR MEN
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: OCT. 01, 2007 THRU OCT. 31, 2007

ACCOUNT NUMBER : P98764           BED/CELL NUMBER: MIEH00000000175L
ACCOUNT NAME   : LAMADRID, DIEGO   ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                        TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION  COMMENT  CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ----  -----------  -------  ---------  --------  -----------  -------
```

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 10/17 | D320 | TRUST FUNDS T | 2234/RJD | | 2.32 | | 2.32 |
| 10/25 | W502 | POSTAGE CHARG | 2453/ENVLP | | | 1.00 | 1.32 |

```
                        CURRENT HOLDS IN EFFECT
  DATE     HOLD
 PLACED    CODE          DESCRIPTION           COMMENT    HOLD AMOUNT
--------   ----  ----------------------------  ---------  -----------
```

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 10/25/2007 | H110 | COPIES HOLD | 2445/COPY | 16.20 |
| 10/25/2007 | H110 | COPIES HOLD | 2445/COPY | 12.70 |

```
                        TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 2.32 | 1.00 | 1.32 | 28.90 | 0.00 |

```
                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                           ---------------
                                              27.58-
                                           ---------------
                                           ---------------
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:  10-31-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
   TRUST OFFICE

REPORT ID: TS3030 .701

REPORT DATE: 10/31/07
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
R.J.DONOVAN CORR. FACILITY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2007 THRU OCT. 31, 2007

ACCOUNT NUMBER : P98764
ACCOUNT NAME : LAMADRID, DIEGO
PRIVILEGE GROUP:

BED/CELL NUMBER:
ACCOUNT TYPE: T

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/01/2007 | | BEGINNING BALANCE | | | | | 11.70 |
| 03/28 | W501 | SHIPPING CHAR | 4040/UPS | | | 4.18 | 7.52 |
| 04/09 | W515 | COPY CHARGE | 4205/MAR07 | | | 2.20 | 5.32 |
| 04/09 | W515 | COPY CHARGE | 4205/MAR07 | | | 1.00 | 4.32 |
| 04/09 | W515 | COPY CHARGE | 4205/MAR07 | | | 2.00 | 2.32 |
| 04/11 | FC04 | DRAW-FAC 4 | 4241/F42ND | | | 2.00 | 0.32 |
| 05/08 | FR01 | CANTEEN RETUR | 604698 | | | 2.00- | 2.32 |
| 10/11 | W610 | TRANSFER OF T | 1911/CIM | 015129612 | | 2.32 | 0.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 11.70 | 0.00 | 11.70 | 0.00 | 0.00 | 0.00 |

CURRENT AVAILABLE BALANCE
0.00

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 1/9/07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY

REPORT ID: TS3030  .701                              REPORT DATE: 10/31/07

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        R.J.DONOVAN CORR. FACILITY
                      INMATE TRUST ACCOUNTING SYSTEM
                      INMATE TRUST ACCOUNT STATEMENT

          FOR THE PERIOD: MAR. 01, 2007 THRU OCT. 31, 2007



          TOTAL NUMBER OF STATEMENTS PRINTED:              1

     TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS:       0.00