```
1  La Madrid , Diego H.
   CDC#: p-98764 Elm Hall #175
2  P.O. Box 500
   Chino , CA. 91708
3
```

**FILED**
DEC 2 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254 ____ 1983 ✓
**FILING FEE PAID**
Yes ____ No ✓
**IFP MOTION FILED**
Yes ✓ No ____
**COPIES SENT TO**
Court ✓ ProSe ____

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

La Madrid , Diego H.  )  Civil '07 CV 2435 JAH LSP
plaintiff            )
                     )  REQUEST FOR APPOINTMENT OF
                     )  COUNSEL UNDER THE CIVIL RIGHTS
       v.            )  ACT OF 1964, 42 U.S.C. 2000e 5(f)(1);
                     )  DECLARATION IN SUPPORT OF
Director of the CDC  )  REQUEST
Defendant            )
                     )
_____)

    1.    I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A.    my claim is meritorious (that is, I have a good case), and

    B.    I have made a reasonably diligent effort to obtain counsel, and

    C.    I am unable to find an attorney willing to represent me on terms that I can afford.

    2.    A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

    3.    A.    Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ____ Yes    ____ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

  B. Do you question the correctness of the Commission's "no reasonable cause" determination?

  ____ Yes  **X X X** ____ No

  C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination? <u>Be specific and support your objections with fact. Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel</u>.

(Attach additional sheets as needed)

1      4.    Have you talked with any attorney about handling your claim?

2      \_\_\_\_Yes      _XXX_ No

3      If "YES," give the following information about <u>each</u> attorney with whom you talked:

4  Attorney: William Hobson at " Board of Prison Terms Hearing"

5  When: 04/12/07

6  Where: R.J.D.

7  How (by telephone, in person, etc.): _____

8  Why attorney was not employed to handle your claim: I tried I don't know till this day

9  why he or proson has not helpedin this matter.

10

11

12  Attorney: _____

13  When: _____

14  Where: _____

15  How (by telephone, in person, etc.): _____

16  Why attorney was not employed to handle your claim:

17

18

19

20  Attorney: _____

21  When: _____

22  Where: _____

23  How (by telephone, in person, etc.): _____

24  Why attorney was not employed to handle your claim:

25

26

27

28  (Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

Sent every week a "Inmate request". Was in reception yard no phone

6. Give any other information which supports your application for the court to appoint an attorney for you: 1) Indigent inmate. 2) No money in my books. 3) Mental illness and part of Armstrong and Coleman (Fed. cases) 4) A.D.A. issues. 5) You have jurisdiction..

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose: Would all be in my C-file. San Diego courts.

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    <u>Employment</u>

Are you employed now?   ___ yes  XXX no  ___ am self-employed

Name and address of employer:

| | |
|---|---|
| 1 | If employed, how much do you earn per month? $00.00 |
| 2 | If not employed, give month and year of last employment: 1997 |
| 3 | How much did you earn per month in your last employment? Sales |
| 4 | If married, is your spouse employed? ___ yes  X X No |
| 5 | If "YES," how much does your spouse earn per month? _____ |
| 6 | If you are a minor under age 21, what is your parents' or guardians' approximate monthly |
| 7 | income? _____ |
| 8 | |
| 9 |     B.    Assets |
| 10 |        (i)    Other Income |
| 11 | Have you received within the past 12 months any income from a business, profession or other |
| 12 | form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity |
| 13 | payments or other sources? ___ yes  X X No |
| 14 | If "YES," give the amount received and identify the sources: |
| 15 |     $ Received                Source |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | (Attach additional sheets as necessary) |

      (ii)    <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? **xxx** yes ___ no

If "YES," state total amount: <u>Wells Fargo will not answer me in any way.</u>

      (iii)    <u>Property</u>   N O N E

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ___ yes **XX** no

If "YES," give value and describe it:

| <u>Value</u> | <u>Description</u> |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

C.    <u>Obligations and Debts</u>

      (i)    <u>Dependents</u>

Your marital state is: ___ single ___ married **XX** widowed, separated or divorced.

Your total number of dependents is: **3**

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| <u>Name/Relationship</u> | <u>Monthly Support Payment</u> |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

(ii)  **Debts and Monthly Bills**

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: AT&T | ?? | |
| Mortgage on Home: | | |
| Others: SDG&E , Cingular . That was before prison ! | | |

9. **Signature**

I declare under penalty of perjury that the above is true and correct.

Dated: 12/19/07

_Diego La Madrid_
Signature

(Notarization is not required)