1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

DIEGO H. LA MADRID,
CDCR #P-98764,

                              Plaintiff,

                    vs.

DIRECTOR OF CDC; et al.,

                              Defendant.

Civil No.    07-2435 JAH (LSP)

**ORDER:**

**(1)  DISMISSING CIVIL ACTION
AS DUPLICATIVE PURSUANT TO
28 U.S.C. § 1915A(b)(1); and**

**(2)  DENYING MOTION TO PROCEED
*IN FORMA PAUPERIS* AND MOTION
TO APPOINT COUNSEL AS MOOT
 [Doc. Nos. 2, 3]**

        Plaintiff, a state inmate currently incarcerated at the California Institution for Men located

in Chino, California and proceeding pro se, has filed a civil rights Complaint pursuant to 42

U.S.C. §1983.  Plaintiff has not prepaid the $350 filing fee mandated by 28 U.S.C. § 1914(a);

instead, he has filed a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C.

§ 1915(a) [Doc. No 2].

////

1    **I.    Sua Sponte Screening Pursuant to 28 U.S.C. § 1915A(b)**

2    The Prison Litigation Reform Act ("PLRA"), 28 U.S.C. § 1915A, obligates the Court to

3    review complaints filed by anyone "incarcerated or detained in any facility who is accused of,

4    sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions

5    of parole, probation, pretrial release, or diversionary program," "as soon as practicable after

6    docketing" and regardless of whether the prisoner prepays filing fees or moves to proceed IFP.

7    *See* 28 U.S.C. § 1915A(a), (c). The Court must sua sponte dismiss prisoner complaints, or any

8    portions thereof, which are frivolous, malicious, or fail to state a claim upon which relief may

9    be granted. 28 U.S.C. § 1915A(b); *Resnick v. Hayes*, 213 F.3d 443, 446-47 (9th Cir. 2000).

10    Plaintiff's instant Complaint is subject to sua sponte dismissal pursuant to 28 U.S.C.

11    § 1915A(b)(1) because it appears to be duplicative of a case Plaintiff is already litigating.

12    Plaintiff's Complaint contains identical claims that are found in *La Madrid v. Hernandez*, S.D.

13    Cal. Civil Case No. 07-1997 JM (JMA). A court "may take notice of proceedings in other

14    courts, both within and without the federal judicial system, if those proceedings have a direct

15    relation to matters at issue." *United States ex rel. Robinson Rancheria Citizens Council v.*

16    *Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

17    A prisoner's complaint is considered frivolous under 28 U.S.C. § 1915A(b)(1) if it

18    "merely repeats pending or previously litigated claims." *Cato v. United States*, 70 F.3d 1103,

19    1105 n.2 (9th Cir. 1995) (construing former 28 U.S.C. § 1915(d)) (citations and internal

20    quotations omitted). Because Plaintiff has already litigated the same claims presented in the

21    instant action in *La Madrid v. Hernandez*, S.D. Cal. Civil Case No. 07-1997 JM (JMA), the

22    Court hereby **DISMISSES** Civil Case No. 07-2435 JAH (LSP) pursuant to 28 U.S.C.

23    § 1915A(b)(1). *See Cato*, 70 F.3d at 1105 n.2; *Resnick*, 213 F.3d at 446 n.1.

24    **II.    Conclusion and Order**

25    Good cause appearing, **IT IS HEREBY ORDERED** that:

26    Plaintiff's Complaint in Civil Case No.07-2435 JAH (LSP) is **DISMISSED** as frivolous

27    pursuant to 28 U.S.C. § 1915A(b)(1).

28

1    Plaintiff's Motion to Proceed IFP [Doc. No. 2] and Motion to Appoint Counsel [Doc. No.

2    3] are **DENIED** as moot.

3        The Clerk shall close the file.

4        **IT IS SO ORDERED.**

5    DATED:      February 25, 2008

6                                                    _____

7                                                    **JOHN A. HOUSTON**
                                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28