# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Diego H. La Madrid

**V.**   **JUDGMENT IN A CIVIL CASE**

Director of CDC, et al.

CASE NUMBER:   07CV2435-JAH(LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the civil action is dismissed as duplicative.

| February 26, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/J. Petersen
(By) Deputy Clerk
ENTERED ON February 26, 2008

07CV2435-JAH(LSP)